EXHIBIT "1"

| | |
|---|---|
| From: | Jim Taccone <JTaccone@tcgmgt.com> |
| Sent time: | 02/04/2013 02:43:36 PM |
| To: | Paul Schofield <pauls@wellingtonfl.gov> |
| Cc: | John Newsome <JNewsome@tcgmgt.com>; Andrew Carduner <acarduner@yahoo.com> |
| Subject: | Palm Beach Polo POA |

Hi Paul,

As I'm sure you are aware, Continental now manages the PB Polo & CC Property Owners Association.

Continental is responsible for administering, with Board counsel's guidance, the Annual Meeting of the association in March. Each sub-association in Polo has a specified number of votes at the annual meeting election. With that said, we are trying to determine the number of platted units in Blue Cypress, the new development that Palm Beach Polo Holdings is developing adjacent to Neil Hirsch's estate. The current Palm Beach Polo budget states that Blue Cypress contains 67 lots. Is the budget count accurate and consistent with village records?

Also, Andrew Carduner (copied on this email) discussed with us that Mike O'Dell was to be putting together a map of Palm Beach Polo delineating Property Owners Association property vs Straub entity held property vs Private unit owner property. Green lighting this project will help us immensely with the management of Polo moving forward.

Let me know if you have any questions and I hope all is well.

Thanks,

Jim


Happiness is Serious Business."

**Jim Taccone, LCAM**
Regional Director

The Continental Group
3461- B Fairlane Farms Rd
Wellington, FL 33414
T: 561-296-1588  |  F: 561-793-8606
Customer Service: 866-378-1099
jtaccone@tcgmgt.com
www.tcgmgt.com

  


FirstService

A FirstService Residential Management Company
www.tcgmgt.com
 www.facebook.com/continentalgrp
  www.twitter.com/continentalgrp
  http://linkd.in/ContinentalGRP

*Our Mission: To create value and enhance the lifestyle of the residents and communities we serve.*

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it from your system. If you are not the intended recipient, you may not copy this message or disclose its contents to anyone. Please note that if this email message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

 Please consider the environment before printing this email.