EXHIBIT "2"

The Forum Building | 1675 Palm Beach Lakes Blvd | Suite 500 | West Palm Beach, FL 33401

West Palm Beach: 561.868.6780
Fax: 561.296.5446

LMANNING@SIEGFRIEDLAW.COM

REPLY TO WEST PALM BEACH OFFICE

STEVEN M. SIEGFRIED
OSCAR R. RIVERA
LISA A. LERNER
HELIO DE LA TORRE
STUART H. SOBEL
MARIA VICTORIA ARIAS
ELISABETH D. KOZLOW
MICHAEL J. KURZMAN
JEFFREY S. BERLOWITZ
ROBERTO C. BLANCH
LAURA M. MANNING-HUDSON
JOSEPH A. MILES
FERN F. MUSSELWHITE
JASON M. RODGERS-DA CRUZ

STEPHANIE M. CHAISSAN
B. MICHAEL CLARK, JR.
TIFFANY M. HURWITZ
SALVADOR A. JURADO, JR
GEORG KETELHOHN
IVETTE MACHADO
JONATHAN M. MOFSKY
RENEE RENUART
CARIDAD RUSCONI
DANIEL SALAS
NICHOLAS D. SIEGFRIED
L. CHERE TRIGG
MARYVEL DE CASTRO VALDES

OF COUNSEL
H. HUGH McCONNELL, P.A
ALTON HALE

April 30, 2013

**VIA EMAIL pschofield@wellingtonfl.gov**
**AND REGULAR MAIL**
Paul Schofield, Manager
Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414

Re:  **Palm Beach Polo and Country Club Property Owners Association, Inc.**

Dear Mr. Schofield:

The undersigned law firm represents the Palm Beach Polo and Country Club Property Owners Association, Inc. ("POA") as general counsel. As you may be aware, on March 22, 2013, an election was held at the POA wherein the residents elected a majority of the directors to the Board of Directors ("Board"), thereby assuming control of the POA from the Declarant, Palm Beach Polo Holdings, Inc. Accordingly, the POA has requested that the Village of Wellington be advised and recognize that only the POA's President, Andrew Carduner, and Vice President, Doug Hundt, are authorized to represent the interests of the POA on any issues concerning the POA that may come before the Village of Wellington's council or any of its governing boards.

Thank you for your attention to this matter. Please feel free to contact me with any questions you may have.

Very truly yours,

SIEGFRIED, RIVERA, LERNER,
DE LA TORRE & SOBEL, P.A.

Laura M. Manning-Hudson

LMM
cc:  Board of Directors
     Property Manager
     Building and Zoning Department, Village of Wellington
     Planning Department, Village of Wellington

H:\LIBRARY\CASES\6728\2130202\2SW2696.DOCX

| | |
|---|---|
| From: | Kelly Rodriguez <KRodriguez@siegfriedlaw.com> |
| Sent time: | 04/30/2013 05:37:18 PM |
| To: | Paul Schofield <pauls@wellingtonfl.gov> |
| Cc: | Laura Manning <lmanning@siegfriedlaw.com> |
| Subject: | Palm Beach Polo and Country Club Property Owners Association, Inc. |
| Attachments: | administrator@siegfriedlaw.com_20130430_173030.pdf |

Dear Mr. Schofield:

Attached please find correspondence regarding the above-referenced matter.

Thank you.

Kelly M. Rodriguez, FRP
Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.
1675 Palm Beach Lakes Blvd. Suite 500
West Palm Beach, FL  33401
Phone: 561-296-5444 - Ext. 106
Direct: 561-868-6788
Fax:    561-296-5446
Email: krodriguez@siegfriedlaw.com

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named here in and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-m ail in error, please notify me by replying to this message and permanently deleting the original a nd any copy of this e-mail and any printout thereof.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com