EXHIBIT "3"

| | |
|---|---|
| From: | Kelly Rodriguez <KRodriguez@srhl-law.com> |
| Sent time: | 10/08/2013 02:22:23 PM |
| To: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Cc: | Laura Manning <lmanning@srhl-law.com> |
| Subject: | Revised Retainer Agreement: Village of Wellington |
| Attachments: | 2VE6583.pdf |

Hi, Laurie. Attached please find the revised retainer agreement for your review.

Thank you,

Kelly M. Rodriguez, FRP
Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
1675 Palm Beach Lakes Blvd. Suite 500
West Palm Beach, FL  33401
Phone: 561-296-5444 - Ext. 106
Direct: 561-868-6788
Fax:    561-296-5446

Please note my new email address is: **krodriguez@srhl-law.com**



This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is an attempt to collect a debt and any information obtained may be used for that purpose. This is a communication from a debt collector."

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

 

S R H L - L A W . C O M

LAURA M. MANNING-HUDSON
LMANNING@SRHL-LAW.COM

REPLY TO WEST PALM BEACH OFFICE

October 8, 2013

**VIA EMAIL (lcohen@wellingtonfl.gov)**
Laurie S. Cohen, Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414

      Re:    **Engagement of Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.**
            **Matter: Preparation of Contracts and General Services**

Dear Ms. Cohen:

      We are pleased that the Village of Wellington ("the Village") has decided to retain our firm. This engagement letter provides the basis for our representation of its interests. The matter for which engagement is being considered pertains to preparation of contracts and general services.

      As discussed, our firm will bill you for services rendered on your behalf at a discounted, blended hourly rate of $275.00. That means that all attorneys will bill at that rate, even though the normal hourly rates of the various attorneys who may be assigned to the matter may be higher or lower than the agreed upon blended rate. We have agreed to absorb and not bill the Village for paralegal or law clerk time or for Lexis charges.

      The number of hours spent working on the Village's matters will be recorded on daily time sheets and billed to it on a monthly basis. Invoices are due within ten (10) days of presentation. Any invoice which remains unpaid for thirty (30) days, accrues interest at the rate of one (1%) percent per month, until paid. We will endeavor to be as conservative as possible with the number of hours spent on this matter. The statement for professional services will describe the service rendered, the time spent rendering that service and the cost of that service to you. We ask that you review the statements carefully upon receipt in order to obtain a clear understanding of what has occurred on the matter and the value of the work performed. It is as much our goal to provide quality legal service as it is for our clients to be satisfied with the cost of such services and be informed as to the status of their matter.

Laurie S. Cohen, Village Attorney
Village of Wellington
October 8, 2013
Page 2 of 4

In addition, it is agreed that the Village shall also pay for all out-of-pocket expenses and internal charges associated with your representation (other than computer research charges such as Westlaw and Lexis charges). These charges which may exceed direct costs and include allocated overhead expenses, include but are not limited to overnight and courier charges, long distance telephone calls, telefax transmissions, digital images (currently billed at $.15 per page), postage, filing fees, deposition costs, court reporter costs, expert costs, travel, lodging and the like. All intrastate travel will be charged at coach class fare; interstate and international travel will be charged at business class fare. It is the policy of this firm not to advance costs on behalf of clients.

In order to begin representation of the Village, the firm requires an initial retainer in the amount of $**_WAIVED_**. The retainer will be placed in trust and applied to the last bill generated on the file. However, we reserve the right (in our sole discretion) to use the retainer at any time should you become delinquent in your payment obligations. If we elect to use the retainer, we will request that it be replenished. If you are unable to replenish the retainer, unable to reimburse the firm for any disbursements or unable to meet your financial obligations, it is understood that the firm may terminate the representation of your interests.

Further, the Village has the right to cancel this agreement at any time by providing us ten (10) days prior written notice at the address stated above. Once the Village cancels our further representation, it will not be obligated to pay any fees subsequently incurred, however, we will be entitled to payment of any outstanding sums due through the day of termination, including any cost bills received after termination.

It is agreed that from the proceeds of any recovery on a claim, whether by settlement, judgment or otherwise, the firm may deduct its attorneys' fees and all costs and expenses which remain unpaid at the time of settlement or payment of the judgment amount. It is further agreed that the firm is authorized to deduct any outstanding fees and costs from any escrow deposits held in trust by the firm.

Results in litigation cases are sometimes a factor in determining fees. The hourly rates quoted above are minimum figures. Regardless of the outcome of the matter, the Village is obligated to pay the minimum rate. If the law permits however, we will endeavor to recover the ultimate fees and costs from its adversary. In such cases, we may be entitled to a reasonable fee which exceeds the minimum fee the Village is obligated to pay. In that event, we may recover more fees and expenses than the Village was obligated to pay by this agreement. In that event, the recovery from the Village's adversary will first be applied to reimburse the Village for fees and expenses actually paid to the firm and any remaining amount will belong to the firm as a reasonable fee (over and above the minimum fee we have agreed to charge the Village). As such, the Village agrees to pay us the minimum fees set forth herein, or any higher fees awarded to us by the Court from your adversary, if such funds can be collected from the adversary. In all circumstances, however, the Village is primarily

Laurie S. Cohen, Village Attorney
Village of Wellington
October 8, 2013
Page 3 of 4

responsible for timely payment of the total bill unless and until payment of all or part is made to us by the opposing party.

We reserve the right to withdraw as counsel, upon reasonable notice to you, in the event circumstances occur which in our opinion make it difficult or inappropriate for our firm to continue to represent you. In either such event, we are specifically authorized to withdraw as attorneys of record, provided we have taken reasonable steps to avoid foreseeable prejudice to your rights, including giving you due notice; allowing time for employment of other counsel; delivering to you all papers and property to which you are entitled; and compliance with all applicable laws and rules. In the event we exercise this right to withdraw, we shall nevertheless be entitled to the full amount of our fees for services rendered to the date we cease providing services.

This firm also has what is known as a charging lien, the right in court proceedings to collect from the recovery all costs and fees due to us under this agreement. This representation is subject to Chapter 119 of the Florida Statutes and its exemptions. The firm will comply with Chapter 119 and specifically Section 119.0701(2)(a)-(d). The firm will cooperate with the Village in closing any applicable exemptions. This firm shall not be liable to you for any loss you may have because of our exercising any lien in order to obtain full payment of fees and costs. If the firm deems it necessary to do so for the protection of our interests, we may file this agreement in court proceedings or record it in the public records. The venue for the resolution of any disputes concerning this agreement shall be in Palm Beach County, Florida, with the prevailing party entitled to recover a reasonable attorney's fee and costs at all trial and appellate levels. It is expressly understood and agreed that the parties hereto waive the right to a trial by jury of any dispute arising out of this agreement.

**IT IS UNDERSTOOD AND AGREED THAT THIS FIRM HAS MADE NO WARRANTIES OR REPRESENTATIONS CONCERNING THE SUCCESSFUL OUTCOME OR TERMINATION OF THIS MATTER, AND THAT PAYMENT TO THIS FIRM IS NOT PREDICATED UPON A SUCCESSFUL OUTCOME.**

If the foregoing is acceptable, please date and sign the enclosed copy of this letter and return same to us together with your initial retainer in the total amount of ***$WAIVED***. Also, at that time, please provide us with a copy of any pertinent documentation necessary to properly begin the representation of your interests. In the event that we do not receive an executed copy of this agreement and your initial retainer, we will assume that you have elected not to retain this firm to represent you and no services will be provided.

Laurie S. Cohen, Village Attorney
Village of Wellington
October 8, 2013
Page 4 of 4

We appreciate the expression of confidence shown by you in the hiring of our law firm. We will strive to provide you with the best legal services at the lowest possible cost. If you should have any questions, please do not hesitate to contact us.

Very truly yours,

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.

By: *[signature]*

Laura M. Manning-Hudson, Esq.
For the Firm

READ, AGREED and ACCEPTED this _____ day of _____, 2013.

**Village of Wellington**

BY:_____

PRINT:_____

TITLE:_____

H:\LIBRARY\CASES\0250\8460046\2VE6453.DOC

| | |
|---|---|
| From: | Kelly Rodriguez <KRodriguez@srhl-law.com> |
| Sent time: | 10/03/2013 03:52:59 PM |
| To: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Cc: | Laura Manning <lmanning@srhl-law.com> |
| Subject: | Village of Wellington: Retainer Agreement |
| Attachments: | 2VB2522.pdf |

Hi, Laurie. Attached please find the retainer agreement for legal services to be provided on behalf of the Village of Wellington for your review.

Please let us know if you have any questions or need anything further.

Thank you,

Kelly M. Rodriguez, FRP
Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
1675 Palm Beach Lakes Blvd. Suite 500
West Palm Beach, FL  33401
Phone: 561-296-5444 - Ext. 106
Direct: 561-868-6788
Fax:    561-296-5446

Please note my new email address is: **krodriguez@srhl-law.com**



This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.
Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is an attempt to collect a debt and any information obtained may be used for that purpose. This is a communication from a debt collector."

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

 

S R H L - L A W . C O M

LAURA M. MANNING-HUDSON
LMANNING@SRHL-LAW.COM

REPLY TO WEST PALM BEACH OFFICE

October 3, 2013

**VIA EMAIL (lcohen@wellingtonfl.gov)**
Laurie S. Cohen, Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414

   Re: Engagement of Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
   **Matter: Preparation of Contracts and General Services**

Dear Ms. Cohen:

  We are pleased that the Village of Wellington ("the Village") has decided to retain our firm. This engagement letter provides the basis for our representation of its interests. The matter for which engagement is being considered pertains to preparation of contracts and general services.

  As discussed, our firm will bill you for services rendered on your behalf at a discounted, blended hourly rate of $275.00. That means that all attorneys will bill at that rate, even though the normal hourly rates of the various attorneys who may be assigned to the matter may be higher or lower than the agreed upon blended rate. We have agreed to absorb and not bill the Village for paralegal or law clerk time or for Lexis charges.

  The number of hours spent working on the Village's matters will be recorded on daily time sheets and billed to it on a monthly basis. Invoices are due within ten (10) days of presentation. Any invoice which remains unpaid for thirty (30) days, accrues interest at the rate of one (1%) percent per month, until paid. We will endeavor to be as conservative as possible with the number of hours spent on this matter. The statement for professional services will describe the service rendered, the time spent rendering that service and the cost of that service to you. We ask that you review the statements carefully upon receipt in order to obtain a clear understanding of what has occurred on the matter and the value of the work performed. It is as much our goal to provide quality legal service as it is for our clients to be satisfied with the cost of such services and be informed as to the status of their matter.

Laurie S. Cohen, Village Attorney
Village of Wellington
October 3, 2013
Page 2 of 4

In addition, it is agreed that the Village shall also pay for all out-of-pocket expenses and internal charges associated with your representation (other than computer research charges such as Westlaw and Lexis charges). These charges which may exceed direct costs and include allocated overhead expenses, include but are not limited to overnight and courier charges, long distance telephone calls, telefax transmissions, digital images (currently billed at $.15 per page), postage, filing fees, deposition costs, court reporter costs, expert costs, travel, lodging and the like. All intrastate travel will be charged at coach class fare; interstate and international travel will be charged at business class fare. It is the policy of this firm not to advance costs on behalf of clients.

In order to begin representation of the Village, the firm requires an initial retainer in the amount of $**_WAIVED_**. The retainer will be placed in trust and applied to the last bill generated on the file. However, we reserve the right (in our sole discretion) to use the retainer at any time should you become delinquent in your payment obligations. If we elect to use the retainer, we will request that it be replenished. If you are unable to replenish the retainer, unable to reimburse the firm for any disbursements or unable to meet your financial obligations, it is understood that the firm may terminate the representation of your interests.

Further, the Village has the right to cancel this agreement at any time by providing us ten (10) days prior written notice at the address stated above. Once the Village cancels our further representation, it will not be obligated to pay any fees subsequently incurred, however, we will be entitled to payment of any outstanding sums due through the day of termination, including any cost bills received after termination.

It is agreed that from the proceeds of any recovery on a claim, whether by settlement, judgment or otherwise, the firm may deduct its attorneys' fees and all costs and expenses which remain unpaid at the time of settlement or payment of the judgment amount. It is further agreed that the firm is authorized to deduct any outstanding fees and costs from any escrow deposits held in trust by the firm.

Results in litigation cases are sometimes a factor in determining fees. The hourly rates quoted above are minimum figures. Regardless of the outcome of the matter, the Village is obligated to pay the minimum rate. If the law permits however, we will endeavor to recover the ultimate fees and costs from its adversary. In such cases, we may be entitled to a reasonable fee which exceeds the minimum fee the Village is obligated to pay. In that event, we may recover more fees and expenses than the Village was obligated to pay by this agreement. In that event, the recovery from the Village's adversary will first be applied to reimburse the Village for fees and expenses actually paid to the firm and any remaining amount will belong to the firm as a reasonable fee (over and above the minimum fee we have agreed to charge the Village). As such, the Village agrees to pay us the minimum fees set forth herein, or any higher fees awarded to us by the Court from your adversary, if such funds can be collected from the adversary. In all circumstances, however, the Village is primarily

Laurie S. Cohen, Village Attorney
Village of Wellington
October 3, 2013
Page 3 of 4

responsible for timely payment of the total bill unless and until payment of all or part is made to us by the opposing party.

We reserve the right to withdraw as counsel, upon reasonable notice to you, in the event circumstances occur which in our opinion make it difficult or inappropriate for our firm to continue to represent you. In either such event, we are specifically authorized to withdraw as attorneys of record, provided we have taken reasonable steps to avoid foreseeable prejudice to your rights, including giving you due notice; allowing time for employment of other counsel; delivering to you all papers and property to which you are entitled; and compliance with all applicable laws and rules. In the event we exercise this right to withdraw, we shall nevertheless be entitled to the full amount of our fees for services rendered to the date we cease providing services.

This firm also has what is known as a charging lien, the right in court proceedings to collect from the recovery all costs and fees due to us under this agreement. This representation is subject to Chapter 119 of the Florida Statutes and its exemptions. The firm will comply with Chapter 119 and cooperate with the Village in closing any applicable exemptions. This firm shall not be liable to you for any loss you may have because of our exercising any lien in order to obtain full payment of fees and costs. If the firm deems it necessary to do so for the protection of our interests, we may file this agreement in court proceedings or record it in the public records. The venue for the resolution of any disputes concerning this agreement shall be in Miami-Dade County, Florida, with the prevailing party entitled to recover a reasonable attorney's fee and costs at all trial and appellate levels. It is expressly understood and agreed that the parties hereto waive the right to a trial by jury of any dispute arising out of this agreement.

**IT IS UNDERSTOOD AND AGREED THAT THIS FIRM HAS MADE NO WARRANTIES OR REPRESENTATIONS CONCERNING THE SUCCESSFUL OUTCOME OR TERMINATION OF THIS MATTER, AND THAT PAYMENT TO THIS FIRM IS NOT PREDICATED UPON A SUCCESSFUL OUTCOME.**

If the foregoing is acceptable, please date and sign the enclosed copy of this letter and return same to us together with your initial retainer in the total amount of *__WAIVED__*. Also, at that time, please provide us with a copy of any pertinent documentation necessary to properly begin the representation of your interests. In the event that we do not receive an executed copy of this agreement and your initial retainer, we will assume that you have elected not to retain this firm to represent you and no services will be provided.

Laurie S. Cohen, Village Attorney
Village of Wellington
October 3, 2013
Page 4 of 4

We appreciate the expression of confidence shown by you in the hiring of our law firm. We will strive to provide you with the best legal services at the lowest possible cost. If you should have any questions, please do not hesitate to contact us.

Very truly yours,

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.

By: _____
Laura M. Manning-Hudson, Esq.
For the Firm

READ, AGREED and ACCEPTED this _____ day of _____, 2013.

**Village of Wellington**

BY:_____

PRINT:_____

TITLE:_____

H:\LIBRARY\CASES\0250\8460046\2VB2522.DOC