EXHIBIT "4"

| | |
|---|---|
| **From:** | Jacek Tomasik <jacekt@wellingtonfl.gov> |
| **Sent time:** | 03/06/2014 02:39:10 PM |
| **To:** | Laura Manning <lmanning@siegfriedlaw.com> |
| **Cc:** | Laurie Cohen <lcohen@wellingtonfl.gov>; Clement Golding <cgolding@wellingtonfl.gov> |
| **Subject:** | RE: PB Polo |

Laura,

I think port-o-lets are there for construction of Blue Cypress lots. I don't think we can do anything about it and building permits or approvals are not required.



Jacek Tomasik, CBO, LEED® AP
Building Official
12300 Forest Hill Blvd, Wellington, FL. 33414
Tel: 561-753-2505  jtomasik@wellingtonfl.gov

---

**From:** Laurie Cohen
**Sent:** Thursday, March 06, 2014 1:39 PM
**To:** Jacek Tomasik
**Cc:** Laura Manning
**Subject:** Fwd: PB Polo

Jack,

Can you help Laura with this or direct her to the correct person?

Laurie

Sent from my iPhone

Begin forwarded message:

> **From:** "Laura Manning" <lmanning@srhl-law.com>
> **To:** "Laurie Cohen" <lcohen@wellingtonfl.gov>
> **Cc:** "Kelly Rodriguez" <KRodriguez@srhl-law.com>
> **Subject: PB Polo**
>
> Hi there,
>
> Straub just dropped off a couple of port-o-lets on a parcel of land directly in front of Muir Villas (that I mentioned to you yesterday). Who can I contact at VOW to determine if he needs a permit, etc. for it and to have it removed?
>
> Thanks.
>
> Laura M. Manning-Hudson, Esq.
> Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
> 1675 Palm Beach Lakes Blvd., Suite 500
> West Palm Beach, FL 33401
> Direct (561)296-2399
> Office (561) 296-5444 x.105
> Fax (561) 296-5446
> Miami-Dade County: (305) 442-3334 x. 105

Please note my new email address is: lmanning@srhl-law.com

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

-----Original Message-----
From: Laura Manning
Sent: Thursday, March 06, 2014 12:16 PM
To: Kelly Rodriguez
Subject: IMG_2402.PNG PB Polo

Just dropped off.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

 

S R H L - L A W . C O M

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**From:** Jacek Tomasik [mailto:jacekt@wellingtonfl.gov]
**Sent:** Wednesday, June 04, 2014 8:02 AM
**To:** Mike Nelson; Laura Manning; Alexander Domb, Esq.; Dan Polhamus; Jim Taccone (Jim.Taccone@fsresidential.com)
**Cc:** Matthew C. Mills; Dennis Hanrahan; Norma Arce; Jim Parker
**Subject:** RE: PB Polo
**Importance:** High

Good morning,

In a mean time I am sure you all are aware of the roof work on this project was completed without the building permit and the stop work was issued on April 7, 2014. (photographs attached). Since it has been two months already I am expecting the building permit to be obtained (applied for and issued)within next 5 working days. Please govern you actions accordingly to avoid determination of the structure "unsafe" and disconnection of the electric service.

Thank you



Jacek Tomasik, CBO, LEED® AP
**Building Official**
12300 Forest Hill Blvd, Wellington, FL. 33414
Tel: 561-753-2505  jtomasik@wellingtonfl.gov

**From:** Mike Nelson [mailto:esi33414@gmail.com]
**Sent:** Tuesday, June 03, 2014 10:20 PM
**To:** Laura Manning
**Cc:** Alexander Domb, Esq.; Dan Polhamus; Jacek Tomasik; Jim Taccone (Jim.Taccone@fsresidential.com)
**Subject:** Re: PB Polo

Mike Nelson here. Please advise why the POA as a certificate holder for the duration of the construction project is not legally sufficient. The POA only needs coverage during the project period and naming them as an additional insured could bring exposure to Dan Chase after the work is complete.

Sent from my iPad, Mike Nelson

On Jun 3, 2014, at 10:27 AM, Laura Manning <lmanning@srhl-law.com> wrote:

Hello Alex,

| | |
|---|---|
| **From:** | Jacek Tomasik <jacekt@wellingtonfl.gov> |
| **Sent time:** | 06/04/2014 09:22:14 AM |
| **To:** | Jim Taccone(Jim.Taccone@fsresidential.com) <Jim.Taccone@fsresidential.com>; Laura Manning <lmanning@srhl-law.com>; Dan Polhamus <Dan.Polhamus@fsresidential.com> |
| **Cc:** | Matthew C. Mills <mmills@wellingtonfl.gov>; Dennis Hanrahan <dhanrahan@wellingtonfl.gov>; Norma Arce <normaa@wellingtonfl.gov>; JimParker <jparker@wellingtonfl.gov> |
| **Subject:** | RE: PB Polo |

Laura,

Looking at the photographs the work does not appear to be in compliance with building code. This will be more accurately determined when the permit is obtained based on the submitted plans. Building code considers work completed when the final inspection is approved and Certificate of Completion is Issued so it looks like the contractor has definitely more work to do.

Could you let me know who is the contractor on the structural portion of this project?

Thank you



Jacek Tomasik, CBO, LEED® AP
**Building Official**
12300 Forest Hill Blvd, Wellington, FL. 33414
Tel: 561-753-2505  jtomasik@wellingtonfl.gov

---

**From:** Laura Manning [mailto:lmanning@srhl-law.com]
**Sent:** Wednesday, June 04, 2014 9:04 AM
**To:** Jacek Tomasik; Dan Polhamus; Jim Taccone (Jim.Taccone@fsresidential.com)
**Cc:** Matthew C. Mills; Dennis Hanrahan; Norma Arce; Jim Parker
**Subject:** RE: PB Polo


Hello Jack,

I just left you a voicemail. I understand that Palm Beach Polo, Inc. commenced the work at issue without obtaining a permit, and now claim that the work is complete. Can you confirm whether the VOW will require any additional work in order to obtain/close out the permit? This will help the POA make a determination as to the certificate of insurance.

Thank you,

Laura M. Manning-Hudson, Esq.
Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
1675 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, FL 33401
Direct (561)296-2399
Office (561) 296-5444 x.105
Fax (561) 296-5446
Miami-Dade County: (305) 442-3334 x. 105

| | |
|---|---|
| **From:** | Laurie Cohen <lcohen@wellingtonfl.gov> |
| **Sent time:** | 10/29/2014 05:06:03 PM |
| **To:** | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| **Subject:** | FW: Lake and Wetland Expert |

I am still working on this.

Laurie S. Cohen
Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414
Telephone: (561) 791-4000
Primary Email for Service: service@wellingtonfl.gov
Secondary Email for Service: lcohen@wellingtonfl.gov

**From:** Laurie Cohen
**Sent:** Wednesday, October 29, 2014 11:00 AM
**To:** 'Laura Manning'
**Subject:** RE: Lake and Wetland Expert

Okay. Let me check and get back to you.

Laurie S. Cohen
Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414
Telephone: (561) 791-4000
Primary Email for Service: service@wellingtonfl.gov
Secondary Email for Service: lcohen@wellingtonfl.gov

**From:** Laura Manning [mailto:lmanning@srhl-law.com]
**Sent:** Wednesday, October 29, 2014 10:56 AM
**To:** Laurie Cohen
**Subject:** RE: Lake and Wetland Expert


Probably related to Jim's question. I don't know that it will definitely be adverse to Straub. However, the POA is responsible for maintenance of the lakes and they are in terrible condition – so the POA is going to be undertaking a huge project that will last 5-6 years (anticipated) in order to address each of them. Straub is, of course, not allowing the POA access to the lakes that are entirely surrounded by his golf courses, but that is another issue.

**Laura M. Manning-Hudson, Esq.**
Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
1675 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, FL 33401
Direct (561)296-2399
Office (561) 296-5444 x.105
Fax (561) 296-5446
Miami-Dade County: (305) 442-3334 x. 105
www.srhl-law.com • lmanning@srhl-law.com

Follow us on: Facebook • Twitter • LinkedIn • Youtube

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy

**From:** Laurie Cohen [mailto:lcohen@wellingtonfl.gov]
**Sent:** Wednesday, October 29, 2014 10:53 AM
**To:** Laura Manning
**Subject:** RE: Lake and Wetland Expert

Related to the same question that Jim Tacome (sp?) asked of Claudio or is this something different? Will this be adverse to Straub?

Laurie S. Cohen
Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414
Telephone: (561) 791-4000
Primary Email for Service: service@wellingtonfl.gov
Secondary Email for Service: lcohen@wellingtonfl.gov

**From:** Laura Manning [mailto:lmanning@srhl-law.com]
**Sent:** Wednesday, October 29, 2014 10:34 AM
**To:** Laurie Cohen
**Subject:** Lake and Wetland Expert

Do you know of any lake and wetland experts?

**Laura M. Manning-Hudson, Esq.**
Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
1675 Palm Beach Lakes Blvd., Suite 500
West Palm Beach, FL 33401
Direct (561)296-2399
Office (561) 296-5444 x.105
Fax (561) 296-5446
Miami-Dade County: (305) 442-3334 x. 105
www.srhl-law.com • lmanning@srhl-law.com

Follow us on: Facebook • Twitter • LinkedIn • Youtube

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.