EXHIBIT "5"

## BEFORE THE VILLAGE OF WELLINGTON SPECIAL MAGISTRATE

**VILLAGE OF WELLINGTON,**

    Petitioner,

**CASE NO. NOH-15-00001023**

vs.

**PALM BEACH POLO, INC**

    Respondent(s)

## NOTICE OF VIOLATION / NOTICE OF HEARING

**Property Owner/Respondent Name and Address**

PALM BEACH POLO, INC
CRAIG GALLE, R.A.
11198 POLO CLUB RD
WELLINGTON, FL 33414

**Location of Violation:** 12140 POLO CLUB RD, WELLINGTON, FL

**PCN:** 73-41-44-15-00-000-504-0

**Legal Description:** 15-44-41, TH PT OF S 1/2 K/A BIG BLUE FOREST

An inspection of the above referenced property found violation(s) of the Village of Wellington codes and/or ordinances. The violation summary attached to this notice explains the specific violation(s), the code and/or ordinance(s) violated and the method to correct the violation(s).

**Violation of:** WELLINGTON LAND DEVELOPMENT REGULATION SECTIONS 8.3.1, 8.4.1 AND 7.4.9

**Correct on or before:** January 4, 2015

**If you fail to comply with the terms of this Notice this case will be brought before the Village of Wellington Special Magistrate on JANUARY 15, 2015 at 9:00 a.m.** or as soon thereafter as this case may be heard. The meeting will be held at the Wellington Municipal Complex, 12300 Forest Hill Boulevard, Wellington, FL.

**It is your responsibility to contact the Code Compliance Division (561-753-2560) to arrange for re-inspection of the property in order to verify that the violation has been corrected.**

If you have cleared the violation(s) by the time stated in the Notice **AND** have received a written notification from the Code Compliance Manager or his/her authorized designee that all violations have been cleared, the hearing will be canceled and you will not be required to appear.

Otherwise, you must be present at this hearing to avoid an order being entered against you solely on the evidence to be presented by the petitioner and a lien being recorded against your property. Violations may be fined at the rate of $250.00 for each day the violation is proven to exist. If a violation is found to be a repeat violation, the Special Magistrate may increase the fine to $500.00 for each day of the repeat violation.

In addition to fines, the amount of the lien may include the costs incurred in prosecuting the case pursuant to Section 162.07(2), F.S. and the reasonable costs of repair, which are required to bring the property into compliance pursuant to Section 162.09(1), F.S. **Costs incurred in prosecuting the case may be imposed against you if a violation is determined to exist beyond the time given to come into compliance by the Code Compliance Officer, even if no fines are ever assessed against you. The costs may exceed $100.00 and will become a lien against your property if not paid within the time ordered by the Special Magistrate.**

Pursuant to Section 162.06, F.S., you have certain responsibilities in disclosing this violation to any potential buyer of the property and the responsibility to file a notice with the Code Compliance Division of the transfer of the property, with the identity and address of the new owner and copies of the written disclosure made to the new owner within five days after the date of the transfer. The failure to make the disclosure creates a rebuttable presumption of fraud. Sale of the property will not cause this case to be dismissed.

If you decide to appeal any decision made by the Special Magistrate, you will need a record of the proceedings. In the case of an appeal, you may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

Dated: November 20, 2014

John Jarvis
Code Compliance Officer
jjarvis@wellingtonfl.gov
12300 Forest Hill Blvd.
Wellington, FL 33414
561-753-2580

Certified Mail #7012 0470 0001 6959 9956

CASE NUMBER          15-00001023
PROPERTY ADDRESS     12140 POLO CLUB RD

   NARRATIVE :
       A paved access drive has been installed replacing native
       upland vegetation and/or wetlands within the Big Blue
       Preserve. This was done without obtaining written approval
       from the Village. The approximate size of the altered area
       is 3,200 square feet (400 ft. x 8 ft.).

   ORDINANCE DESCRIPTION :
       Sec. 7.4.9. Enforcement.

       A. Enforcement. Violations of this section shall be subject
       to the village code enforcement procedures adopted pursuant
       to Chapter 162, Florida Statutes, including notice, hearing,
       and penalty provisions therein. Additionally, violations may
       be subject to abatement procedures and/or may be subject to
       any other means of enforcement allowed by law.

       B. Violations. It shall be a violation of this section to
       alter native upland vegetation or wetlands without first
       obtaining written approval from the Village, unless
       expressly exempt under the provisions of this section.

       1. A minimum violation of this section shall be the
       unauthorized alteration or removal of up to one thousand
       five hundred (1,500) square feet of native upland vegetation
       and/or wetlands.

       2. The unauthorized alteration or removal of each additional
       one thousand five hundred (1,500) square feet, or portion
       thereof, of native upland vegetation and/or wetlands in
       violation of this section shall constitute a separate
       violation.

       3. Cumulative violations shall be determined by the addition
       of each one thousand five hundred (1,500) square feet tract,
       or portion thereof, of native upland vegetation and/or
       wetlands altered or removed, whether in the same manner or
       in a different manner.

       4. Alteration to a preserve area that includes the removal
       of individual trees shall also be subject to the provisions
       of the Natural Resource Protection Regulations I, Tree
       Protection, Enforcement.

       C. Penalties.

       1. Restoration. Each one thousand five hundred (1,500)
       square feet, or portion thereof, damaged or destroyed shall
       be restored to pre-damage conditions at the property owner's
       expense. The violator shall submit a restoration plan to the
       Planning & Zoning Director for review. Once the restoration
       plan is approved, the violator shall post a bond in an
       amount equivalent to the costs for implementing the
       restoration plan. If the extent of the damage is such that

```
CASE NUMBER        15-00001023
PROPERTY ADDRESS   12140 POLO CLUB RD
```
---

```
  VIOLATION: Platting requirement          QUANTITY:        1
DESCRIPTION: LDR Section 8.3.1.            DATE:     11/15/14
   LOCATION:

   NARRATIVE :
       A piece of land 0.9975 of an acre in size was subdivided
       from PCN 73-41-44-15-00-000-5040 without recording a final
       plat or receiving a waiver from the Village Engineer.

   ORDINANCE DESCRIPTION :
       Section 8.3.1. - Platting requirement.
       Any developer planning to subdivide land shall record a
       Final Plat in accordance with the requirements of this
       article unless such requirement is specifically waived by
       the Village Engineer in accordance with the provisions of
       Sec. 8.9.2.

   CORRECTIVE ACTION REQUIRED :
       Record a Final Plat in accordance with the requirements of
       this article.
```
---
```
  VIOLATION: Application of Ordinance      QUANTITY:        1
DESCRIPTION: LDR Section 8.4.1.            DATE:     11/15/14
   LOCATION:

   NARRATIVE :
       A subdivision was created without conforming to the
       provisions of this article.

   ORDINANCE DESCRIPTION :
       CHAPTER 4. - APPLICATION OF ORDINANCE
       Section 8.4.1. - General application.
       No person shall create a subdivision or develop any lot
       within a subdivision in the Village except in conformity
       with this article. No Final Plat or certified survey of any
       subdivision shall be recorded unless such subdivision meets
       all applicable provisions of this article, the provisions of
       other applicable Village ordinances, and the applicable laws
       of the State of Florida. Provided, however, that the
       subdivision of contiguous lands under single ownership where
       none of the resulting lots are less than forty (40) acres
       shall not be subject to compliance with the provisions of
       this article, unless such compliance is required as a
       specific condition of a development order for a conditional
       use or special use approved pursuant to Article 5.

   CORRECTIVE ACTION REQUIRED :
       Take action necessary to comply with the requirements of the
       Code.
```
---
```
  VIOLATION: Preserve/Wetland Vio          QUANTITY:        1
DESCRIPTION: LDR Section 7.4.9.            DATE:     11/15/14
   LOCATION:

   NARRATIVE :                                           CONTINUED
```

```
CASE NUMBER         15-00001023
PROPERTY ADDRESS    12140 POLO CLUB RD
```

ORDINANCE DESCRIPTION :
  viable restoration on site is not possible, off-site
  mitigation, as provided for in Subsection F.4.b.i and ii,
  shall be required at an increased ratio of one (1) unit
  damaged to three (3) units restored. Payment in lieu of
  restoration of an existing preserve shall not be accepted.

  2. Fines.

  a. A fine of up to two hundred fifty dollars ($250.00) per
  violation per day shall be assessed starting on the day of
  the notice of violation and ending when a restoration plan
  is approved and bonded.

  b. A fine of up to five hundred dollars ($500.00) per
  violation per day shall be assessed for a repeat violation
  starting on the day of the notice of violation and ending
  when a restoration plan is approved and bonded.

  c. A fine of up to five thousand dollars ($5,000.00) per day
  may be imposed if the violation is irreparable or
  irreversible in nature.

  3. Suspension of Review. If a restoration plan for damaged
  preserve areas is not submitted within thirty (30) days
  following the notice of violation, the Village may suspend
  issuance of further permits for the property (including
  building permits, inspections, and occupational licenses).

  4. Additional Sanctions. If, after sixty (60) days of the
  notice of violation, a restoration plan has not been
  submitted, the Village may place a lien on the property in
  an amount equal to the sum of any unpaid fines and the
  reasonable cost for repairing the damage. Once collected,
  these funds may be used for the acquisition, restoration, or
  enhancement of publicly-owned conservation parcels.

CORRECTIVE ACTION REQUIRED :
  Submit a restoration plan to the Planning and Zoning
  Director and post a bond in the amount equivilent to the
  costs for implementing the restoration plan.
  **PLEASE READ ALL OF THE PENALTY SECTION CAREFULLY!**