EXHIBIT "6"

| | |
|---|---|
| **From:** | Laurie Cohen <lcohen@wellingtonfl.gov> |
| **Sent time:** | 08/31/2015 11:59:00 AM |
| **To:** | Laura Manning <lmanning@srhl-law.com> |
| **Cc:** | Kelly Rodriguez <KRodriguez@srhl-law.com> |
| **Subject:** | RE: Big Blue |

Okay, thanks.

**From:** Laura Manning [mailto:lmanning@srhl-law.com]
**Sent:** Monday, August 31, 2015 11:18 AM
**To:** Laurie Cohen
**Cc:** Kelly Rodriguez
**Subject:** RE: Big Blue


Hi Laurie,

The road that you are talking about is outside the boundary of the dog park and was installed long before the deed to the dog park was issued to the POA, or before control of the POA was turned over to its residents.

Thanks.

*Please note that our address has changed.*

**Laura M. Manning-Hudson, Esq.**
Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A.
1655 Palm Beach Lakes Blvd., Suite C-500
West Palm Beach, FL 33401
Direct (561)296-2399
Office (561) 296-5444 x.105
Fax (561) 296-5446
Miami-Dade County: (305) 442-3334 x. 105
www.srhl-law.com • lmanning@srhl-law.com

Follow us on: Facebook • Twitter • LinkedIn • Youtube

This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.


**From:** Laurie Cohen [mailto:lcohen@wellingtonfl.gov]
**Sent:** Monday, August 31, 2015 9:44 AM
**To:** Laura Manning
**Subject:** Big Blue


Laura,

At his recent deposition, Scott Mau said he had no knowledge of the road that was built inside of Big Blue and suggested that perhaps the POA put that road in for access to the dog park. Can you please let me know whether your client had anything to do with the road?

**Laurie S. Cohen**
Village Attorney

Village of Wellington, Florida
12300 Forest Hill Blvd. | Wellington, Florida 33414
Telephone: (561) 791-4000 | Email: lcohen@wellingtonfl.gov

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.