EXHIBIT "7"

Prepared by and return to:
ROBERT C. SORGINI, ATTORNEY
SORGINI & SORGINI, P.A.
300 North Federal Highway
Lake Worth, FL 33460

This is a 1 acre parcel that is part of Property
Control Number 73-41-44-15-00-000-5040

```
CFN 20110219997
OR BK 24580 PG 1983
RECORDED 06/16/2011 11:06:51
Palm Beach County, Florida
AMT 75,000.00
Doc Stamp 525.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1983 - 1984; (2pgs)
```

## SPECIAL WARRANTY DEED

THIS INDENTURE, made this 1st day of June, 2011, by PALM BEACH POLO, INC., a corporation existing under the laws of the State of Florida, and having its principal place of business at 11198 Polo Club Road, Wellington, FL 33414, hereinafter called the Grantor, to PALM BEACH POLO & COUNTRY CLUB PROPERTY OWNERS ASSOCIATION, INC., a Florida corporation, whose post office address is 11198 Polo Club Road, Wellington, FL 33414, hereinafter called the Grantee:

WITNESSETH, that said Grantor, for and in consideration of the sum of Seventy Five Thousand and no/100 ($75,000.00) Dollars, and other good and valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, all that certain land situate, lying and being in Palm Beach County, Florida, to-wit:

A parcel of land being a portion of Section 15, Township 44 South, Range 41 East, in the Village of Wellington, Palm Beach County, Florida, said parcel of land being more particularly described as follows:

Begin at the Northeast Corner of Parcel "C", Chukker Cove of Palm Beach Polo & Country Club, according to the Plat thereof as recorded in Plat Book 63, Pages 163 thru 165, of the Public Records of Palm Beach County, Florida:

Thence North 73°24'59" East along the Southerly Right of Way Line of Polo Club Road, an 80.00 feet wide tract for private road purposes, as shown in Polo Club Road Plat No. 2, according to the Plat thereof as recorded in Plat Book 63, Pages 82 and 82a of the Public Records of Palm Beach County, Florida, a distance of 219.35 feet:

Thence South 15°36'12" West, a distance of 34.10 feet:
Thence South 05°33'00" West, a distance of 32.20 feet:
Thence South 03°44'47" West, a distance of 96.37 feet:
Thence South 01°23'57" West, a distance of 89.96 feet:
Thence South 02°39'02" East, a distance of 91.02 feet;
Thence South 82°08'47" West, a distance of 50.21 feet:
Thence North 31°10'14" West, a distance of 251.59 feet:
Thence North 10°55'55" West, a distance of 72.21 feet to the Point of Beginning.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

Grantor will warrant and defend against the lawful claims and demands of all persons claiming by, through, or under Grantor, but against none other.

IN WITNESS WHEREOF, the Grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

PALM BEACH POLO, INC., a Florida corporation

By: _____ (SEAL)
GLENN F. STRAUB, as President
11198 Polo Club Road
Wellington, FL 33414

Witness Robert C. Sorgini

Witness _____

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this 1st day of ~~May,~~ June 2011, by GLEN F. STRAUB, as President of Palm Beach Polo, Inc., a Florida corporation.

ROBERT C. SORGINI
Commission # DD 985628
Expires August 25, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Notary Public, State of Florida at Large

Personally Known ✓ Produced Identification _____

Type of Identification Produced _____

Book24580/Page1984            Page 2 of 2

App 3 - 000002