EXHIBIT "8"

## BEFORE THE VILLAGE OF WELLINGTON SPECIAL MAGISTRATE

**VILLAGE OF WELLINGTON,**

      Petitioner,

                          **CASE NO. NOH-15-00003902**

vs.

**PALM BEACH POLO INC**

      Respondent(s)

### NOTICE OF VIOLATION/NOTICE OF HEARING

**Property Owner/Respondent Name and Address**

PALM BEACH POLO INC
CRAIG GALLE, RA
11198 POLO CLUB RD
WELLINGTON, FL 33414

**Location of Violation:** 12140 POLO CLUB RD, WELLINGTON, FL

**PCN:** 73-41-44-15-00-000-504-0

**Legal Description:** 15-44-41, TH PT OF S 1/2 K/A BIG BLUE FOREST

An inspection of the above referenced property found violation(s) of the Village of Wellington codes and/or ordinances. The violation summary attached to this notice explains the specific violation(s), the code and/or ordinance(s) violated and the method to correct the violation(s).

**Violation of:** WELLINGTON LAND DEVELOPMENT REGULATION SECTION(S) 8.3.5 AND 8.4.1

**Correct on or before:** AUGUST 31, 2015

If you fail to comply with the terms of this Notice this case will be brought before the Village of Wellington Special Magistrate on **SEPTEMBER 17, 2015 at 9:00 a.m.** or as soon thereafter as this case may be heard. The meeting will be held at the Wellington Municipal Complex, 12300 Forest Hill Boulevard, Wellington, FL.

It is your responsibility to contact the Code Compliance Division (561-753-2560) to arrange for re-inspection of the property in order to verify that the violation has been corrected.

If you have cleared the violation(s) by the time stated in the Notice **AND** have received a written notification from the Code Compliance Manager or his/her authorized designee that all violations have been cleared, the hearing will be canceled and you will not be required to appear.

Otherwise, you must be present at this hearing to avoid an order being entered against you solely on the evidence to be presented by the petitioner and a lien being recorded against your property. Violations may be fined at the rate of $250.00 for each day the violation is proven to exist. If a violation is found to be a repeat violation, the Special Magistrate may increase the fine to $500.00 for each day of the repeat violation.

In addition to fines, the amount of the lien may include the costs incurred in prosecuting the case pursuant to Section 162.07(2), F.S. and the reasonable costs of repair, which are required to bring the property into compliance pursuant to Section 162.09(1), F.S. **Costs incurred in prosecuting the case may be imposed against you if a violation is determined to exist beyond the time given to come into compliance by the Code Compliance Officer, even if no fines are ever assessed against you. The costs may exceed $100.00 and will become a lien against your property if not paid within the time ordered by the Special Magistrate.**

Pursuant to Section 162.06, F.S., you have certain responsibilities in disclosing this violation to any potential buyer of the property and the responsibility to file a notice with the Code Compliance Division of the transfer of the property, with the identity and address of the new owner and copies of the written disclosure made to the new owner within five days after the date of the transfer. The failure to make the disclosure creates a rebuttable presumption of fraud. Sale of the property will not cause this case to be dismissed.

If you decide to appeal any decision made by the Special Magistrate, you will need a record of the proceedings. In the case of an appeal, you may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

Dated: May 26, 2015

_____
John Jarvis
Code Compliance Officer
jjarvis@wellingtonfl.gov
12300 Forest Hill Blvd.
Wellington, FL 33414
561-753-2580

Certified Mail #7014 2120 0001 4853 7883

CASE NUMBER        15-00003902
PROPERTY ADDRESS   12140 POLO CLUB RD

------------------------------------------------------------------

   VIOLATION: Application of Ordinance      QUANTITY:         1
DESCRIPTION: LDR Section 8.4.1.             DATE:      5/20/15
   LOCATION:

   NARRATIVE :
      A subdivision (Dog park)was created without conforming to
      the provisions of this article.

   ORDINANCE DESCRIPTION :
      CHAPTER 4. - APPLICATION OF ORDINANCE
      Section 8.4.1. - General application.
      No person shall create a subdivision or develop any lot
      within a subdivision in the Village except in conformity
      with this article. No Final Plat or certified survey of any
      subdivision shall be recorded unless such subdivision meets
      all applicable provisions of this article, the provisions of
      other applicable Village ordinances, and the applicable laws
      of the State of Florida. Provided, however, that the
      subdivision of contiguous lands under single ownership where
      none of the resulting lots are less than forty (40) acres
      shall not be subject to compliance with the provisions of
      this article, unless such compliance is required as a
      specific condition of a development order for a conditional
      use or special use approved pursuant to Article 5.

   CORRECTIVE ACTION REQUIRED :
      Take action necessary to comply with the requirements of the
      Code.

------------------------------------------------------------------

   VIOLATION: Site suitability               QUANTITY:         1
DESCRIPTION: LDR Section 8.3.5               DATE:      5/20/15
   LOCATION:

   NARRATIVE :
      The entire original tract of land that was illegally
      subdivided is designated a Natural Reserve area on the
      approved Master Plan of the Wellington P.U.D.  Pursuant to
      Section 8.3.5 of the Wellington Land Development
      Regulations, the original tact of land is not suitable for
      subdivision.

   ORDINANCE DESCRIPTION :
      Sec. 8.3.5. - Site suitability.
      Subdivision of land unsuitable for the proposed type or
      extent of development shall not be approved unless adequate
      methods of correction or mitigation are formulated and
      approved in accordance with the provisions of this article.
      The Village Engineer may determine that land is unsuitable
      for subdivision due to unstable or poorly drained soils,
      frequent inundation, existence of environmentally sensitive
      or protected areas, inadequate legal or physical access to
      the proposed subdivision, or conditions or features deemed

VIOLATION DETAIL                    PAGE    2

CASE NUMBER          15-00003902
PROPERTY ADDRESS     12140 POLO CLUB RD

    ORDINANCE DESCRIPTION :
        to be harmful to the health, safety and general welfare of
        future residents or the public.

    CORRECTIVE ACTION REQUIRED :
        Dissolve the illegal and unsuitable subdivision and
        reassemble the illegal subdivision lots into the original
        tract