EXHIBIT "10"

## BEFORE THE VILLAGE OF WELLINGTON SPECIAL MAGISTRATE

**VILLAGE OF WELLINGTON,**

      Petitioner,

**CASE NO. NOH-15-00001906**

vs.

**PALM BEACH POLO, INC**

      Respondent(s)

## NOTICE OF VIOLATION/NOTICE OF HEARING

**Property Owner/Respondent Name and Address**

PALM BEACH POLO, INC
CRAIG GALLE, R.A.
11198 POLO CLUB RD
WELLINGTON, FL 33414

**Location of Violation:** 12140 POLO CLUB RD, WELLINGTON, FL

**PCN:** 73-41-44-15-00-000-504-0

**Legal Description:** 15-44-41, PT OF S 1/2 LYG BET C-23 CNL & POLO CLUB R/D R/WS K/A BIG BLUE FOREST (LESS NLY 343.65 FT LYG S OF & ADJ TO PO

**An inspection of the above referenced property found violation(s) of the Village of Wellington codes and/or ordinances. The violation summary attached to this notice explains the specific violation(s), the code and/or ordinance(s) violated and the method to correct the violation(s).**

**Violation of:** WELLINGTON LAND DEVELOPMENT REGULATION SECTION(S) 7.4.9

**Correct on or before:** AUGUST 31, 2015

**If you fail to comply with the terms of this Notice this case will be brought before the Village of Wellington Special Magistrate on SEPTEMBER 17, 2015 at 9:00 a.m.** or as soon thereafter as this case may be heard. The meeting will be held at the Wellington Municipal Complex, 12300 Forest Hill Boulevard, Wellington, FL.

**It is your responsibility to contact the Code Compliance Division (561-753-2560) to arrange for re-inspection of the property in order to verify that the violation has been corrected.**

If you have cleared the violation(s) by the time stated in the Notice **AND** have received a written notification from the Code Compliance Manager or his/her authorized designee that all violations have been cleared, the hearing will be canceled and you will not be required to appear.

Otherwise, you must be present at this hearing to avoid an order being entered against you solely on the evidence to be presented by the petitioner and a lien being recorded against your property. Violations may be fined at the rate of $250.00 for each day the violation is proven to exist. If a violation is found to be a repeat violation, the Special Magistrate may increase the fine to $500.00 for each day of the repeat violation.

In addition to fines, the amount of the lien may include the costs incurred in prosecuting the case pursuant to Section 162.07(2), F.S. and the reasonable costs of repair, which are required to bring the property into compliance pursuant to Section 162.09(1), F.S. **Costs incurred in prosecuting the case may be imposed against you if a violation is determined to exist beyond the time given to come into compliance by the Code Compliance Officer, even if no fines are ever assessed against you. The costs may exceed $100.00 and will become a lien against your property if not paid within the time ordered by the Special Magistrate.**

Pursuant to Section 162.06, F.S., you have certain responsibilities in disclosing this violation to any potential buyer of the property and the responsibility to file a notice with the Code Compliance Division of the transfer of the property, with the identity and address of the new owner and copies of the written disclosure made to the new owner within five days after the date of the transfer. The failure to make the disclosure creates a rebuttable presumption of fraud. Sale of the property will not cause this case to be dismissed.

If you decide to appeal any decision made by the Special Magistrate, you will need a record of the proceedings. In the case of an appeal, you may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

Dated: May 26, 2015

John Jarvis
Code Compliance Officer
jjarvis@wellingtonfl.gov
12300 Forest Hill Blvd.
Wellington, FL  33414
561-753-2580

Certified Mail #7014 2120 0001 4853 0697

```
 CASE NUMBER         15-00001906
 PROPERTY ADDRESS    12140 POLO CLUB RD
```
---

```
   VIOLATION:   Preserve/Wetland Vio         QUANTITY:         1
 DESCRIPTION:   LDR Section 7.4.9.           DATE:       3/05/15
    LOCATION:
```

NARRATIVE :
  Based upon documentation in the public record and direct
  observation, Palm Beach Polo, Inc. has installed or has
  allowed to be installed a paved access drive and fence posts
  within the Big Blue Preserve thus altering the preserve.
  This is a violation of Section 7.4.9 of Wellington Land
  Development Regulations.  Remove the paved access drive and
  fence posts and submit a restoration plan to return the area
  to pre-damage condition per the requirements of this code
  section.

ORDINANCE DESCRIPTION :
  Sec. 7.4.9. Enforcement.

  A. Enforcement. Violations of this section shall be subject
  to the village code enforcement procedures adopted pursuant
  to Chapter 162, Florida Statutes, including notice, hearing,
  and penalty provisions therein. Additionally, violations may
  be subject to abatement procedures and/or may be subject to
  any other means of enforcement allowed by law.

  B. Violations. It shall be a violation of this section to
  alter native upland vegetation or wetlands without first
  obtaining written approval from the Village, unless
  expressly exempt under the provisions of this section.

  1. A minimum violation of this section shall be the
  unauthorized alteration or removal of up to one thousand
  five hundred (1,500) square feet of native upland vegetation
  and/or wetlands.

  2. The unauthorized alteration or removal of each additional
  one thousand five hundred (1,500) square feet, or portion
  thereof, of native upland vegetation and/or wetlands in
  violation of this section shall constitute a separate
  violation.

  3. Cumulative violations shall be determined by the addition
  of each one thousand five hundred (1,500) square feet tract,
  or portion thereof, of native upland vegetation and/or
  wetlands altered or removed, whether in the same manner or
  in a different manner.

  4. Alteration to a preserve area that includes the removal
  of individual trees shall also be subject to the provisions
  of the Natural Resource Protection Regulations I, Tree
  Protection, Enforcement.

  C. Penalties.

CASE NUMBER        15-00001906
PROPERTY ADDRESS   12140 POLO CLUB RD

ORDINANCE DESCRIPTION :

1. Restoration. Each one thousand five hundred (1,500) square feet, or portion thereof, damaged or destroyed shall be restored to pre-damage conditions at the property owner's expense. The violator shall submit a restoration plan to the Planning & Zoning Director for review. Once the restoration plan is approved, the violator shall post a bond in an amount equivalent to the costs for implementing the restoration plan. If the extent of the damage is such that viable restoration on site is not possible, off-site mitigation, as provided for in Subsection F.4.b.i and ii, shall be required at an increased ratio of one (1) unit damaged to three (3) units restored. Payment in lieu of restoration of an existing preserve shall not be accepted.

2. Fines.

a. A fine of up to two hundred fifty dollars ($250.00) per violation per day shall be assessed starting on the day of the notice of violation and ending when a restoration plan is approved and bonded.

b. A fine of up to five hundred dollars ($500.00) per violation per day shall be assessed for a repeat violation starting on the day of the notice of violation and ending when a restoration plan is approved and bonded.

c. A fine of up to five thousand dollars ($5,000.00) per day may be imposed if the violation is irreparable or irreversible in nature.

3. Suspension of Review. If a restoration plan for damaged preserve areas is not submitted within thirty (30) days following the notice of violation, the Village may suspend issuance of further permits for the property (including building permits, inspections, and occupational licenses).

4. Additional Sanctions. If, after sixty (60) days of the notice of violation, a restoration plan has not been submitted, the Village may place a lien on the property in an amount equal to the sum of any unpaid fines and the reasonable cost for repairing the damage. Once collected, these funds may be used for the acquisition, restoration, or enhancement of publicly-owned conservation parcels.

CORRECTIVE ACTION REQUIRED :
   Submit a restoration plan to the Planning and Zoning Director and post a bond in the amount equivilent to the costs for implementing the restoration plan.
   PLEASE READ ALL OF THE PENALTY SECTION CAREFULLY!



7014 2120 0001 4853 0697

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Palm Beach Polo Inc
Craig Galle, RA
11198 Polo Club Rd
Wellington, FL 33414

15-1906 JJ/SK 5-21-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Donna Shrode ☐ Agent ☐ Addressee

B. Received by (Printed Name): Donna Shrode

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 2120 0001 4853 0697

PS Form 3811, July 2013 Domestic Return Receipt