EXHIBIT "11"

| | |
|---|---|
| From: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Sent time: | 09/08/2014 12:40:23 PM |
| To: | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| Subject: | FW: League of Cities Weekly Update |
| Attachments: | 004785_nova_graduateday_palmbeach_flyer_FIN.pdf |

Laura,

See the link below for openings in various municipalities.

Laurie S. Cohen
Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414
Telephone: (561) 791-4000
Primary Email for Service: service@wellingtonfl.gov
Secondary Email for Service: lcohen@wellingtonfl.gov

---

**From:** Jeriise Hansen [mailto:JHansen@pbcgov.org]
**Sent:** Monday, September 08, 2014 11:41 AM
**To:** Richard Radcliffe C.
**Subject:** League of Cities Weekly Update

**September Meetings** The City of West Palm Beach will hosting the September 24th meetings at the Gaines Park Community Center. At the General Membership meeting we will be hearing from candidates running in state and county elections.

**Mayor's Literacy Luncheon** Hosted by the Literacy Coalition of Palm Beach County and the League, and sponsored by Comcast will be held Wednesday September 17th at The Omphoy Ocean Resort Palm Beach. For more information you can visit the event on the calendar page http://pbcleagueofcities.mhsoftware.com/View.html .

**Nova Southeastern University** presents Graduate Education Day September 13th 10am-2pm. For more information see the attached flier.

**Job Openings** Visit http://leagueofcities.com/programs/jobs.htm to view the latest job openings.

**Meeting Hosts Thank you to all the host and sponsors of the League's 2014 meeting.**

**Go Paperless** Please let the League office know if you would like to receive your agendas via e-mail.


Have a great week!


*Kindest Regards,*

*JeRiise Hansen*
*Palm Beach County League of Cities*
*jhansen@pbcgov.org*
*(P) 561-355-4484*
*(F) 561-355-6545*

---

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.
Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter

119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

| | |
|---|---|
| **From:** | Laurie Cohen <lcohen@wellingtonfl.gov> |
| **Sent time:** | 12/21/2016 10:24:30 AM |
| **To:** | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| **Subject:** | FW: Job Posting –Code Enforcement Officer I |

FYI.

Laurie Cohen | Village Attorney |

| Village of Wellington | 12300 Forest Hill Blvd | Florida, 33414 |

|Phone: 561-791-4000

| lcohen@wellingtonfl.gov | www.wellingtonfl.gov |

 

**From:** Kim Eikov
**Sent:** Wednesday, December 21, 2016 7:02 AM
**To:** Job Posting Distribution <Job_Posting_Distribution@wellingtonfl.gov>; Adrienne Shaffer <ashaffer@wellingtonfl.gov>
**Cc:** Steven Koch <StevenK@wellingtonfl.gov>; Ken D'Agostino <kdagostino@wellingtonfl.gov>; Gloria Kelly <gkelly@wellingtonfl.gov>
**Subject:** RE: Job Posting –Code Enforcement Officer I

Good morning,

***Job Posting Team – Please post in all locations.***

Please note the open position – Code Enforcement Officer I

You may access the job description and apply by clicking on the link or reading below:

https://www.governmentjobs.com/careers/wellington

Be sure to submit all necessary information.

If I can be of further assistance, please contact me.

–

Thank you,

*Kim M. Eikov*

Kim M. Eikov, CDM |Manager II, | Village of Wellington

12300 Forest Hill Blvd | Wellington, FL 33414

Tel: 561.791.4116| Fax: 561.288-1741 | keikov@wellingtonfl.gov | www.wellingtonfl.gov

**VILLAGE OF WELLINGTON**
**announces recruitment for the following position:**
# Code Enforcement Officer I

An Equal Opportunity Employer

**SALARY:**   $14.47 - $24.81 Hourly

**JOB TYPE:** Full Time, Hourly

**OPENING DATE:** 12/20/16

**CLOSING DATE:** 12/26/16 12:00 AM

**JOB POSTING:**
**Become part of our Great Hometown and**
**Join the Village of Wellington's**
**Code Compliance Department!**

The Village of Wellington is a "Great Hometown" that strives to provide high quality services that create economic, environmental, and social sustainability.  Our Wellington vision balances a unique hometown, family atmosphere with an attractive natural environment and recreational, cultural, and educational activities and facilities for all ages.  The Village of Wellington is a family-oriented community located in Western Palm Beach county and is a great place to live, work, and play.

**WORK OBJECTIVE:**
Performs technical, enforcement, administrative, and customer service work related to the enforcement of Wellington codes and ordinances and resolving complaints in connection with Wellington's property maintenance, business tax receipts, public nuisance and land development codes.  Employees in this position are responsible for use of considerable tact and firmness, while recognizing the importance of effective public relations in resolving complaints of citizens, investigating violations, and enforcing compliance with requirements of Wellington's codes.  Duties include research, investigation, documentation, case management, customer service, and case presentation to the Code Enforcement Special Magistrate.

**EXAMPLES OF DUTIES:**
- Initiates and performs proactive field investigations for violations of Wellington codes and ordinances.
- Responds to, researches, and investigates code-related complaints from citizens, businesses, the Wellington Council, the Wellington Manager, and staff in a manner that facilitates positive public relations.
- Prepares and provides notice to violators specifying the violation and action to be taken to abate violation conditions.
- Provides customer service to and corresponds with violators, both verbally and/or in writing to provide information, respond to inquiries,

and explain remedial action alternatives.
- Documents, records, and maintains detailed files on all case activity performed; monitors ongoing cases.
- Reviews various records and documentation relating to code enforcement duties, e.g., property ownership, site plans, codes, ordinances.
- Conducts appropriate research and drafts reports, fact sheets, evaluations, conclusions, notices, and other documentation for presentation to the Code Enforcement Special Magistrate.
- Presents case documentation/information and testifies at Code Enforcement hearings regarding case facts, conditions, findings, and relevant code sections.
- Performs related duties as directed when such duties are a logical and appropriate assignment to the position.

**QUALIFICATIONS:**
High school diploma / GED; one (1) year vocational training or work experience in enforcement of zoning, building, land use, health or licensing codes; or an equivalent combination of education, training and/or experience. Possession of Florida Association of Code Enforcement (FACE) Level I certification or the ability to acquire Level I code enforcement certification within twelve (12) months of hire. Possession of a State of Florida Parking Enforcement Specialist certification or successfully complete a State of Florida Parking Enforcement Specialist Program and receive a State of Florida certification within twelve (12) months of hire.   Possession of a valid Florida driver's license required.

APPLICATIONS MAY BE FILED ONLINE AT:
http://www.wellingtonfl.gov

OUR OFFICE IS LOCATED AT:
Wellington City Hall
12300 Forest Hill Blvd.
Wellington, FL 33414
561-791-4063
humanresources@wellingtonfl.gov

An Equal Opportunity Employer

Job #12202016
CODE ENFORCEMENT OFFICER I
HR

**Code Enforcement Officer I Supplemental Questionnaire**

* 1. What is your experience with Microsoft Office?

* 2. This position requires a flexible schedule including nights, weekends and holidays. Are you able to work a flexible schedule?
    ☐ Yes   ☐ No

* 3. Do you have a high school diploma or GED?
    ☐ Yes   ☐ No

* 4. Do you have at least one year vocational training or work experience in enforcement of zoning, building, land use, or health / licensing codes?

* 5. Do you possess a Florida Association of Code Enforcement (FACE) Level 1 Certification?
    ☐ Yes   ☐ No

* 6. Explain your experience dealing with difficult customer situations.

* 7. Explain your experience investigating complaints.

* 8. Explain your experience inspecting properties for compliance with code.

* Required Question

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

| | |
|---|---|
| **From:** | Laurie Cohen <lcohen@wellingtonfl.gov> |
| **Sent time:** | 03/24/2015 02:48:57 PM |
| **To:** | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| **Subject:** | FW: New Job Posting – Code Enforcement Officer I |

FYI.

**From:** Kim Eikov
**Sent:** Tuesday, March 24, 2015 2:00 PM
**To:** Job Posting Distribution; Adrienne Shaffer
**Cc:** Steven Koch; Ken D'Agostino; Sue Yap; David Feliciano; Liz Nunez
**Subject:** RE: New Job Posting – Code Enforcement Officer I

Good afternoon,

***Job Posting Team – Please post in all locations.***

Please note the **EXTERNAL** open position – Code Enforcement Officer I

**Closing date**: Until filled

You may access the job description by clicking on the link or reading below:

http://agency.governmentjobs.com/wellington/default.cfm?action=viewJob&jobID=1107174

**You can access the webpage to apply for the job on our website by clicking this link**:

http://www.wellingtonfl.gov/departments/index.php?option=com_content&view=article&id=1342&Itemid=1358

*Select*: *Search Employment Opportunities & Apply Online* and follow the directions – be sure to submit all necessary information.

If I can be of further assistance, please contact me.

–

Thank you,

*Kim M. Eikov*

**Kim M. Eikov, CDM** |Human Resources Generalist | Village of Wellington
12300 Forest Hill Blvd | Wellington, FL 33414
Tel: 561.791.4116| Fax: 561.288.1741 | keikov@wellingtonfl.gov | www.wellingtonfl.gov

# THE VILLAGE OF WELLINGTON

**A GREAT HOMETOWN**

 Please consider the environment before printing this email.

**VILLAGE OF WELLINGTON
announces recruitment for the following position:
Code Enforcement Officer I**

An Equal Opportunity Employer

**SALARY:** $14.47 - $24.81 Hourly

**JOB TYPE:** Full Time, Hourly

**OPENING DATE:** 03/24/15

**CLOSING DATE:** Continuous

**JOB POSTING:**

**Become part of our Great Hometown and
Join the Village of Wellington's**

**Code Compliance Department!**

The Village of Wellington is a "Great Hometown" that strives to provide high quality services that create economic, environmental, and social sustainability. Our Wellington vision balances a unique hometown, family atmosphere with an attractive natural environment and recreational, cultural, and educational activities and facilities for all ages. The Village of Wellington is a family-oriented community located in Western Palm Beach county and is a great place to live, work, and play.

## WORK OBJECTIVE:
Performs technical, enforcement, administrative, and customer service work related to the enforcement of Wellington codes and ordinances and resolving complaints in connection with Wellington's property maintenance, business tax receipts, public nuisance and land development codes. Employees in this position are responsible for use of considerable tact and firmness, while recognizing the importance of effective public relations in resolving complaints of citizens, investigating violations, and enforcing compliance with requirements of Wellington's codes. Duties include research, investigation, documentation, case management, customer service, and case presentation to the Code Enforcement Special Magistrate.

**EXAMPLES OF DUTIES:**
- Initiates and performs proactive field investigations for violations of Wellington codes and ordinances.

- Responds to, researches, and investigates code-related complaints from

citizens, businesses, the Wellington Council, the Wellington Manager, and staff in a manner that facilitates positive public relations.

- Prepares and provides notice to violators specifying the violation and action to be taken to abate violation conditions.

- Provides customer service to and corresponds with violators, both verbally and/or in writing to provide information, respond to inquiries, and explain remedial action alternatives.

- Documents, records, and maintains detailed files on all case activity performed; monitors ongoing cases.

- Reviews various records and documentation relating to code enforcement duties, e.g., property ownership, site plans, codes, ordinances.

- Conducts appropriate research and drafts reports, fact sheets, evaluations, conclusions, notices, and other documentation for presentation to the Code Enforcement Special Magistrate.

- Presents case documentation/information and testifies at Code Enforcement hearings regarding case facts, conditions, findings, and relevant code sections.

- Performs related duties as directed when such duties are a logical and appropriate assignment to the position.

**QUALIFICATIONS:**
High school diploma / GED; one (1) year vocational training or work experience in enforcement of zoning, building, land use, health or licensing codes; or an equivalent combination of education, training and/or experience. Possession of Florida Association of Code Enforcement (FACE) Level I certification or the ability to acquire Level I code enforcement certification within twelve (12) months of hire. Possession of a State of Florida Parking Enforcement Specialist certification or successfully complete a State of Florida Parking Enforcement Specialist Program and receive a State of Florida certification within twelve (12) months of hire. Possession of a valid Florida driver's license required.

---

APPLICATIONS MAY BE FILED ONLINE AT:
http://www.wellingtonfl.gov

OUR OFFICE IS LOCATED AT:
Wellington City Hall
12300 Forest Hill Blvd.
Wellington, FL 33414
561-791-4063
humanresources@wellingtonfl.gov

An Equal Opportunity Employer

Job #3242015
CODE ENFORCEMENT OFFICER I
HR

**Code Enforcement Officer I Supplemental Questionnaire**

* 1. What is your experience with Microsoft Office?

* 2. This position requires a flexible schedule including nights, weekends and holidays. Are you able to work a flexible schedule?
  ☐ Yes   ☐ No

* 3. Do you have a high school diploma or GED?
  ☐ Yes   ☐ No

* 4. Do you have at least one year vocational training or work experience in enforcement of zoning, building, land use, or health / licensing codes?

* 5. Do you possess a Florida Association of Code Enforcement (FACE) Level 1 Certification?
  ☐ Yes   ☐ No

* 6. Explain your experience dealing with difficult customer situations.

* 7. Explain your experience investigating complaints.

* 8. Explain your experience inspecting properties for compliance with code.

* Required Question

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

| | |
|---|---|
| From: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Sent time: | 03/08/2017 03:18:49 PM |
| To: | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| Subject: | FW: New Job Posting – Field Services Representative - Utilities |

FYI. This is part-time.

**Laurie Cohen** | Village Attorney |

| Village of Wellington | 12300 Forest Hill Blvd | Florida, 33414 |

|Phone: 561-791-4000

| lcohen@wellingtonfl.gov | www.wellingtonfl.gov |

 

**From:** Kim Eikov
**Sent:** Wednesday, March 08, 2017 3:16 PM
**To:** Job Posting Distribution <Job_Posting_Distribution@wellingtonfl.gov>; Adrienne Shaffer <ashaffer@wellingtonfl.gov>
**Cc:** Corey Robinson <Crobinson@wellingtonfl.gov>; Ken D'Agostino <kdagostino@wellingtonfl.gov>; Gloria Kelly <gkelly@wellingtonfl.gov>
**Subject:** RE: New Job Posting – Field Services Representative - Utilities

Good afternoon,

***Job Posting Team – Please post in all locations.***

Please note the open position – Field Services Representative - Utilities

You may access the job description and apply by clicking on the link or reading below:

https://www.governmentjobs.com/careers/wellington

Be sure to submit all necessary information.

If I can be of further assistance, please contact me.

Thank you,

*Kim M. Eikov*

**Kim M. Eikov, CDM** | Manager II | Village of Wellington

12300 Forest Hill Blvd | Wellington, FL 33414

Tel: 561.791.4116 | Fax: 561.288-1741 | keikov@wellingtonfl.gov | www.wellingtonfl.gov

## VILLAGE OF WELLINGTON
### announces recruitment for the following position:
# Field Services Representative

An Equal Opportunity Employer

**SALARY:** $13.13 - $22.50 Hourly

**JOB TYPE:** Other Personnel Services (Part Time Hours)

**OPENING DATE:** 03/08/17

**CLOSING DATE:** Continuous

**JOB POSTING:**

Become part of our Great Hometown and
Join the Village of Wellington's
Utilities Services Department!

The Village of Wellington is a "Great Hometown" that strives to provide high quality services that create economic, environmental, and social sustainability. Our Wellington vision balances a unique hometown, family atmosphere with an attractive natural environment and recreational, cultural, and educational activities and facilities for all ages. The Village of Wellington is a family-oriented community located in Western Palm Beach County and is a great place to live, work, and play.

If you have what it takes to be part of a dedicated team, then join us! The position of Field Services Representative is responsible for performing meter reading and recording services for the Village's water utility. Employees in this classification also assist with programs and projects such as meter change-outs and installations. Candidates must be knowledgeable about local geography and streets.

**EXAMPLES OF DUTIES:**
The ideal candidate will:

- Read water meters on assigned route and record readings according to the reading cycle schedule.
- Inspect water meters for tampering, leaks, box conditions, sidewalk areas, access, and obstructions; provide correction or reports to appropriate department staff for resolution.
- Remove and replace water meters as required; assists in coordinating water meter change outs.
- Provide field locations of water services; assist in maintenance of fire hydrants, water meter boxes, and valve boxes.
- Respond to customer related problems; provide resolution to or forward issues to appropriate department personnel.

- Receive and complete daily work orders related to customer service issues and complaints in the field.
- Assist with monthly customer connects and disconnects as required.
- Participate in coordinating programs and special projects, e.g., water meter change outs and installations.
- Record and maintain daily log records (electronically and/or manually) regarding completed tasks and service orders.
- Maintain assigned vehicle and equipment according to prescribed schedules.
- Perform related duties as directed when such duties are a logical and appropriate assignment to the position.

**QUALIFICATIONS:**
High school diploma / GED; up to one (1) year work experience demonstrating ability to perform the essential functions of the work and satisfy the physical requirements of the various tasks; or an equivalent combination of education, training and/or experience. Possession of a valid Florida driver's license required.

| | |
|---|---|
| APPLICATIONS MAY BE FILED ONLINE AT:<br>http://www.wellingtonfl.gov<br><br>OUR OFFICE IS LOCATED AT:<br>Wellington City Hall<br>12300 Forest Hill Blvd.<br>Wellington, FL 33414<br>561-791-4063<br>humanresources@wellingtonfl.gov<br><br>An Equal Opportunity Employer | Job #12062016<br>FIELD SERVICES REPRESENTATIVE<br>HR |

**Field Services Representative Supplemental Questionnaire**

* 1. Do you have meter reader experience? If yes, please explain.

* 2. Do you have customer service experience? If so, please explain.

* 3. What experience do you have with reading maps and/or using a GPS?

* 4. Do you have any issues working outside in extreme weather conditions?
   ☐ Yes   ☐ No

* 5. Are you able to lift, bend and pull over 20lbs?
   ☐ Yes   ☐ No

* 6. Are you able to work flexible hours?
   ☐ Yes   ☐ No

* 7. Do you have a valid Florida Driver's License?
   ☐ Yes   ☐ No

* Required Question


Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

| | |
|---|---|
| From: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Sent time: | 02/24/2015 05:10:49 PM |
| To: | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| Subject: | Food Truck Weekend |

Here is the link. Should be a fun weekend:

http://www.wellingtonfl.gov/images/stories/community/amphitheater/flyers/TributeMusicFoodTruckFestival_2015_Poster.pdf

**Laurie S. Cohen**
Village Attorney
Village of Wellington, Florida
12300 Forest Hill Blvd. | Wellington, Florida 33414
Telephone: (561) 791-4000 | Email: lcohen@wellingtonfl.gov

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

| | |
|---|---|
| **From:** | Laurie Cohen <lcohen@wellingtonfl.gov> |
| **Sent time:** | 10/30/2014 10:49:21 AM |
| **To:** | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| **Subject:** | Call Me |

I have some additional names for you.

Laurie S. Cohen
Village Attorney
Village of Wellington, FL
12300 Forest Hill Blvd.
Wellington, FL 33414
Telephone: (561) 791-4000
Primary Email for Service: service@wellingtonfl.gov
Secondary Email for Service: lcohen@wellingtonfl.gov

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.