EXHIBIT "12"

| | |
|---|---|
| **From:** | Laurie Cohen <lcohen@wellingtonfl.gov> |
| **Sent time:** | 03/24/2015 02:50:15 PM |
| **To:** | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| **Subject:** | FW: RE: |

FYI.

**From:** Kenneth Valdespino [mailto:kval791@comcast.net]
**Sent:** Tuesday, March 24, 2015 8:40 AM
**To:** Laurie Cohen
**Subject:** RE: RE:

Laurie

Thanks for the update. I am more concerned about what they are trying to do as about this violation. I know from a few sources that they want to try and get rid of having to apply for a special events use permits on this property and keep us out of the picture. They have several Indian relay races planned along with some western events and arena Polo. That is why they are playing hardball with the word events. They know what an event is but want the Village to prove it.
Ken Valdespino

**From:** Laurie Cohen [mailto:lcohen@wellingtonfl.gov]
**Sent:** Monday, March 23, 2015 10:08 PM
**To:** Kenneth Valdespino
**Subject:** Re: RE:

Ken,

We will follow up, but keep in mind that I can only rely on the evidence that was presented.  I believe we presented sufficient evidence and the issue that the Magistrate wanted us to brief is what the threshold is for an "event" to trigger the requirement for a Special Use Permit.

Laurie

Sent from my iPad

On Mar 23, 2015, at 7:03 PM, Kenneth Valdespino <kval791@comcast.net> wrote:

> Laurie
> Thanks So much for your reply. I did think that Ms. Rogers did very well trying to explain the Village side but thought that the magistrate did not have all of the facts about what was really taken place.
> Ken Valdespino

**From:** Laurie Cohen [mailto:lcohen@wellingtonfl.gov]
**Sent:** Monday, March 23, 2015 6:43 PM
**To:** Kenneth Valdespino; Paul Schofield; Tim Stillings; Steven Koch
**Cc:** Dale Dangremond; John& Angela Lacy; Lauren Siliato; Louis & Delmar Lara; Robert & BJ Ewing; Robert Recupito
**Subject:** RE:

Mr. Valdespino,

Thank you for the information.  The Village does not agree with the property owner's characterization of these soccer games and will be setting forth its position in the Memorandum that the Magistrate has requested.  It is my understanding from speaking with Ms. Rogers, who covered the hearing in my absence, that Wellington presented all necessary evidence to support its position.

Laurie S. Cohen
Village Attorney
Village of Wellington, Florida
12300 Forest Hill Blvd. | Wellington, Florida 33414
Telephone:  (561) 791-4000 | Email:  lcohen@wellingtonfl.gov

**From:** Kenneth Valdespino [mailto:kval791@comcast.net]
**Sent:** Monday, March 23, 2015 4:18 PM
**To:** Laurie Cohen; Paul Schofield; Tim Stillings; Steven Koch
**Cc:** kval791@comcast.net; Dale Dangremond; John& Angela Lacy; Lauren Siliato; Louis & Delmar Lara; Robert & BJ Ewing; Robert Recupito
**Subject:**

Ms .Cohen
I realize that you must have a full plate after returning from some time off but I want to take a little bit of your time if I can to explain a few facts that surround Polo West Golf Club.
I watched with great anticipation the code enforcement meeting last Tuesday on Television and wanted to see the outcome of the code violation against Polo West Club about the soccer matches that were being held on several Sundays in February and March.
I was startled to see how the code officer was treated by the Attorney from Polo West Club by trying to make him say the wrong thing about what an event was and where did it say it in the code book.
I thought the officer did his best and answered all of the questions, but then it was time to try to sway the magistrate with a lot of untruths. They had another individual get up and say they have been using these fields for a lot of family friendly events and this was just another way Mr. Struab gives back to the community.
He claims that one of the workers approached Mr. Struab and wanted a place to have young people play soccer.

The fact is most of the players were in their early and late twenties and pay for the use of the fields. Each team pays $70.00 and there are two teams using four fields at once. Four times $140.00 equates to $560.00 and every two hours they change and new teams take over. They were starting at 8 am on Sunday morning and had events at 10 am 12 noon and 2 pm and 4 pm. That's five events at $560.00 equals about $2800.00 per Sunday. Not Bad in the name of goodness.
Their attorney was trying to say that these are just kids having fun (not true) and did not mention that who would want a few hundred kids or men in their back yards at 8 am on Sunday morning.
He also tried to make a point about the amount of cars using the parking lot but the officer was only here about 15 minutes so he did not get to see that when it came time to change teams the lot was over ran with cars parking everywhere as the already full lot was now being taken over by the new teams.
The rep made it clear that they had permission for 600 trips per day and anyone coming in and leaving counts for two trips. Using this calculation they had almost 100 cars at each event so having 5 events equals 100 trips not counting the ones for Golf and the community with 159 homes.
Also asked if he saw anyone selling  alcohol and he answered no as the <u>restaurant is closed </u>and they know it but anyone  can walk into the golf shop and purchase beer as the golf shop is open all during these games.
This was not mentioned either. They made a point to walk the lots and fields after the events and pick up all of the empty beer and soda cans but the family and friends watching (about 150 each game)  could have bought them when they came as almost everyone had a cooler.

<u>I guess what I am  trying to say is that this  is a planned event and not just some makeup teams as they were trying to sell to the magistrate.</u>
<u>They now have them next to the Palm Beach Polo Sales office each Sunday?</u>

They also were trying to plant seeds that they have been using the Polo fields that they put in without permitting for many events over the past five years.
This is not really true as they had a Balloon event about three years ago and had several Arena Polo Events over the course of theses past three years until they were stopped because they had no permits and had installed illegal lighting.
I think what they want, is to do whatever they want to as I believe he thinks he owns Wellington and no codes are for him to follow. These past few days he has dropped off old rusty equipment next to our Guard House in retaliation for the soccer matches as we had a lot of homeowners complain and the horse stalls he put in without a permit as he knew he would not get one.

He was turned down when he applied for a permit to put in a retail outlet next to South Shore and is still teed off. All we have asked for is for him to do what he agreed to when he signed a settlement agreement with Greenview Cove in 2004 but it seems to be a major problem with him and is acting like a small child.

<u>We hope the Village does not agree that these events are just make up teams</u> as you can go by the fields on South Shore on Sunday. The first Sunday they had them there was a very big fight between some of the teams.

The other item is that the teams that come in and practice Polo on the fields each week are paying a very large amount each month for this privilege and it is not just helping out as the picture was being painted. Check out his website at www.pbpolohuntclub.com and you will see that he is advertising a lot of things that he has no permits

All Polo West Estates is asking is that these events not be allowed and that <u>we need to part of the approval process</u> when a n application is turned in as we are the owners of the Roads all the way from South Shore into and including  Polo West Estates and everything he does has an effect on our roads.
**Thanks**
**Ken Valdespino**
**President**
**Polo West HOA**


Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.