EXHIBIT "14"

| | |
|---|---|
| From: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Sent time: | 02/10/2016 09:44:27 AM |
| To: | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| Subject: | Forum Club |

Do you want to go to the Forum Club luncheon with me on Friday to see Justice Breyer?

Laurie Cohen | Village Attorney |
| Village of Wellington | 12300 Forest Hill Blvd | Florida, 33414 |
|Phone: 561-791-4000
| lcohen@wellingtonfl.gov | www.wellingtonfl.gov |



THE VILLAGE OF
WELLINGTON
INCORPORATION ANNIVERSARY
Celebrating Two Decades of Excellence

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.