EXHIBIT "15"

**From:** Laurie Cohen <lcohen@wellingtonfl.gov>
**Sent time:** 09/15/2015 05:44:15 PM
**To:** Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com>
**Subject:** FW: Wellington Magistrate Hearing

---

**From:** Alexander Domb, Esq. [mailto:alec@aldlaw.org]
**Sent:** Tuesday, September 15, 2015 5:13 PM
**To:** Laurie Cohen; Steven Koch; Mike Nelson (ESI33414@gmail.com)
**Subject:** RE: Wellington Magistrate Hearing

Laurie,

With respect to NOH No. 15-1991, I believe that it is impossible for the Special Magistrate to hear that case without also hearing 15-3902. If, as you say the PBP POA has requested a continuance, then it stands to reason that the hearing cannot go forward without an indispensable party.

For you to suggest that my client has the ability to "cure" this defect by "accepting" the title to the dog park, makes no sense based on the fact that the PBP POA has not offered us back the title to the dog park. As you know, in order to transfer title to real property, the requirements are 1)intent to transfer; 2)delivery of the title and 3)acceptance of the title being transferred. In the circumstances, we hold the key to only 1/3 of the cure for this alleged code violation. In the absence of the party that presently holds title to the property, there can be no adjudication against my client because we are unable to effectuate compliance.

As I stated in my earlier email, it is inappropriate to pursue a Notice of Violation against my client in light of the fact that it cannot bring the property into compliance, which is the sole purpose of code enforcement. In the circumstances, the Notice of Violation against my client violates §162.06 Florida Statutes, and should be dismissed.

I will agree to a voluntary dismissal or a continuance. However, please do not expect much cooperation between the PBP POA and my client, as there has been none since the March, 2013 turnover, and there are presently 3 separate lawsuits pending between the parties.

I'm not certain that what occurred represents an illegal subdivision, however I believe that under the code, if the Special Magistrate finds the existence of an illegal subdivision, there is only one cure. If the PBP POA tenders a deed, my client has indicated that it will be accepted. Other than that, we are not an indispensable party, or even a necessary party.

Thanks,

*Alec*

Law Offices of Alexander L. Domb, P.A.
Quality Title Company
11199 Polo Club Road, Suite 1
Wellington, Florida 33414
Wellington Telephone: (561) 578-8900
Boca Raton Telephone: (561) 347-6000
Broward Telephone:    (954) 433-1300
Facsimile:            (561) 578-8901
Email:     Alec@ALDLAW.org
Website:   www.ALDLAW.org

**ALEXANDER L. DOMB, P.A.**

---

**From:** Laurie Cohen [mailto:lcohen@wellingtonfl.gov]
**Sent:** Monday, September 14, 2015 3:55 PM

**To:** Alexander Domb, Esq. <alec@aldlaw.org>; Steven Koch <StevenK@wellingtonfl.gov>; Mike Nelson (ESI33414NO@gmail.com) <ESI33414@gmail.com>
**Subject:** RE: Wellington Magistrate Hearing

Alec,

To be clear, case No. 15-1906 is active and is scheduled for hearing on 9/17/15. This case involved the paved drive access and fence installed in the Big Blue Preserve without the benefit of permits. Case No. 15-1991 is also active against and is against the Association. This involves the illegal subdivision within Big Blue. Case No. 15-3902 involves the same facts as Case No. 15-1991, but is against PB Polo. Both of these cases are scheduled for hearing on September 17th, but as I mentioned in my previous email, the Association may either enter into a stipulation or seek a continuance.

Laurie

---

**From:** Alexander Domb, Esq. [mailto:alec@aldlaw.org]
**Sent:** Thursday, September 10, 2015 2:46 PM
**To:** Steven Koch; Mike Nelson (ESI33414@gmail.com)
**Cc:** Laurie Cohen
**Subject:** RE: Wellington Magistrate Hearing

Steven,

It was my understanding that 15-1906 and 15-3902 were dismissed.

In particular 15-3902 relating to the dog park was dismissed as to my client, as my client no longer owns the property and has no ability to correct the issue. I believe that is why 15-1991 was issued against the Palm Polo and Country Property Owners Association, as only they have the ability to correct the issue. I will be there to speak on 15-1991, which I presume is still scheduled for September 17th as well.

15-1906 relates the to the access point established in the Perpetual Ingress and Egress Easement dated June 2, 2006, as required pursuant to the South Florida Water Management District Permit and the Brunson Judgment.

I suggest that both of these items be removed from the agenda and dismissed as to my client.

*Alec*

Law Offices of Alexander L. Domb, P.A.
Quality Title Company
11199 Polo Club Road, Suite 1
Wellington, Florida 33414
Wellington Telephone:  (561) 578-8900
Boca Raton Telephone:  (561) 347-6000
Broward Telephone:      (954) 433-1300
Facsimile:                     (561) 578-8901
Email:       Alec@ALDLAW.org
Website:   www.ALDLAW.org

**ALEXANDER L. DOMB, P.A.**

---

**From:** Steven Koch [mailto:StevenK@wellingtonfl.gov]
**Sent:** Thursday, September 10, 2015 1:36 PM
**To:** Alexander Domb, Esq. <alec@aldlaw.org>; Mike Nelson (ESI33414@gmail.com) <ESI33414@gmail.com>
**Cc:** Laurie Cohen <lcohen@wellingtonfl.gov>
**Subject:** RE: Wellington Magistrate Hearing

Sorry Alec, I initially missed your question in the last email.

You have the following cases scheduled for the 17th:
NOH-15-1906
NOH-15-2528
NOH-15-3902

*Steven Koch*

Steven Koch | Code Compliance Manager | Village of Wellington
12300 Forest Hill Blvd | Wellington FL, 33414
Work Tel: 561-753-2534 | Fax: 561-584-7752 | email: skoch@wellingtonfl.gov
Web: www.wellingtonfl.gov

---

**From:** Alexander Domb, Esq. [mailto:alec@aldlaw.org]
**Sent:** Thursday, September 10, 2015 1:16 PM
**To:** Steven Koch; Mike Nelson (ESI33414@gmail.com)
**Cc:** Laurie Cohen; Elizabeth Merideth
**Subject:** RE: Wellington Magistrate Hearing

Steven,

Mike and I are in agreement regarding the time of 11:30 am on September 17th to hear the alleged soccer "Repeat Violation" against Palm Beach Polo, Inc.

I believe that is the only item on the agenda. Am I correct?

*Alec*

Law Offices of Alexander L. Domb, P.A.
Quality Title Company
11199 Polo Club Road, Suite 1
Wellington, Florida 33414
Wellington Telephone:  (561) 578-8900
Boca Raton Telephone:  (561) 347-6000
Broward Telephone:      (954) 433-1300
Facsimile:                      (561) 578-8901
Email:       Alec@ALDLAW.org
Website:  www.ALDLAW.org

**ALD**
ALEXANDER L. DOMB, P.A.

---

**From:** Steven Koch [mailto:StevenK@wellingtonfl.gov]
**Sent:** Thursday, September 10, 2015 10:29 AM
**To:** Alexander Domb, Esq. <alec@aldlaw.org>; Mike Nelson (ESI33414@gmail.com) <ESI33414@gmail.com>
**Cc:** Laurie Cohen <lcohen@wellingtonfl.gov>; Elizabeth Merideth <EMerideth@wellingtonfl.gov>
**Subject:** RE: Wellington Magistrate Hearing

Thanks Alec

*Steven Koch*

Steven Koch | Code Compliance Manager | Village of Wellington
12300 Forest Hill Blvd | Wellington FL, 33414

Work Tel: 561-753-2534 | Fax: 561-584-7752| email: skoch@wellingtonfl.gov
Web: www.wellingtonfl.gov

---

**From:** Alexander Domb, Esq. [mailto:alec@aldlaw.org]
**Sent:** Thursday, September 10, 2015 9:59 AM
**To:** Steven Koch; Mike Nelson (ESI33414@gmail.com)
**Cc:** Laurie Cohen; Elizabeth Merideth
**Subject:** RE: Wellington Magistrate Hearing

Steven,

As far as I am concerned, 11:30 a.m. on September 17th is fine. After I check with Mike, we will confirm.

*Alec*

Law Offices of Alexander L. Domb, P.A.
Quality Title Company
11199 Polo Club Road, Suite 1
Wellington, Florida 33414
Wellington Telephone:  (561) 578-8900
Boca Raton Telephone:  (561) 347-6000
Broward Telephone:     (954) 433-1300
Facsimile:             (561) 578-8901
Email:     Alec@ALDLAW.org
Website:   www.ALDLAW.org

**ALEXANDER L. DOMB, P.A.**

---

**From:** Steven Koch [mailto:StevenK@wellingtonfl.gov]
**Sent:** Thursday, September 10, 2015 9:57 AM
**To:** Mike Nelson (ESI33414@gmail.com) <ESI33414@gmail.com>; Alexander Domb, Esq. <alec@aldlaw.org>
**Cc:** Laurie Cohen <lcohen@wellingtonfl.gov>; Elizabeth Merideth <EMerideth@wellingtonfl.gov>
**Subject:** FW: Wellington Magistrate Hearing

Mike, Alec

Can the Palm Beach Polo cases scheduled for the 9/17/15 Magistrate Hearing be heard at 11:30am.

Thanks,

*Steven Koch*
Steven Koch | Code Compliance Manager | Village of Wellington
12300 Forest Hill Blvd | Wellington FL, 33414
Work Tel: 561-753-2534 | Fax: 561-584-7752| email: skoch@wellingtonfl.gov
Web: www.wellingtonfl.gov

---

**From:** Steven Koch
**Sent:** Thursday, September 03, 2015 10:42 AM
**To:** Mike Nelson (ESI33414@gmail.com); alec@aldlaw.org
**Cc:** Laurie Cohen; Elizabeth Merideth (EMerideth@wellingtonfl.gov)
**Subject:** Wellington Magistrate Hearing

Mike, Alec

Can the Palm Beach Polo cases scheduled for the 9/17/15 Magistrate Hearing be heard beginning at 11:30am.

Thank you,

*Steven Koch*

Steven Koch | Code Compliance Manager | Village of Wellington
12300 Forest Hill Blvd | Wellington FL, 33414
Work Tel: 561-753-2534 | Fax: 561-584-7752| email: skoch@wellingtonfl.gov
Web: www.wellingtonfl.gov

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.