EXHIBIT "16"

| From: | Laurie Cohen <lcohen@wellingtonfl.gov> |
|---|---|
| Sent time: | 03/27/2018 04:12:17 PM |
| To: | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| Subject: | Complaint.pdf.pdf |
| Attachments: | Complaint.pdf.pdf |

Laura,

Per your request.

Laurie Cohen | Village Attorney |
| Village of Wellington | 12300 Forest Hill Blvd | Florida, 33414 |
|Phone: 561-791-4000
| lcohen@wellingtonfl.gov | www.wellingtonfl.gov |

 

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

THE VILLAGE OF WELLINGTON,         CASE NO.
A Florida municipality,

                                    DIVISION:

     Plaintiff

v.

PALM BEACH POLO, INC.

     Defendant.

_____/

## COMPLAINT FOR TEMPORARY AND
## PERMANENT INJUNCTIVE RELIEF

The Village of Wellington, by and through its undersigned counsel, sues Palm Beach Polo, Inc. and alleges as follows:

### Parties

1.     Plaintiff, the Village of Wellington ("Wellington"), is a municipality in Palm Beach County, Florida.

2.     Defendant, Palm Beach Polo, Inc. ("Polo"), is a corporation duly organized and existing under the laws of the State of Florida, with its principal place of business in Palm Beach County, Florida.

### Jurisdiction and Venue

3.     Polo is the owner of certain real property located within the Village of Wellington, Palm Beach County, with an address of 11585 Polo Club Road, Wellington, Florida. (Parcel Control Number 73-41-44-14-00-000-102-0, hereinafter referred to as the "Property").

4.     Venue is proper in this Court because both parties and the Property are located in Palm Beach County.

*Complaint for Temporary and Permanent Injunctive Relief*
*Village of Wellington v. Palm Beach Polo, Inc.*
*Page 2 of 6*

5.      This Court has jurisdiction of this matter pursuant to §§162.13 and 162.30, Florida Statutes.

## Factual Allegations

6.      The Property is located in the Wellington Planned Unit Development (the "PUD") and is subject to its restrictions, as well as the restrictions contained in the Wellington Code of Ordinances and the Wellington Land Development Regulations (jointly the "Code").

7.      Within the PUD, the Property has an underlying land use category of Golf Course-Open Space-Recreation ("Golf Course-OSR"), and is currently a nonfunctioning golf course.

8.      Pursuant to the Property's Golf Course-OSR land use, only a golf course and ancillary golf course uses may take place on the Property as of right.

9.      To allow other generally compatible uses on the Property, Polo is required to obtain a Special Use Permit, pursuant to Chapter 5 of the Wellington Land Development Regulations.

10.     On February 25, 2016, Wellington brought an action for temporary and permanent injunctive relief to prohibit Polo from allowing weekly soccer matches to be played upon the Property without first obtaining a Special Use Permit. *See* Palm Beach County Case No. 2016-CA-002051 MD AD.

11.     Following entry of the Court's order granting Wellington's motion for temporary injunctive relief, Polo sought and obtained a Special Use Permit on June 19, 2017 (the "Permit"). A copy of the Permit is attached hereto as **Exhibit A**.  Thereafter, Wellington dismissed the action without prejudice.

*Complaint for Temporary and Permanent Injunctive Relief*
*Village of Wellington v. Palm Beach Polo, Inc.*
*Page 3 of 6*

12.     The conditions of the Permit prohibited temporary facilities larger than 10' x 10' tailgate tents or port-o-lets or the serving of food and alcohol. It further required Polo to screen port-o-lets from view of the adjacent residential community, provide monthly attendance counts and restore and clean-up the property by 7:00 p.m. on the day of each event.

13.     On November 21, 2017, Polo was provided with a courtesy notice that it had violated various conditions of the Permit, including failure to screen port-o-lets from view and failure to provide monthly attendance counts. A copy of the courtesy notice is attached as **Exhibit B**.

14.     O February 18, 2018, following receipt by Wellington of complaints about the activities occurring on the Property, a Wellington Code Compliance Officer and a Palm Beach County Sheriff's Deputy went to the event and observed the sale of alcoholic beverages and food, public urination, and trash and litter strewn about on the Property.

15.     Based upon that inspection, Wellington issued a notice to Polo on February 18, 2018 that it was revoking Polo's Special Use Permit. *See* **Exhibit C**.

16.     Notwithstanding the revocation of its Permit, Polo has continued to use or allow its property to be used for soccer on Sunday, March 4, 2018, Sunday, March 11 and Sunday, March 18, 2018.

17.     Polo's continued use of the property for soccer despite the revocation of its Permit demonstrates that Polo will continue to violate Wellington's Code by allowing weekly organized soccer matches on its Property.

VILLAGE OF WELLINGTON, FLORIDA, 12300 FOREST HILL BLVD., WELLINGTON, FLORIDA 33414
(561) 791-4000

*Complaint for Temporary and Permanent Injunctive Relief*
*Village of Wellington v. Palm Beach Polo, Inc.*
*Page 4 of 6*

18.     It is clear that Polo is completely disregarding and disrespecting Wellington's police power to enforce its Code, including without limitation, Wellington's revocation of its Permit, and that it will continue to do so despite Wellington's notices and demands for compliance.

19.     Pursuant to Section 5.3.9(E) of Wellington's Land Development Regulations, failure to comply with the conditions of approval of a special use permit may jeopardize the issuance of future permits.

20.     Based upon Polo's demonstrated and repeated violations of the conditions of its Permit, Wellington's Planning and Zoning staff will not issue or recommend issuance of a Special Use Permit for soccer activities on the Property in the future.  *See* Affidavit of Robert Basehart attached hereto as **Exhibit D**.

21.     Accordingly, compliance by Polo may only be achieved by ceasing to use or allow others to use its Property for anything other than golf and golf-related activities.

## COUNT I: INJUNCTIVE RELIEF

22.     Wellington realleges and incorporates by reference Paragraphs 1-21 of this Complaint.

23.     Polo's continued allowance of organized soccer matches on the Property in spite of the revocation of its Permit creates ongoing weekly code violations.

24.     Polo knowingly and purposefully continues to violate the Code and to flout the authority of Wellington to enforce same without regard for the procedures, requirements, and obligations required by it.

*Complaint for Temporary and Permanent Injunctive Relief*
*Village of Wellington v. Palm Beach Polo, Inc.*
*Page 5 of 6*

25.     Wellington has a substantial likelihood of success on the merits in this case, as Polo has no legal justification for its disregard of Wellington's Code and for its weekly violations for allowing organized soccer matches on the Property.

26.     Without injunctive relief, Wellington will be irreparably harmed, and will not have an adequate remedy at law.[1]

27.     Wellington and its citizens have a clear legal right and public interest in compliance with Wellington's Code.

28.     Wellington is seeking both temporary and permanent injunctive relief, prohibiting Polo from violating Wellington's Code as stated above, all in an effort to enforce its police powers.

WHEREFORE, for the foregoing reasons, Plaintiff, Wellington, respectfully requests temporary and permanent injunctive relief and that the Court:

a)     Prohibit Polo from making the afore-described illegal use of the property;

b)     Award Plaintiff Wellington its cost for the bringing of this action;

c)     Retain jurisdiction to ensure compliance with any and all injunctions;

d)     Grant such other and further relief as this Court deems necessary and proper.

---

[1] When an injunction is sought by a governmental entity to enforce its police powers, such as here, the municipality need not come forth with proof to show irreparable harm or lack of an alternative legal remedy. *Metro-Dade County v. O'Brien*, 660 So.2d 364, 365 (Fla. 3d DCA 1995). Instead, where the government seeks an injunction in order to enforce its police power, any alternative legal remedy is ignored and irreparable harm is presumed. *Keystone Creations, Inc. v. City of Delray Beach*, 890 So.2s 1119, 1125 (Fla. 4th DCA 2004).

*Complaint for Temporary and Permanent Injunctive Relief*
*Village of Wellington v. Palm Beach Polo, Inc.*
*Page 6 of 6*

VILLAGE OF WELLINGTON
12300 Forest Hill Boulevard
Wellington, FL 33414
Phone: 561-791-4000
service@wellingtonfl.gov

By:    /s/Laurie Stilwell Cohen
       Florida Bar No. 57363
       /s/Rachel R. Bausch
       Florida Bar No. 105062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Complaint was electronically filed this $23$ day of March, 2018 using Florida Courts E-Filing Portal, with a copy served via process server and first class mail on Craig Galle, Registered Agent for Palm Beach Polo, Inc. 11198 Polo Club Road, Wellington, Florida 33414 with a copy to Alexander Domb, Esquire, 11199 Polo Club Road, Suite 1, Wellington, FL 33414 via e-service to Alec@Aldlaw.org.

VILLAGE OF WELLINGTON
12300 Forest Hill Boulevard
Wellington, FL 33414
Phone: 561-791-4000
service@wellingtonfl.gov

By:    /s/Laurie Stilwell Cohen
       Florida Bar No. 57363
       /s/ Rachel R. Bausch
       Florida Bar No. 105062

# THE VILLAGE OF WELLINGTON

## SPECIAL USE PERMIT

| | | | |
|---|---|---|---|
| Permit #: | 17-025 (2017-005 SPU) | Permit Type: | Weekly Sunday Soccer Events |
| Owner Name: | Polo Beach Polo Inc. | Subdivision | Palm Beach Polo |
| Agent Name: | Craig Galle, The Galle Law Group, Inc. | Phone: | 561-798-1708 |
| Property Location: | 11585 Polo Club Drive | Acres: | 16.23 acres |
| PCN: | 73-41-44-14-42-000-1020 | Zoning District: | AR/PUD |
| Effective Date(s): | June 19, 2017 | Date Expiration: | June 18, 2018 |
| Conditions of Approval (Y or N): | YES | Council Approval (Y or N): | NO |

### CONDITIONS OF APPROVAL:

This Special Use Permit authorizes Palm Beach Polo, Inc. to utilize a 16.23 acre portion of the Palm Beach Polo and Country Club golf course west of the sales center building for a total of 52 weekly Sunday soccer events from June 19, 2017 to June 18, 2018. An estimated 200 people are expected to attend each event. This permit is approved based on the site plan/location plan date stamped January 30, 2017 with the following conditions of approval:

### CONDITIONS:

1. This Special Permit shall be limited to no more than 52 total dates for weekly Sunday soccer games. No other events shall be permitted under this permit.

2. The hours of operation for each event shall be from 8:00 a.m. to 6:00 p.m.

3. This is the only Annual Special Use Permit that will be issued for this use on any property within Palm Beach Polo and Country Club. If the owner wishes to continue the use once the permit expires, a Master Plan Amendment shall be submitted and approved by Council prior to expiration of the permit to identify the permanent use of the property as a soccer/practice field.

4. This Special Use Permit does not allow the property owner to erect any temporary facilities larger than 10' x 10' tailgate tents or temporary port-o-lets if needed. Port-o-lets shall be screened from view from the adjacent residential community. No temporary structures shall be located within public rights-of-way or public easements.

5. No permanent structures shall be constructed pursuant to this approval.

6. Applicant shall provide monthly attendance counts of all events to the Village of Wellington. This information should be submitted to the Planning and Zoning Department.

EXHIBIT

"A"

7. All events shall comply with Wellington's Code of Ordinance Chapter 36-33 Noise Standards. Outdoor amplified sound shall be permitted for game announcements only. No amplified music shall be permitted.

8. Temporary lighting shall be prohibited.

9. Parking of vehicles along any portion of adjacent road rights-of-way is <u>PROHIBITED</u>. Event parking is limited to on-site designated parking areas. Overnight parking of vehicles is <u>PROHIBITED</u>.

10. The traffic will be monitored and should it be determined that traffic is creating a conflict, the Village Engineer may require the applicant to coordinate with PBSO to direct ingress/egress traffic on and off the site during times to be determined by the Village Engineer.

11. No food or alcohol may be served on the site.

12. Off-site signage shall be <u>PROHIBITED.</u>

13. Site restoration and clean-up must be completed by 7:00 p.m. the day of each event.

<u>This special permit is issued to the applicant for the above use to occur only at the location and for dates noted above. The applicant will abide by and comply with any use restrictions noted above and all conditions as set forth in the special permit application and in Wellington Land Development Regulations pertaining to the above named use.</u>

Kelly Ferraiolo      6/19/17      Cory Lyn Cramer, AICP      6/19/2017
Planner             Date            Planning & Zoning Manager      Date

Note: This Special Permit must be signed and dated by Wellington's Planning & Zoning Manager AND project manager prior to operating. Also, all required permits and inspections must be completed before the permit is effective.

**BY MY SIGNATURE BELOW, I HEREBY ACKNOWLEDGED RECEIPT OF THE SPECIAL PERMIT USE, HAVE CAREFULLY READ THE FOREGOING AND KNOW AND UNDERSTAND ITS CONTENT. FURTHER I AGREE TO BE BOUND BY ALL TERMS AND CONDITIONS AS CONTAINED IN THIS DOCUMENT. I UNDERSTAND FAILURE TO ABIDE BY THESE CONDITIONS AND SITE PLAN MAY RESULT IN CODE ENFORCEMENT ACTION WITH POSSIBLE FINES OR IMMEDIATE REVOCATION OF THIS SPECIAL USE PERMIT.**

June 19, 2017

Applicant Signature          Date

ORIGINAL TO BE POSTED ON SITE

Cc:    Code Enforcement Division
       Public Works Division
       PB County Fire Rescue and Sheriff's Departments
       Wellington Building Division







THE VILLAGE OF
WELLINGTON

**A GREAT HOMETOWN**

Council
Anne Gerwig, Mayor
John T. McGovern, Vice Mayor
Michael Drahos, Councilman
Michael J. Napoleone, Councilman
Tanya Siskind, Councilwoman

Manager
Paul Schofield

November 21, 2017

Sent via Email: alec@aldlaw.org
and Certified via USPS

Alexander Domb, P.A.
Quality Title Company
11199 Polo Club Road, Suite 1
Wellington, Florida 33414

Re:   Petition 17-025 (2017-005 SPU)
      Soccer Events at Palm Beach Polo Special Use Permit

Dear Mr. Domb:

On June 19, 2017, a Special Use Permit (SPU) for weekly soccer events [Petition 17-025 (2017-005 SPU)] was issued for Palm Beach Polo Inc. (11585 Polo Club Drive) expiring on June 18, 2018. By signing the permit, the agent agreed to be bound by the terms and the 13 conditions provided for in the permit. Failure to abide by the conditions and/or site plan would result in code enforcement action with possible fines or immediate revocation of the SPU.

This letter is to inform you that the conditions of the SPU have been violated and ignored. On November 9, 2017, staff received complaints from residents that the portable restrooms were not screened from view from the adjacent residential community as required in Condition 4 of the SPU. On that same day, I spoke with you explaining the complaint staff received and that the property was to be in compliance by end of business day on November 13, 2017 or risk being cited for violating conditions of approval of the SPU. As of the date of this letter, our request was ignored and the restrooms remain unscreened.

In addition, Condition 6 requires monthly attendance counts of all events be submitted to the Planning and Zoning department. Staff was in contact with the agent on October 11 and November 8, 2017 and was told counts would be provided to staff by November 15, 2017. As of the date of this letter, our requests were again ignored and attendance counts have not been submitted.

This letter serves as a formal courtesy notice that the property is in violation of the conditions of the SPU as mentioned above. Failure to rectify the violations by noon on Monday, November 27, 2017 will result in immediate revocation of the SPU. Any future

12300 Forest Hill Boulevard • Wellington, Florida 33414 • (561) 791-4000 • Fax (561) 791-4045
www.wellingtonfl.gov



EXHIBIT

"B"

soccer events occurring on the property without a valid SPU would be cited and sent to the special magistrate for fine certification as it would be considered a repeat violation.

Should you have any questions regarding the violations, please contact me at 561-791-4012 or ccramer@wellingtonfl.gov.

Sincerely,

*Cory L Cramer*

Cory Lyn Cramer
Development Review Coordinator

cc:     Paul Schofield, Village Manager
        Robert Basehart, AICP, Planning, Zoning and Building Director
        Kelly Ferraiolo, Senior Planner
        Laurie Cohen, Village Attorney
        Steve Koch, Code Compliance Manager
        Glen Straub



THE VILLAGE OF
WELLINGTON

**A GREAT HOMETOWN**

Council
Anne Gerwig, Mayor
John T. McGovern, Vice Mayor
Michael Drahos, Councilman
Michael J. Napoleone, Councilman
Tanya Siskind, Councilwoman

Manager
Paul Schofield

February 20, 2018

Sent Certified USPS and
Emailed via alec@aldlaw.org

Mr. Alexander Domb, P.A.
Quality Title Company
11199 Polo Club Road, Suite 1
Wellington, Florida 33414

Re:    Petition 17-025(2017-005SPU) – Special Use Permit for Soccer Events – Revocation

Mr. Domb:

On June 19, 2017, a Special Use Permit (SPU) for weekly soccer events [Petition 17-025 (2017-005 SPU)] was issued for Palm Beach Polo Inc. (11585 Polo Club Drive) expiring on June 18, 2018. By signing the permit, the agent agreed to be bound by the terms and the 13 conditions provided for in the permit. Failure to abide by the conditions and/or site plan would result in code enforcement action with possible fines or immediate revocation of the SPU.

On November 21, 2017, you received a letter informing you that the conditions of the SPU have been violated and/or ignored (see attached).

Condition #6 of the Special Use Permit, requires that you submit attendance counts for each event on a monthly basis. There were multiple emails regarding what was acceptable for submittal. I have attached a copy of those emails for your review. We have not received the January 2018 attendance counts and we are well into February. This is a repeat violation of the conditions of approval for your permit.

On February 18, 2018, Wellington received complaints about alcohol and food being sold and concerns of underage drinking. PBSO and Wellington's Code Compliance Department went to the event and noted the following:

1.   Food and alcohol were being served discretely by several patrons on the premise. Five (5) tents were set up along the north side of the field where food and beverages were being sold for money. An ice cream vendor was seen selling ice cream from a push cart.

2.   PBSO observed several male subjects urinating in the bushes and behind vehicles.

3.   Trash and litter throughout the soccer fields was observed along with trash being thrown in the wooded area and in a small canal between the fields and townhomes.

---



EXHIBIT

C

4.   There was a large tent, approximately 10' X 20' erected for food sales. The Special Use Permit limits the tents to 10' X 10' tents. This larger tent requires a tie-down permit and approval. No approval or permit was issued for a tent of this size.

The above mentioned observations are blatant non-compliance with the Special Use Permit conditions of approval. A copy of the permit is attached with the violated conditions of approval highlighted for your reference. Also attached are pictures from PBSO and Code Compliance.

**Due to the recent reports and inspections, this letter is to notify you that as February 20, 2018 Special Use Permit 17-025 (2017-005SPU) is officially revoked. Any future soccer events or other events will be considered a violation of the Land Development Regulations.**

Should you have any questions, please do not hesitate to contact me directly at (561) 791-4012 or Mr. Basehart at (561) 753-2578.

Sincerely,

Cory Lyn Cramer, AICP
Development Review Coordinator

cc:   Paul Schofield, Village Manager
      Laurie Cohen, Village Attorney
      Kelly Ferraiolo, Senior Planner
      Code Compliance
      PBSO
      Glen Straub, Property Owner

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

THE VILLAGE OF WELLINGTON,
A Florida municipality,

      Plaintiff

v.

PALM BEACH POLO, INC.

      Defendant.

_____/

CASE NO.

DIVISION:

## AFFIDAVIT OF ROBERT BASEHART

STATE OF FLORIDA     :
                    :   s.s.
COUNTY OF PALM BEACH :

    ROBERT BASEHART swears or affirms that the following is true and correct to the best of his knowledge.

    1. My name is Robert Basehart. I am making this affidavit from personal knowledge, and in support of Plaintiff, Village of Wellington's, Complaint for Temporary and Permanent Injunctive Relief.

    2. I am the Planning, Zoning and Building Director for the Village of Wellington. In this capacity I have access to all submissions, applications, approvals, revocations and matters relating to land development orders for the Village of Wellington.

    3. I am personally familiar, and have again reviewed the official zoning and permitting records for the Village of Wellington concerning 11585 Polo Club Road, Wellington, Florida. (Parcel Control Number 73-41-44-14-00-000-102-0, hereinafter referred to as the "Property").

    4. The subject Property is part of the Wellington PUD Master Plan and contains a specific designation limiting its use to golf. Any other use requires a Special Use Permit.



EXHIBIT

"D"

5. On June 19, 2017, Wellington issued Special Use Permit No. 2017-005SPU with conditions, which allowed Polo to hold weekly organized soccer matches on its Property with certain conditions. A copy of the Permit is attached to the Complaint.

6. Based upon Polo's violation of the conditions of its Permit, as more fully set forth in the Complaint, I directed my staff to revoke the Permit on February 20, 2018.

7. Pursuant to section 5.3.9(E) of Wellington's Land Development Regulations, failure to abide by the conditions of approval of a special use permit may jeopardize future permits. *See* LDR § 5.3.9(E) (available at: https://library.municode.com/fl/wellington/codes/unified_land_development_code?nodeId=ART 5DEREPR_CH3APRETY_S5.3.9SPUSPEEQPESEPE).

8. Based upon Polo's demonstrated and repeated failure to comply with the conditions of its Permit, Wellington's Planning and Zoning Department would not recommend issuance of any future special use permits to hold organized sports on this Property.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert Basehart
Planning, Zoning and Building Director
Village of Wellington

BEFORE ME, the undersigned authority, personally appeared ROBERT BASEHART, the Planning, Zoning and Building Director of the Village of Wellington, who is personally known to me and who, after being duly sworn, deposes and states that the foregoing statements are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me this 23rd day of March, 2018.

_____
Notary Public
My Commission Expires:

JENNIFER FRITZ
Notary Public - State of Florida
Commission # FF 930069
My Comm. Expires Feb 18, 2020
Bonded through National Notary Assn.

| From: | Laurie Cohen <lcohen@wellingtonfl.gov> |
| Sent time: | 05/18/2018 05:42:43 PM |
| To: | Laura Manning (lmanning@srhl-law.com) <lmanning@srhl-law.com> |
| Subject: | Wellington v. Palm Beach Polo, Inc. |
| Attachments: | order-50-2018-CA-005858-XXXX-MB-5aff3e0fc4a83.pdf |

Laura,

Please see attached.

Laurie Cohen | Village Attorney |
| **Village of Wellington** | 12300 Forest Hill Blvd | Florida, 33414 |
| Phone: 561-791-4000
| lcohen@wellingtonfl.gov | www.wellingtonfl.gov |

 

Please be advised that Wellington is a public entity subject to Florida's broad public records law under Chapter 119, Florida Statutes. Most written communications, including email addresses, to or from Wellington employees and elected officials regarding city business are public records and are available to the public and the media upon request. Your email communications may therefore be subject to public disclosure. If you do not want your email address to be subject to disclosure as a public record, please do not send electronic mail to Wellington. Instead, contact the city by telephone at (561) 791-4000.

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT COURT,
IN AND FOR PALM BEACH COUNTY, FLORIDA**

CASE NO.: 50-2018-CA-005858-XXXX-MB

DIVISION: AH

VILLAGE OF WELLINGTON,
     Plaintiff/Petitioner

vs.

PALM BEACH POLO INC,
     Defendant/Respondent.

_____/

**ORDER SETTING HEARING FILED ON
PETITIONER VILLAGE OF WELLINGTON'S EMERGENCY MOTION FOR
TEMPORARY INJUNCTIVE RELIEF FILED MAY 18, 2018 MAY 18, 2018**

     THIS CAUSE having come before the Court, upon Petitioner Village of Wellington's Emergency Motion for Temporary Injunctive Relief filed May 18, 2018, it is

     **ORDERED** that the hearing on Petitioner Village of Wellington's Emergency Motion for Temporary Injunctive Relief filed May 18, 2018 is set before the Honorable LISA S. SMALL on **May 22, 2018** at **02:00 pm**, in Courtroom **11C**, 205 N. Dixie Hwy, West Palm Beach, Florida 33401. This is a special set hearing which shall be limited to 60 minutes minutes. It is further

     This hearing has been specially set by the Court and shall not be canceled unless the issues of this motion have been settled and an order entered, or the motion withdrawn.

     If an interpreter is needed for a party or witness in this case, it shall be the responsibility of the party needing same to provide a qualified interpreter.

     **DONE and ORDERED** in Chambers, in West Palm Beach, Palm Beach County, Florida this May 18, 2018.

50-2018-CA-005858-XXXX-MB  05/18/2018
Lisa S. Small  Judge

50-2018-CA-005858-XXXX-MB    05/18/2018
Lisa S. Small
Judge

**COPIES TO:**

| | | |
|---|---|---|
| ALEXANDER DOMB | No Address Available | alec@aldlaw.org |
| CRAIG GALLE | No Address Available | pololawyer@aol.com |

Page **1** of **3**

Case No. 50-2018-CA-005858-XXXX-MB

| LAURIE STILWELL COHEN | 12300 FOREST HILL BLVD VILLAGE OF WELLINGTON, FL 33414 | service@wellingtonfl.gov lcohen@wellingtonfl.gov mpisz@wellingtonfl.gov |
| PALM BEACH POLO INC | 11199 POLO CLUB ROAD SUITE 1 WELLINGTON, FL 33414 | Alec@ALDlaw.org |

Case No. 50-2018-CA-005858-XXXX-MB

This notice is provided pursuant to Administrative Order No. 2.207

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."