EXHIBIT "18"



**SOUTH FLORIDA WATER MANAGEMENT DISTRICT**
**SURFACE WATER MANAGEMENT**
**GENERAL PERMIT NO. 50-00548-S-09**
**DATE ISSUED: December 1, 2011**

Form #0942
08/95

| | |
|---|---|
| **PERMITTEE:** ACME IMPROVEMENT DISTRICT<br>12300 W FOREST HILL BLVD<br>WELLINGTON, FL 33414 | PALM BEACH POLO INC<br>11198 POLO CLUB RD<br>WELLINGTON, FL 33414 |

**PROJECT DESCRIPTION:** Modification of pump operation for a project known as Big Blue Preserve.

**PROJECT LOCATION:** PALM BEACH COUNTY, SEC 15 TWP 44S RGE 41E

**PERMIT DURATION:** See Special Condition No: 1. Pursuant to Rule 40E-4.321, Florida Administrative Code.

This is to notify you of the District's agency action concerning Permit Application No. 110617-3, dated June 17, 2011. This action is taken pursuant to Rule 40E-1.606 and Chapter 40E-40, Florida Administrative Code (F.A.C.).

Based on the information provided, District rules have been adhered to and a Surface Water Management General Permit is in effect for this project subject to:

1. Not receiving a filed request for a Chapter 120, Florida Statutes, administrative hearing.
2. the attached 19 Standard Limiting Conditions (See Pages: 2 - 3 of 5).
3. the attached 11 Special Conditions (See Pages: 4 - 5 of 5) and
4. the attached 2.1 Exhibit(s)

Should you object to these conditions, please refer to the attached "Notice of Rights" which addresses the procedures to be followed if you desire a public hearing or other review of the proposed agency action. Please contact this office if you have any questions concerning this matter. If we do not hear from you in accordance with the "Notice of Rights," we will assume that you concur with the District's action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a "Notice of Rights" has been mailed to the Permittee (and the persons listed in the attached distribution list) no later than 5:00 p.m. on this 1st day of December, 2011, in accordance with Section 120.60(3), Florida Statutes.

BY: *Anita R. Bain*
Anita R. Bain
Bureau Chief - Environmental Resource Permitting
Regulation Division

Page 1 of 5



EXHIBIT D

Application No.: 110617-3
Page 2 of 5

## STANDARD LIMITING CONDITIONS

1. The permittee shall implement the work authorized in a manner so as to minimize any adverse impact of the works on fish, wildlife, natural environmental values, and water quality. The permittee shall institute necesssary measures during the construction period, including full compaction of any fill material placed around newly installed structures, to reduce erosion, turbidity, nutrient loading and sedimentation in the receiving waters.

2. Water quality data for the water discharged from the permittee's property or into surface waters of the State will be submitted to the District as required by Section 5.9, "Basis of Review for Surface Water Management Permit Applications within South Florida Water Management District". Parameters to be monitored may include those listed in Chapter 62-302, F.A.C.. If water quality data is required, the permittee shall provide data on volumes of water discharged, including total volume discharged during the days of sampling and total monthly discharges from the property or into surface waters of the State.

3. This permit shall not relieve the permittee of any obligation to obtain necessary federal, State, local or special district approvals.

4. The operation phase of this permit will not become effective until the District's acceptance of certification of the completed surface water management system. The permittee shall request transfer of the permit to the responsible operation entity accepted by the District, if different from the permittee. The transfer request can be submitted concurrently with the construction completion certification.

5. All road elevations shall be set in accordance with the criteria set forth in Section 6.5, "Basis of Review for Surface Water Management Permit Applications within South Florida Water Management District".

6. All building floor elevations shall be set in accordance with the criteria set forth in Section 6.4, "Basis of Review for Surface Water Management Permit Applications within South Florida Water Management District ".

7. Off-site discharges during construction and development will be made only through the facilities authorized by this permit.

8. A permit transfer to the operation phase shall not occur until a responsible entity meeting the requirement in Section 9.0, "Basis of Review for Surface Water Management Permit Applications within South Florida Water Management District" has been established to operate and maintain the system. The entity must be provided with sufficient ownership or legal interest so that it has control over all water management facilities authorized herein.

9. The permit does not convey to the permittee any property rights or privileges other than those specified in the permit and Chapter 40E-4, F.A.C..

10. The permittee shall hold and save the District harmless from any and all damages, claims, or liabilities which may arise by reason of the construction, operation, maintenance or use of any facility authorized by the permit.

11. This permit is issued based on the applicant's submitted information which reasonably demonstrates that adverse water resource related impacts will not be caused by the completed permit activity. Should any adverse impacts caused by the completed surface water management system occur, the District will require the permittee to provide appropriate mitigation to the District or other impacted party. The District will require the permittee to modify the surface water management system, if necessary, to eliminate the cause of the adverse impacts.

12. Within 30 days of issuance of this permit, the permittee or authorized agent shall notify the District (via the supplied construction commencement notice or equivalent) of the actual or anticipated construction start

Application No.:   110617-3
Page 3 of 5

## STANDARD LIMITING CONDITIONS

date and the expected completion date.

13. When the duration of construction exceeds one year, the permittee or authorized agent shall submit construction status reports on an annual basis (via the supplied annual status report or equivalent) beginning one year after the initial commencement of construction.

14. Within 30 days after completion of construction of the surface water management system, the permittee or authorized agent shall file a written statement of completion and certification by a Florida registered professional engineer. These statements must specify the actual date of construction completion and must certify that all facilities have been constructed in substantial conformance with the plans and specifications approved by the District (via the supplied construction completion/certification or equivalent). The construction completion certification must include, at a minimum, existing elevations, locations and dimensions of the components of the water management facilities. Additionally, if deviations from the approved drawings are discovered during the certification process, the certification must be accompanied by a copy of the approved permit drawings with deviations noted.

15. Within 30 days of any sale, conveyance or other transfer of any of the land which is proposed for development under the authorization of this permit, the permittee shall notify the District of such transfer in writing via either Form 0483, Request for Permit Transfer; or Form 0920, Request for Transfer of Surface Water Managment Construction Phase to Operation Phase (to be completed and submitted by the operating entity), in accordance with Sections 40E-1.6105 AND 40E-4.351, F.A.C..

16. A prorated share of surface water management retention/detention areas, sufficient to provide the required flood protection and water quality treatment, must be provided prior to occupancy of any building or residence.

17. A stable, permanent and accessible elevation reference shall be established on or within one hundred (100) feet of all permitted discharge structures no later than the submission of the certification report. The location of the elevation reference must be noted on or with the certification report.

18. It is the responsibility of the permittee to insure that adverse off-site water resource related impacts do not occur during construction.

19. The permittee must obtain a Water Use permit prior to construction dewatering, unless the work qualifies for a general permit pursuant to Subsection 40E-20.302(4), F.A.C..

## SPECIAL CONDITIONS

1. Operation of the surface water management system shall be the responsibility of the Acme Improvement District.

2. Discharge Facilities:

    Structure: CS 1

    1-36" WIDE SHARP CRESTED weir with crest at elev. 16' NGVD 29.
    LF of 30" dia. CORRUGATED METAL PIPE culvert.

    Receiving body : ACME C-23 CANAL
    Control elev : 15 feet NGVD 29.

    Structure: CS 2

    1-36" WIDE SHARP CRESTED weir with crest at elev. 16' NGVD 29.
    LF of 24" dia. CORRUGATED METAL PIPE culvert.

    Receiving body : ACME C-23 CANAL
    Control elev : 15 feet NGVD 29.

    Structure: CS 3

    1-48" WIDE SHARP CRESTED weir with crest at elev. 16' NGVD 29.
    LF of 30" dia. CORRUGATED METAL PIPE culvert.

    Receiving body : LAKE 26 OF PALM BEACH POLO GOLF COURSE
    Control elev : 15 feet NGVD 29.

    Structure: INFLOW PUMP

    1-6000gpm with pump on at elev. 14.5' NGVD 29 and with pump off at elev. 15'NGVD 29.

    Receiving body : BIG BLUE PRESERVE
    Control elev : 15 feet NGVD 29.

3. Acme Improvement District shall be responsible for the correction of any erosion, shoaling or water quality problems that result from the construction or operation of the surface water management system.

4. Measures shall be taken during construction to insure that sedimentation and/or turbidity violations do not occur in the receiving water.

5. The District reserves the right to require that additional water quality treatment methods be incorporated into the drainage system if such measures are shown to be necessary.

6. Facilities other than those stated herein shall not be constructed without an approved modification of this permit.

7. Acme Improvement District shall provide routine maintenance of all of the components of the surface water management system in order to remove all trapped sediments/debris. All materials shall be properly

## SPECIAL CONDITIONS

disposed of as required by law. Failure to properly maintain the system may result in adverse flooding conditions.

8. If prehistoric or historic artifacts, such as pottery or ceramics, stone tools or metal implements, dugout canoes, or any other physical remains that could be associated with Native American cultures, or early colonial or American settlement are encountered at any time within the project site area, the permitted project should cease all activities involving subsurface disturbance in the immediate vicinity of such discoveries. The permittees, or other designee, should contact the Florida Department of State, Division of Historical Resources, Review and Compliance Section at (850) 245-6333 or (800) 847-7278, as well as the appropriate permitting agency office. Project activities should not resume without verbal and/or written authorization from the Division of Historical Resources. In the event that unmarked human remains are encountered during permitted activities, all work shall stop immediately and the proper authorities notified in accordance with Section 872.05, Florida Statutes.

9. The permittees acknowledges that, pursuant to Rule 40E-4.101(2), F.A.C., a notice of Environmental Resource or Surface Water Management Permit may be recorded in the county public records. Pursuant to the specific language of the rule, this notice shall not be considered an encumbrance upon the property.

10. This permit is issued based on the Acme Improvement District's submitted information which reasonably demonstrates that adverse water resource related impacts will not be caused by the completed permit activity. Should any adverse impacts caused by the completed surface water management system occur, the District will require the Acme Improvement District to provide appropriate mitigation to the District or other impacted party. The District will require the Acme Improvement District to modify the surface water management system, if necessary, to eliminate the cause of the adverse impacts.

11. The exhibits and special conditions in this permit apply only to this application. They do not supersede or delete any requirements for other applications covered in Permit No. 50-00548-S-09 unless otherwise specified herein.

## NOTICE OF RIGHTS

As required by Sections 120.569(1), and 120.60(3), Fla. Stat., following is notice of the opportunities which may be available for administrative hearing or judicial review when the substantial interests of a party are determined by an agency. Please note that this Notice of Rights is not intended to provide legal advice. Not all the legal proceedings detailed below may be an applicable or appropriate remedy. You may wish to consult an attorney regarding your legal rights.

### RIGHT TO REQUEST ADMINISTRATIVE HEARING

A person whose substantial interests are or may be affected by the South Florida Water Management District's (SFWMD or District) action has the right to request an administrative hearing on that action pursuant to Sections 120.569 and 120.57, Fla. Stat. Persons seeking a hearing on a District decision which does or may determine their substantial interests shall file a petition for hearing with the District Clerk within 21 days of receipt of written notice of the decision, unless one of the following shorter time periods apply: 1) within 14 days of the notice of consolidated intent to grant or deny concurrently reviewed applications for environmental resource permits and use of sovereign submerged lands pursuant to Section 373.427, Fla. Stat.; or 2) within 14 days of service of an Administrative Order pursuant to Subsection 373.119(1), Fla. Stat. "Receipt of written notice of agency decision" means receipt of either written notice through mail, or electronic mail, or posting that the District has or intends to take final agency action, or publication of notice that the District has or intends to take final agency action. Any person who receives written notice of a SFWMD decision and fails to file a written request for hearing within the timeframe described above waives the right to request a hearing on that decision.

### Filing Instructions

The Petition must be filed with the Office of the District Clerk of the SFWMD. Filings with the District Clerk may be made by mail, hand-delivery or facsimile. **Filings by e-mail will not be accepted.** Any person wishing to receive a clerked copy with the date and time stamped must provide an additional copy. A petition for administrative hearing is deemed filed upon receipt during normal business hours by the District Clerk at SFWMD headquarters in West Palm Beach, Florida. Any document received by the office of the SFWMD Clerk after 5:00 p.m. shall be filed as of 8:00 a.m. on the next regular business day. Additional filing instructions are as follows:

- Filings by mail must be addressed to the Office of the SFWMD Clerk, P.O. Box 24680, West Palm Beach, Florida 33416.
- Filings by hand-delivery must be delivered to the Office of the SFWMD Clerk. **Delivery of a petition to the SFWMD's security desk does not constitute filing. To ensure proper filing, it will be necessary to request the SFWMD's security officer to contact the Clerk's office.** An employee of the SFWMD's Clerk's office will receive and file the petition.
- Filings by facsimile must be transmitted to the SFWMD Clerk's Office at (561) 682-6010. Pursuant to Subsections 28-106.104(7), (8) and (9), Fla. Admin. Code, a party who files a document by facsimile represents that the original physically signed document will be retained by that party for the duration of that proceeding and of any subsequent appeal or subsequent proceeding in that cause. Any party who elects to file any document by facsimile shall be responsible for any delay, disruption, or interruption of the electronic signals and accepts the full risk that the document may not be properly filed with the clerk as a result. The filing date for a document filed by facsimile shall be the date the SFWMD Clerk receives the complete document.

### Initiation of an Administrative Hearing
Pursuant to Rules 28-106.201 and 28-106.301, Fla. Admin. Code, initiation of an administrative hearing shall be made by written petition to the SFWMD in legible form and on 8 and 1/2 by 11 inch white paper. All petitions shall contain:

1. Identification of the action being contested, including the permit number, application number, District file number or any other SFWMD identification number, if known.
2. The name, address and telephone number of the petitioner and petitioner's representative, if any.
3. An explanation of how the petitioner's substantial interests will be affected by the agency determination.
4. A statement of when and how the petitioner received notice of the SFWMD's decision.
5. A statement of all disputed issues of material fact. If there are none, the petition must so indicate.
6. A concise statement of the ultimate facts alleged, including the specific facts the petitioner contends warrant reversal or modification of the SFWMD's proposed action.
7. A statement of the specific rules or statutes the petitioner contends require reversal or modification of the SFWMD's proposed action.
8. If disputed issues of material fact exist, the statement must also include an explanation of how the alleged facts relate to the specific rules or statutes.
9. A statement of the relief sought by the petitioner, stating precisely the action the petitioner wishes the SFWMD to take with respect to the SFWMD's proposed action.

A person may file a request for an extension of time for filing a petition. The SFWMD may, for good cause, grant the request. Requests for extension of time must be filed with the SFWMD prior to the deadline for filing a petition for hearing. Such requests for extension shall contain a certificate that the moving party has consulted with all other parties concerning the extension and that the SFWMD and any other parties agree to or oppose the extension. A timely request for extension of time shall toll the running of the time period for filing a petition until the request is acted upon.

If the District takes action with substantially different impacts on water resources from the notice of intended agency decision, the persons who may be substantially affected shall have an additional point of entry pursuant to Rule 28-106.111, Fla. Admin. Code, unless otherwise provided by law.

### Mediation
The procedures for pursuing mediation are set forth in Section 120.573, Fla. Stat., and Rules 28-106.111 and 28-106.401-.405, Fla. Admin. Code. The SFWMD is not proposing mediation for this agency action under Section 120.573, Fla. Stat., at this time.

### RIGHT TO SEEK JUDICIAL REVIEW
Pursuant to Sections 120.60(3) and 120.68, Fla. Stat., a party who is adversely affected by final SFWMD action may seek judicial review of the SFWMD's final decision by filing a notice of appeal pursuant to Florida Rule of Appellate Procedure 9.110 in the Fourth District Court of Appeal or in the appellate district where a party resides and filing a second copy of the notice with the SFWMD Clerk within 30 days of rendering of the final SFWMD action.

erp_staff_report.rdf

**Last Date For Agency Action:** December 6, 2011

### GENERAL SURFACE WATER MANAGEMENT STAFF REPORT

**Project Name:** Big Blue Preserve

**Permit No.:** 50-00548-S-09

**Application No.:** 110617-3

**Application Type:** Surface Water Management (General Permit Modification)

**Location:** Palm Beach County, S15/T44S/R41E

**Permittee:** Acme Improvement District
Palm Beach Polo Inc

**Operating Entity:** Acme Improvement District

**Project Area:** 93.00 acres

**Project Land Use:** Environmentally Sensitive

**Drainage Basin:** C-51 WEST

**Receiving Body:** ACME Improvement District (AID) C-23 Canal/Palm Beach Polo & Country Club Master SWM System

**Special Drainage District:** Acme Improvement District

**Conservation Easement To District:** No
**Sovereign Submerged Lands:** No

**PROJECT PURPOSE:**

This application is a request for modification of the pump operation for a project known as Big Blue Preserve.

erp:_staff_report.rdf

### PROJECT EVALUATION:

The project site lies at the northeast corner of the intersection of the Acme Improvment District's (AID's) C-6 and C-23 canals, within the Palm Beach Polo and Country Club, and is located in all or parts of Section(s) 15, Township 41 South, Range 41 East, in the Village of Wellington, Palm Beach County. The site is located in the South Florida Water Management District's (District's) C-51 West basin. See Exhibits 1.1 & 1.2 for general and detailed locations maps, respectively.

On June 11, 1987, the District authorized a construction modification for the Palm Beach Polo and Country Club which included additional lake area and an improved maintenance plan for the Big Blue Preserve to accommodate a revised site development plan. This 1987 permit modification included the following components as part of the improved maintenance plan for the Big Blue Preserve:

1) Construction of a berm around the Big Blue Preserve with a top elevation of 18.0-ft NGVD;
2) Pumping water into Big Blue with a 6,000 GPM pump from adjacent facilities;
3) Construction of two 48-inch wide flashboard risers with weirs having crests elevation at 16.0-ft NGVD; and
4) Maintenance of the surface water elevation within the Big Blue Preserve was dependent upon the pump being operated with an "on" elevation of 15.0-ft NGVD and an "off" elevation of 16.0-ft NGVD within the preserve.

The existing surface water management system for Palm Beach Polo and Country Club is operated at elevation 12.0-ft NGVD while the adjacent (internal) Big Blue Preserve area was to be operated at elevation 16.0-ft NGVD.

On June 8, 2006 the District authorized minor modifications to the Big Blue Preserve surface water management system infrastructure which consisted of revising the locations of the existing outfall structures and the pump station, modifying the existing control structures from 48-inch wide flashboard risers to 36-inch wide fixed weirs, adding an additional 48-inch wide fixed weir, accounting for an existing bridal path and internal culverts under the path.

Pursuant to the 1987 permit, the AID has the perpetual operation and maintenance responsibilities of the surface water management system for the Big Blue Preserve. Two separate easements and an assignment have been granted to the AID to access, operate, and maintain the pump and appurtenances at the site. An easement which provides ingress and egress upon Polo Club Road to access Big Blue for the purposes of operation and maintenance of the surface water management system has been granted by Palm Beach Polo and Country Club Property Owners' Association, Inc. to the AID. Another easement was granted by Palm Beach Polo, Inc. to the AID to provide perpetual access to the Big Blue Preserve to perform a number of activities required for operation and maintenance of the surface water management system to comply with the terms of Permit No. 50-00548-S-09, as modified.

The project includes modifying the "on/off" elevations of the existing 6,000 GPM inflow pump station to Big Blue Preserve from 15.0-ft NGVD/16.0-ft NGVD, respectively, to 14.5-ft NGVD/15.0-ft NGVD, respectively, during the wet season (June through November). Additionally the permittee will eliminate pumping into Big Blue Preserve during the dry season (December through May). AID will continue to be the operation entity for the Big Blue Preserve.

Please refer to Exhibit 2.1 for the topographic survey and anticipated areas of inundation of the Big Blue

erp_staff_report.rdf

Preserve based on the change in pump operations.

### Discharge Rate:

The proposed project is consistent with the land use and site grading assumptions from the design of the surface water management system. Therefore, the surface water management system for this project has not been designed to limit discharge for the design event to a specified rate.

### Control Elevation:

| Basin | Area (Acres) | Ctrl Elev (ft, NGVD 29) | WSWT Ctrl Elev (ft, NGVD 29) | Method Of Determination |
|---|---|---|---|---|
| BIG BLUE PRESERVE | 93.00 | 15 | | Other |

### Receiving Body:

| Basin | Str.# | Receiving Body |
|---|---|---|
| Big Blue Preserve | CS 1 | ACME C-23 CANAL |
| Big Blue Preserve | CS 2 | ACME C-23 CANAL |
| Big Blue Preserve | CS 3 | LAKE 26 OF PALM BEACH POLO GOLF COURSE |
| Big Blue Preserve | INFLOW PU | BIG BLUE PRESERVE |

**Discharge Structures:** Note: The units for all the elevation values of structures are (ft, NGVD 29)

Culverts:

| Basin | Str# | Count | Type | Width | Length | Dia. |
|---|---|---|---|---|---|---|
| BIG BLUE PRESERVE | CS 1 | 1 | Corrugated Metal Pipe | | | 30" |
| BIG BLUE PRESERVE | CS 2 | 1 | Corrugated Metal Pipe | | | 24" |
| BIG BLUE PRESERVE | CS 3 | 1 | Corrugated Metal Pipe | | | 30" |

Weirs:

| Basin | Str# | Count | Type | Width Height Length | Dia. | Elev. |
|---|---|---|---|---|---|---|
| BIG BLUE PRESERVE | CS 1 | 1 | Sharp Crested | 36" | | 16 (crest) |
| BIG BLUE PRESERVE | CS 2 | 1 | Sharp Crested | 36" | | 16 (crest) |
| BIG BLUE PRESERVE | CS 3 | 1 | Sharp Crested | 48" | | 16 (crest) |

**Other Structures:** Note: The units for all the elevation values of structures are (ft, NGVD 29)

Pumps:

| Basin | Str# | Count | Type | Capacity | Elev. |
|---|---|---|---|---|---|
| BIG BLUE PRESERVE | INFLOW PUMP | 1 | Axial Flow | 6000gpm | 14.5 (on) / 15 (off) |

App.no.: 110617-3          Page 3 of 5

erp_staff_report.rdf

No adverse water quality impacts are anticipated as a result of the proposed project.

The original Surface Water Management Permit (Permit No. 50-00548-S-09, Application No. 04227-G) identified that restoration of the cypress wetlands within Big Blue Preserve, and the control/eradication of Brazilian pepper within the wetlands, were dependent upon constant indundation being maintained. Therefore, the permit required "on/off" elevations of the 6,000 GPM inflow pump station to Big Blue Preserve at 15.0-ft NGVD/16.0-ft NGVD, respectively. However, operating the system in this manner has not been effective in controlling or eradicating Brazilian pepper within the wetland preserve, as was anticipated by the District, nor does it closely mimic a natural hydropattern for the wetlands.

Natural cypress wetlands are typically flooded 6-8 months of the year with water depths of 12-18 inches in the wet season, and can dry out with water depths as low as 16 inches below the ground surface in the dry season. Specifically, many natural biological processes within the wetland are dependent upon a more natural hydropattern that includes variations in the frequency of flooding/saturation, the depth of flooding/saturation, and the duration of flooded/saturated soil conditions. By modifying the "on/off" elevations of the existing inflow pump station to Big Blue Preserve to 14.5-ft NGVD/15.0-ft NGVD, respectively, during the wet season (June through November), and eliminating pumping during the dry season (December through May), a more natural hydrologic regime will be created for the cypress wetlands within the Big Blue Preserve than that which currently exists. As a result, modifying the hydrology within the cypress wetlands as authorized could possibly allow for a more natural recruitment of desirable, native wetland plant species, which could compete with and more effectively control the Brazailian pepper to some degree than under current conditions.

**RELATED CONCERNS:**

**CERP:**

The proposed project is not located within or adjacent to a Comprehensive Everglades Restoration Project component.

**Historical/Archeological Resources:**

No information has been received that indicates that the proposed activities could cause adverse impacts to archaeological or historical resources.

**DCA/CZM Consistency Review:**

The issuance of this permit constitutes a finding of consistency with the Florida Coastal Management Program.

**STAFF REVIEW:**

**DIVISION APPROVAL:**

SURFACE WATER MANAGEMENT:

Carlos A. de Rojas, P.E.

DATE: 12/1/11

NATURAL RESOURCE MANAGEMENT:

Anita R. Bain

DATE: 12/1/11





PALM BEACH COUNTY, FLORIDA

Legend

▨ Application

Map Date: 2011-06-23

Application Number: 110617-3

Permit Number: 50-00548-S-09

Sec 15,16 / Twp 44 / Rge 41

Project Name: BIG BLUE PRESERVE

0      0.1      0.2 Miles

Exhibit Number: 1.2
Page 1 of 1



App. #110617-3    Exhibit 2.1    Page 1 of 3



App. #110617-3   Exhibit 2.1   Page 2 of 3

