EXHIBIT "19"

## Francis Lynch

**From:** David Flinchum [dflinchum@wellingtonfl.gov]

**Sent:** Thursday, June 09, 2011 9:14 AM

**To:** Francis Lynch

**Cc:** Robert Sorgini; PoloAssetManager@aol.com; Jeff S. Kurtz

**Subject:** RE: Palm Beach Polo & Country Club Property Owners' Association, Inc / Palm Beach Polo, Inc.- Dog park

No, just want to be clear we would not consider the 1 acre portion as a legal lot. We would only be involved if future permits or improvements are needed.

David Flinchum ASLA, AICP/Planning and Zoning Manager/Wellington
12300 Forest Hill Boulevard/ Wellington Fl. 33414
Tel: 561-753-2533 / Fax 561-904-5924 / dflinchum@wellingtonfl.gov
Office Hours: 7:00am to 6:00 pm Monday through Thursday

**From:** Francis Lynch [mailto:flynch@blesmlaw.com]                         3.
**Sent:** Thursday, June 09, 2011 9:14 AM
**To:** David Flinchum
**Cc:** Robert Sorgini; PoloAssetManager@aol.com; Jeff S. Kurtz
**Subject:** RE: Palm Beach Polo & Country Club Property Owners' Association, Inc / Palm Beach Polo, Inc.- Dog park

There will be no permits sought as this will continue to be used as a dog park, just as it is now.
A fence is in place and no improvements are contemplated.  It will continue its use as open space.
Any problem?

Francis X. J. Lynch, Esq.
Breton, Lynch, Eubanks & Suarez- Murias, P. A.
1209 North Olive Avenue
West Palm Beach, FL 33401
(561) 721-4000 main line
(561) 721-4004 direct line
(561) 721-4001 fax
flynch@blesmlaw.com

**From:** David Flinchum [mailto:dflinchum@wellingtonfl.gov]
**Sent:** Wednesday, June 08, 2011 5:05 PM                         2.
**To:** Francis Lynch
**Cc:** Robert Sorgini; PoloAssetManager@aol.com; Jeff S. Kurtz
**Subject:** RE: Palm Beach Polo & Country Club Property Owners' Association, Inc / Palm Beach Polo, Inc.- Dog park

Mr. Lynch – This is not a legal lot of record and appears to be a proposed 1.0 acre subdivision from a larger tract. No permits would be issued for fencing or other improvements until the proposed parcel is platted.

David Flinchum ASLA, AICP/Planning and Zoning Manager/Wellington
12300 Forest Hill Boulevard/ Wellington Fl. 33414
Tel: 561-753-2533 / Fax 561-904-5924 / dflinchum@wellingtonfl.gov
Office Hours: 7:00am to 6:00 pm Monday through Thursday

6/9/2011

**From:** Francis Lynch [mailto:flynch@blesmlaw.com]
**Sent:** Wednesday, June 08, 2011 3:14 PM
**To:** Francis Lynch; David Flinchum
**Cc:** Robert Sorgini; PoloAssetManager@aol.com
**Subject:** RE: Palm Beach Polo & Country Club Property Owners' Association, Inc / Palm Beach Polo, Inc.- Dog park

Please advise as to where we stand on this as we need to close this transaction.
Thank you.

Francis X. J. Lynch, Esq.
Breton, Lynch, Eubanks & Suarez- Murias, P. A.
1209 North Olive Avenue
West Palm Beach, FL 33401
(561) 721-4000 main line
(561) 721-4004 direct line
(561) 721-4001 fax
flynch@blesmlaw.com

---

**From:** Francis Lynch
**Sent:** Thursday, June 02, 2011 10:37 AM
**To:** 'dflinchum@wellingtonfl.gov'
**Cc:** 'Robert Sorgini'; PoloAssetManager@aol.com
**Subject:** Palm Beach Polo & Country Club Property Owners' Association, Inc / Palm Beach Polo, Inc.- Dog park

Dear Mr. Flinchum:
As I indicated in our telephone conversation of yesterday, I represent the property owners' association (the "POA"). The POA is attempting to purchase from Palm Beach Polo, Inc., that property more particularly described in the attached deed, which has not yet been recorded.   The property in question is one (1) acre in size.  It is a portion of property which has been assigned a property control number.  The to-be-conveyed parcel will also obtain a parcel control number.  The property is presently used as a dog park and will continue to be used as such.  The property will not be developed further.
The question is whether there is anything in the PUD approval that would prevent the POA from obtaining title to this property from Palm Beach Polo, Inc.
If you prefer, I can take this up with counsel for the village.
Please advise.
Thank you.
Frank Lynch

Francis X. J. Lynch, Esq.
Breton, Lynch, Eubanks & Suarez- Murias, P. A.
1209 North Olive Avenue
West Palm Beach, FL 33401
(561) 721-4000 main line
(561) 721-4004 direct line
(561) 721-4001 fax
flynch@blesmlaw.com

---

E-mail addresses are public record under Florida Law and are not exempt from public-records requirements. If you do not want your e-mail address to be subject to being released pursuant to a public-records request do not send electronic mail to this entity. Instead, contact this office by telephone or in writing, via the United States Postal Service.
Communication made through e-mail or any other computer messaging system shall in no way be deemed to constitute legal notice to The City of Wellington or any of its agencies, officers, employees, agents or representatives with respect to any existing or potential claim or cause of action

6/9/2011

**Kim Hoffman**

| | |
|---|---|
| **From:** | Kim Hoffman on behalf of Francis Lynch |
| **Sent:** | Thursday, March 24, 2011 8:03 AM |
| **To:** | 'dflinchum@wellingtonfl.gov' |
| **Subject:** | Palm Beach Polo and Country Club |

**Attachments:** ltr-wellington.pdf

Please see attached correspondence.



ltr-wellington.pdf
(329 KB)

Francis X. J. Lynch, Esquire
Breton, Lynch, Eubanks & Suarez-Murias, P.A.
1209 North Olive Avenue
West Palm Beach, Florida 33401
Direct: (561) 721-4004
Fax: (561) 721-4001
Main: (561) 721-4000

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for purposes of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this electronic mail transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is stricly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect at 561-721-4000. Thank you.

The Law Offices of

# BRETON, LYNCH, EUBANKS & SUAREZ-MURIAS, P.A.

Peter L. Breton
Francis X. J. Lynch
John R. Eubanks, Jr.
Marta M. Suarez-Murias
Robert J. Sniffen – Of Counsel
Ronald Witkowski – Of Counsel

www.blesmlaw.com
Sender's Direct Line: (561) 721-4004
E-Mail: flynch@blesmlaw.com

1209 North Olive Avenue
West Palm Beach, FL 33401
Phone: (561) 721-4000
Facsimile: (561) 721-4001

March 24, 2011

VIA E-MAIL
dflinchuml@wellingtonfl.gov

Mr. David Flinchum
Planning & Zoning Manager
Village of Wellington

Re:     Palm Beach Polo and Country Club – Wellington, P.U.D.

Dear Mr. Flinchum:

With regard to the above, please be advised that this firm represents Palm Beach Polo and Country Club Property Owners' Association, Inc. (the "POA"). The POA is purchasing a parcel of land from Palm Beach Polo, Inc. ("Polo"), presently known as the dog park. A copy of the sketch of, and legal description for, this property is attached.

The POA has received several inquiries from its members as to whether or not Polo has the authority to sell the dog park to the POA. While I realize the approval of this P.U.D. occurred while Wellington was unincorporated, it is my understanding that the enforcement of that P.U.D. now falls to the Village in light of its incorporation.

I would appreciate it if you would contact me and let me know if there is any prohibition of which you are aware which would prevent the sale of the property by Polo to the POA.

Thank you for your assistance in this matter. I look forward to hearing from you.

Sincerely,

FRANCIS X. J. LYNCH

FXJL/kh
Enclosures

Z:\Data\16580\14\ltr-wellington.doc

TELEPHONE No. 561-314-0799     FAX No. 561-314-0770



**EXACTA**
COMMERCIAL LAND SURVEYORS
L.B. 7131
3480 FAIRLANE FARMS RD. SUITE 7, WELLINGTON, FL. 33414

RECORDING AREA

## LEGAL DESCRIPTION OF:
## POLO CLUB DOG PARK
A PORTION OF SECTION 15, TOWNSHIP 44 SOUTH, RANGE 41 EAST
VILLAGE OF WELLINGTON, PALM BEACH COUNTY, FLORIDA

**LEGAL DESCRIPTION:**

A PARCEL OF LAND BEING A PORTION OF SECTION 15, TOWNSHIP 44 SOUTH, RANGE 41 EAST, IN THE VILLAGE OF WELLINGTON, PALM BEACH COUNTY, FLORIDA, SAID PARCEL OF LAND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE NORTHEAST CORNER OF PARCEL "C", CHUKKER COVE OF PALM BEACH POLO & COUNTRY CLUB, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 63, PAGES 163 THRU 166, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA;

THENCE NORTH 73°24'59" EAST, ALONG THE SOUTHERLY RIGHT OF WAY LINE OF POLO CLUB ROAD, A 60.00 FEET WIDE TRACT FOR PRIVATE ROAD PURPOSES, AS SHOWN IN POLO CLUB ROAD PLAT NO.2, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 63, PAGES 62 AND 62A, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, A DISTANCE OF 218.38 FEET;

THENCE SOUTH 15°36'12" WEST, A DISTANCE OF 34.10 FEET;

THENCE SOUTH 03°33'00" WEST, A DISTANCE OF 33.20 FEET;

THENCE SOUTH 03°44'47" WEST, A DISTANCE OF 93.37 FEET;

THENCE SOUTH 01°23'57" WEST, A DISTANCE OF 89.98 FEET;

THENCE SOUTH 02°30'02" EAST, A DISTANCE OF 91.02 FEET;

THENCE SOUTH 82°08'47" WEST, A DISTANCE OF 50.21 FEET;

THENCE NORTH 31°10'44" WEST, A DISTANCE OF 251.59 FEET;

THENCE NORTH 10°55'35" WEST, A DISTANCE OF 72.21 FEET TO THE POINT OF BEGINNING.

SAID LANDS SITUATE WITHIN THE VILLAGE OF WELLINGTON, PALM BEACH COUNTY, FLORIDA, CONTAINING 1.000 ACRES (43,560 SQUARE FEET) MORE OR LESS.

**SURVEY NOTES:**

1. THE BEARINGS SHOWN HEREON ARE RELATIVE TO FLORIDA STATE COORDINATES SYSTEM, EAST ZONE, NORTH AMERICAN DATUM OF 1983/90.

2. THE PROPERTY SHOWN HEREON WAS NOT ABSTRACTED FOR OWNERSHIP, RIGHTS-OF-WAY OR OTHER MATTERS OF RECORD BY EXACTA. THIS SKETCH DOES NOT REPRESENT A FIELD SURVEY (THIS IS NOT A SURVEY).

3. THE GEOMETRY OF THE POLO CLUB DOG PARK IS BASED ON CLIENT'S SKETCH.

4. THE LEGAL DESCRIPTION SHOWN HEREON WAS AUTHORED BY EXACTA COMMERCIAL SURVEYORS, INC., WITHOUT THE BENEFIT OF A TITLE SEARCH. FOR MORE INFORMATION ABOUT POSSIBLE EASEMENTS AND RESTRICTIONS ON THIS PROPERTY REFER TO THE PUBLIC RECORDS OF THIS COUNTY AND THE PLAT OF RECORD (IF ANY).

| REVISIONS | DATE | BY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| DATE OF SKETCH | DRAWN BY | CHECKED BY | FIELD BOOK |
|---|---|---|---|
| 02/23/10 | JOLR | SF | N/A |

**CERTIFICATE:**
THIS IS TO CERTIFY THAT THE SKETCH AND LEGAL DESCRIPTION SHOWN HEREON IS ACCURATE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I FURTHER CERTIFY THAT THIS SKETCH AND LEGAL DESCRIPTION MEETS THE MINIMUM TECHNICAL STANDARDS SET FORTH BY THE FLORIDA BOARD OF PROFESSIONAL SURVEYORS AND MAPPERS IN CHAPTER 61G17-6, FLORIDA ADMINISTRATIVE CODE, PURSUANT TO SECTION 472.027, FLORIDA STATUTES.

JAVIER DE LA ROCHA

PROFESSIONAL SURVEYOR AND MAPPER NO. 6230 - STATE OF FLORIDA

SEAL:
NOT VALID UNLESS SEALED HERE WITH AN EMBOSSED SURVEYOR'S SEAL

SHEET 1 OF 2



The Law Offices of

# BRETON, LYNCH, EUBANKS & SUAREZ-MURIAS, P.A.

Peter L. Breton
Francis X. J. Lynch
John R. Eubanks, Jr.
Marta M. Suarez-Murias
Robert J. Sniffen – Of Counsel
Ronald Witkowski – Of Counsel

www.blesmlaw.com
Sender's Direct Line: (561) 721-4004
E-Mail: flynch@blesmlaw.com

1209 North Olive Avenue
West Palm Beach, FL 33401
Phone: (561) 721-4000
Facsimile: (561) 721-4001

May 10, 2011

FEDERAL EXPRESS

Mr. David Flinchum
Planning & Zoning Manager
Village of Wellington
12300 Forest Hill Boulevard
Wellington, FL  33414

      Re:    Palm Beach Polo and Country Club – Wellington, P.U.D.

Dear Mr. Flinchum:

With regard to the above, please be advised that this firm represents Palm Beach Polo and Country Club Property Owners' Association, Inc. (the "POA"). The POA is purchasing a parcel of land from Palm Beach Polo, Inc. ("Polo"), presently known as the dog park. A copy of the sketch of, and legal description for, this property is attached.

The approval of this P.U.D. occurred prior to Wellington incorporating, however, the enforcement of that P.U.D. now falls to the Village in light of its incorporation.

I am enclosing a copy of the Order and Final Judgment entered by Judge Brunson on June 25, 2004, in that action captioned *The Village of Wellington v. Palm Beach Polo, Inc.*, Case No. CA-01-3914-AH (502001CA003914XX0CAH), in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. While this Order confirms the respective rights and obligations of the parties regarding the P.U.D. Master Plan, it does not prohibit Polo from selling any of the property governed by the Master Plan.

Several Owners have asserted that Polo cannot sell the dog park. I am unaware of any such prohibition.

My purpose in contacting you is to determine if it is staff's position that such a prohibition exists which would prevent Polo from selling the dog park to the POA.

I would appreciate it if you would contact me and advise me of any such prohibition of which you are aware in the P.U.D. approval, or any such staff interpretation contained in said approval, which would prevent the sale of the property by Polo to the POA.

Z:\Data\16560\14\ltr-wellington2.doc

Mr. David Flinchum
May 10, 2011
Page 2


Thank you for your assistance in this matter.  I look forward to hearing from you.

Sincerely,

FRANCIS X. J. LYNCH

FXJL/kh
Enclosures

Z:\Data\16580\114\fr-wellington2.doc