EXHIBIT "20"

## BEFORE THE VILLAGE OF WELLINGTON SPECIAL MAGISTRATE

Village of Wellington,

      Petitioner,

vs.                             **CASE NO.**
                                   **NOH-15-00001991**

### PALM BEACH POLO & COUNTRY CLUB PROPERTY OWNERS ASSOCIATION INC

      Respondent(s)

## STIPULATION AGREEMENT AND AGREED ORDER

The Code Compliance Division of the Village of Wellington, Palm Beach County, Florida, and the Respondent(s) hereby stipulate and agree to the following matters:

1.      This Agreement may be recorded in the Official Records of Palm Beach County, Florida.

2.      This Stipulation shall not take effect until approved by the Special Magistrate and if not so approved then this Stipulation shall be null and void having no force and effect.

3.      The persons signing this Stipulation have the authority to enter into the Stipulation and bind the respective parties to the terms contained herein.

4.      There shall be no presumption that any ambiguities in this Stipulation shall be resolved against the party that caused it to be drafted.

5.      This Agreement only affects the violations listed on the Notice of Violation/Notice of Hearing. Any existing violations on the Property other than those set forth in the Notice of Violation/Notice of Hearing or any new violations that may arise after this Agreement is made may be enforced by the Village pursuant to the Village of Wellington Codes.

6.      The violations are described in the Notice of Violation/Notice of Hearing which is filed in this case. A violation detail is attached as a part of this Agreement, which fully describes the violations that exist at the property located at 12376 POLO CLUB RD, Wellington, Florida, described as 15-44-41, NLY 343.65 FT OF S ½ LYG S OF & ADJ TO POLO CLUB RD R/W IN OR24580P1983, 73-41-44-15-00-000-506-0.

7.      The Respondent is **granted until 12:00 midnight on November 19, 2015** to take the necessary corrective action to bring the property into compliance with the applicable sections of the Village of Wellington codes. For purposes of this Stipulation, corrective action means tendering a deed to the property to Palm Beach Polo, Inc.

8.      The parties each acknowledge that there is sufficient consideration to support each and every duty and obligation of this Agreement.

9.      **The Respondent will incur costs associated with prosecuting this case if the violation is not corrected as outlined in paragraph 7, above. Currently costs incurred total $186.62.**

                                                        1 of 3

10.  The Respondent is further ordered to cease and desist, for a period of five years, from any future violations of the charge or pay a fine for each day of the re-occurrence.

11.  The Respondent bears the burden of contacting the Village of Wellington Code Compliance Division (561-753-2580) on or before each of the dates noted in paragraph 7 to verify that the conditions of the agreement have been met and to arrange for a re-inspection of the property in order to verify that the violation(s) have been corrected.

12.  **In the event the Code Compliance Division is not contacted as required in paragraph 11 and/or the violations are not corrected as ordered in paragraph 7, a fine certification hearing will be held before the Special Magistrate on <u>December 10, 2015</u> at 9:00 a.m. at the Wellington Municipal Complex, 12300 W. Forest Hill Boulevard, Wellington Florida.  At the fine certification hearing, the Code Compliance Officer will request certification of a fine in an amount not to exceed <u>$250.00 per day/ per violation</u>.  No additional notification of the intent to impose a fine will be given.**

13.  Pursuant to Section 162.06, Florida Statutes, Respondents have certain responsibilities in disclosing this violation to any potential buyer of the property and the responsibility to file a notice with the SPECIAL MAGISTRATE of the transfer of the property, with the identity and address of the new owner and copies of the written disclosure made to the new owner within five days after the date of the transfer.  The failure to make the disclosure creates a rebuttable presumption of fraud.  Sale of the property will not cause this case to be dismissed.

14.  A certified copy of this Order may be recorded in the Public Records of Palm Beach County, Florida.

**I acknowledge that I have read and understand this Stipulation Agreement and agree to abide by the terms established herein.**

> **PALM BEACH POLO & COUNTRY CLUB PROPERTY OWNERS ASSOCIATION, INC.**
>
> **By: Andrew Carduner**
> **Title: President**

App 5 - 000002



And

VILLAGE OF WELLINGTON CODE COMPLIANCE DIVISION:

Steven Koch
Code Compliance Manager

# *ORDER OF SPECIAL MAGISTRATE*

This Stipulation having been presented to the Special Magistrate on the 17th day of September, 2015, and the Special Magistrate having been fully advised in the premises thereof, the Stipulation is approved and adopted as an Order, with the Special Magistrate retaining jurisdiction to enforce the provisions of the Stipulation and Order.

VILLAGE OF WELLINGTON
CODE ENFORCEMENT
SPECIAL MAGISTRATE

By: _____

```
                         VIOLATION DETAIL                          PAGE    1

CASE NUMBER        15-00001991
PROPERTY ADDRESS   12376 POLO CLUB RD

-----------------------------------------------------------------
  VIOLATION: Application of Ordinance      QUANTITY:        1
DESCRIPTION: LDR Section 8.4.1.            DATE:       1/29/15
  LOCATION:

    NARRATIVE :
         A subdivision (Dog park)was created without conforming to
         the provisions of this article.

    ORDINANCE DESCRIPTION :
         CHAPTER 4. - APPLICATION OF ORDINANCE
         Section 8.4.1. - General application.
         No person shall create a subdivision or develop any lot
         within a subdivision in the Village except in conformity
         with this article. No Final Plat or certified survey of any
         subdivision shall be recorded unless such subdivision meets
         all applicable provisions of this article, the provisions of
         other applicable Village ordinances, and the applicable laws
         of the State of Florida. Provided, however, that the
         subdivision of contiguous lands under single ownership where
         none of the resulting lots are less than forty (40) acres
         shall not be subject to compliance with the provisions of
         this article, unless such compliance is required as a
         specific condition of a development order for a conditional
         use or special use approved pursuant to Article 5.

    CORRECTIVE ACTION REQUIRED :
         Take action necessary to comply with the requirements of the
         Code.

-----------------------------------------------------------------
  VIOLATION: Site suitability             QUANTITY:        1
DESCRIPTION: LDR Section 8.3.5            DATE:       1/29/15
  LOCATION:

    NARRATIVE :
         The entire original tract of land that was illegally
         subdivided is designated a Natural Reserve area on the
         approved Master Plan of the Wellington P.U.D.  Pursuant to
         Section 8.3.5 of the Wellington Land Development
         Regulations, the original tact of land is not suitable for
         subdivision.

    ORDINANCE DESCRIPTION :
         Sec. 8.3.5. - Site suitability.
         Subdivision of land unsuitable for the proposed type or
         extent of development shall not be approved unless adequate
         methods of correction or mitigation are formulated and
         approved in accordance with the provisions of this article.
         The Village Engineer may determine that land is unsuitable
         for subdivision due to unstable or poorly drained soils,
         frequent inundation, existence of environmentally sensitive
         or protected areas, inadequate legal or physical access to
         the proposed subdivision, or conditions or features deemed
```

VIOLATION DETAIL                                    PAGE    2

CASE NUMBER         15-00001991
PROPERTY ADDRESS    12376 POLO CLUB RD

    ORDINANCE DESCRIPTION :
        to be harmful to the health, safety and general welfare of
        future residents or the public.

    CORRECTIVE ACTION REQUIRED :
        Dissolve the illegal and unsuitable subdivision and
        reassemble the illegal subdivision lots into the original
        tract