EXHIBIT "21"

Siegfried · Rivera · Hyman · Lerner
De La Torre · Mars · Sobel



S R H L · L A W . C O M

LAURA M. MANNING-HUDSON
LMANNING@SRHL-LAW.COM

REPLY TO WEST PALM BEACH OFFICE

November 10, 2015

Michael Posner, Esq., Special Magistrate
Village of Wellington
Wellington Municipal Complex
12300 W. Forest Hill Boulevard
Wellington, FL  33414

      Re:    **Palm Beach Polo and Country Club Property Owners Association, Inc.**
              **Village of Wellington Case No.: 15-00001991**

Dear Magistrate Posner:

      The undersigned law firm represents the Palm Beach Polo and Country Club Property Owners Association, Inc. ("POA") as general counsel. On September 17, 2015, the POA and the Village of Wellington ("VOW") entered into a Stipulation Agreement and Agreed Order in the above referenced case number which was also approved by your Honor ("Stipulation Agreement"). Pursuant to the Stipulation Agreement, the POA is required to tender a deed for property which it owns to Palm Beach Polo, Inc. by November 19, 2015. The nature of the violation was such that Palm Beach Polo, Inc., as the owner of the Big Blue Reserve, violated Wellington's Land Development Regulations when it conveyed a portion of the Big Blue Reserve (which is unplatted) to the POA. As the recipient and current owner of said parcel, the POA was issued a violation notice by the VOW.

      However, the VOW is currently involved in litigation with Palm Beach Polo, Inc. in the matter of *Village of Wellington v. Palm Beach Polo, Inc.*, filed in the Palm Beach County Circuit Court case number 502014CA013530XXXXMB, that pertains to the Big Blue Reserve and Palm Beach Polo, Inc.'s violations of a Final Judgment entered by Judge Brunson in 2004. Because the Big Blue Reserve is located within the POA and is wholly surrounded by the POA's various neighborhoods, the outcome of this litigation is of significant importance to the POA. Accordingly, the POA is respectfully requesting that paragraphs 7 and 12 of the Stipulation Agreement be modified so that its compliance is abated until the conclusion of the litigation referenced herein, and that the proposed sanctions referenced in paragraph 12 be eliminated in their entirety.

Michael Posner, Special Magistrate
November 10, 2015
Page 2

---

We are hopeful that the VOW will be in agreement with these requested modifications to the Stipulation Agreement and will submit an Amended Agreed Order with regard to same.

Your attention to this matter is greatly appreciated.

Very truly yours,

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.

Laura M. Manning-Hudson

LMM
cc: Client
Laurie Cohen, Esq.
Steven Koch, Code Compliance Manager
H:\LIBRARY\CASES\6728\2130202\35Q3481.DOCX