EXHIBIT "22"

## In the Matter Of:

Village of Wellington Code Enforcement Hearing

---

## RECORDED PROCEEDINGS

*November 19, 2015*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

1
2
3
4
5
6
7
8                         TRANSCRIPTION

9                          EXCERPT OF

10                   VILLAGE OF WELLINGTON

11                 CODE ENFORCEMENT HEARING

12      BEFORE SPECIAL MAGISTRATE ALAN ZANGEN, ESQUIRE

13
14                     NOVEMBER 19, 2015

15
16
17
18
19
20
21
22
23    Transcribed by Louanne Rawls
24    Notary Public, State of Florida
25    West Palm Beach Office #J0297577



```
 1          R E C O R D E D   P R O C E E D I N G S

 2                          - - -

 3                    * * * * * * * *

 4     SPECIAL MAGISTRATE ZANGEN:   Okay. Do we have any additions

 5  or deletions to the agenda this morning?

 6     SPEAKER:  No, sir.

 7     SPECIAL MAGISTRATE ZANGEN:   Okay. Consent? Consents

 8  finalized that I have in front of me?

 9     SPEAKER:  Yes, sir.

10     SPECIAL MAGISTRATE ZANGEN:   Okay. And then we'll approve the

11  consents.

12     MR. DOMB:  Yeah. Excuse me.

13     SPECIAL MAGISTRATE ZANGEN:   Yes.

14     MR. DOMB:   Magistrate, we object to item number 14 being on

15  the consent agenda. We ask that it be removed from the consent

16  agenda. My client, Palm Beach Polo, Inc., has received no

17  notice, has not had an opportunity to be heard on this matter,

18  and the -- putting this on consent and running this through

19  consent is a violation of our due process rights.

20     The outcome of this case directly affects the outcome of

21  another case in which we are the -- the respondent and the

22  performance is due today, on the 19th. If the performance is not

23  done today and -- and this motion to abate is granted then we

24  will be in violation for failing to comply today on the 19th and

25  that's unacceptable. And so we ask that you remove this from
```



```
1    consent so that we can further discuss it and explain our
2    position.
3         SPECIAL MAGISTRATE ZANGEN:  What's the other case number
4    you're claiming this is related to?
5         MR. DOMB:  Our case number is 3902, I believe.
6         SPECIAL MAGISTRATE ZANGEN:  Is it on the agenda this
7    morning?
8         MR. DOMB:  It is not.
9         SPECIAL MAGISTRATE ZANGEN:  When -- when is it on? When's it
10   scheduled for hearing?
11        MR. DOMB:  It is not. There is a -- if I may approach? This
12   is the violation on 3902. This is an order finding violation
13   with respect to the dog park, or the so-called dog park. And --
14        SPECIAL MAGISTRATE ZANGEN:  Is this the second case you're
15   talking about?
16        MR. DOMB:  That is the case --
17        SPECIAL MAGISTRATE ZANGEN:  39 --
18        MR. DOMB:  That's correct.
19        SPECIAL MAGISTRATE ZANGEN:  3902.
20        MR. DOMB:  And -- and their case is 1991 and it's exactly
21   the same case. And if I may approach again, there's a
22   stipulation and an agreed order and agreement that the Palm
23   Beach Polo Property Owner's Association entered into with this
24   Board agreeing that they were in violation, agreeing to turn the
25   dog park back to Palm Beach Polo, Inc. The date for performance
```



1   is today.

2       And instead of performing for some reason the Village is

3   granting them a -- a -- an abatement of their performance until

4   the outcome of some ancillary litigation that has nothing

5   whatever to do with the dog park. And in the circumstances it

6   puts my client in a untenable position by virtue of the fact

7   that our performance in this is to accept the deed back for the

8   dog park. And they're -- they're not going to tender the dog

9   park back to us, and we can't accept the dog park back and then

10  we're in violation based on the order on case 3902.

11      So I don't understand why and how this got slipped past

12  everyone but all of a sudden from out of nowhere I'm getting

13  phone calls last night and emails saying, oh, there's a motion

14  to abate and we're going to let them abate and, oh, by the way,

15  would you like to abate too? And the answer is this has been

16  going on for a year and no, we don't want to abate; we want it

17  resolved and we want the POA to deed back the dog park to us

18  today as they're supposed to do.

19      SPECIAL MAGISTRATE ZANGEN:  Counsel, can you identify

20  yourself for the record and sign in? And you're on number 14 of

21  the consent agenda.

22      MS. COHEN:  Laurie Cohen on behalf of the Village of

23  Wellington.

24      SPECIAL MAGISTRATE ZANGEN:  Okay and --

25      MR. DOMB:  Alexander Domb on behalf of Palm Beach Polo, Inc.



1   SPECIAL MAGISTRATE ZANGEN:   Thank you.

2   MS. COHEN:  I -- I -- I missed the first part of Mr. Domb's

3   argument but I -- as I take it, he's objecting to the agreement

4   between Wellington and the Association to abate their case. Mr.

5   Domb is not a party to that case, nor is his client, and they

6   have no standing to even object. The other case that was

7   brought, which I believe is 3902 --

8   SPECIAL MAGISTRATE ZANGEN:   15-3902.

9   MS. COHEN:   I do not have that order in front of me but my

10  recollection from the hearing is that the Magistrate, who I

11  believe was Mr. Posner, stated that their compliance was easily

12  achievable by repurchasing the parcel from Palm Beach Polo --

13  MR. DOMB:   I object.

14  MS. COHEN:   -- Association.

15  MR. DOMB:   There's nothing in here that says that.

16  MS. COHEN:   I don't have the order in front of me but I do

17  recall --

18  SPECIAL MAGISTRATE ZANGEN:   I'll be with you in a second

19  because I'm not familiar with this case. But I don't see this is

20  related to the dog park. Finding -- let's see what he ordered.

21  An order to correct the violations by today. That's all it says.

22  Let me see what the violations were. Subdivision dog park.

23  (INDISCERNIBLE) Okay. And you're saying the dog park is owned by

24  -- the dog park is owned by who today?

25  MR. DOMB:   The dog park is owned by the Palm Beach Polo



1  Property Owner's Association, Inc. It is their job to deed back

2  the dog park to Palm Beach Polo, Inc. today. It is our job to

3  accept the deed back today.

4      SPECIAL MAGISTRATE ZANGEN:  I'm trying to sort this out. If

5  the park is owned by the Association, why was there a violation

6  against Palm Beach Polo?

7      MS. COHEN:  Because Palm Beach Polo illegally subdivided the

8  lot.

9      SPECIAL MAGISTRATE ZANGEN:  Okay. To create the dog park?

10     MS. COHEN:  Exactly. They created the illegal subdivision.

11     SPECIAL MAGISTRATE ZANGEN:  They did almost an illegal -- an

12  illegal subdivision?

13     MS. COHEN:  Subdivision.

14     MR. DOMB:  Which is on appeal.

15     SPECIAL MAGISTRATE ZANGEN:  It's on appeal?

16     MR. DOMB:  Yes.

17     MS. COHEN:  Yes, it is.

18     SPECIAL MAGISTRATE ZANGEN:  And the abatement for the

19  Association, what impact does it have?

20     MS. COHEN:  The abatement for the Association, their

21  responsibility was to tender a deed under their order. They have

22  negotiated an abatement of that until the conclusion of the Big

23  Blue litigation. That has been agreed to by the Village. That

24  has no bearing on Mr. -- on Palm Beach Polo's case because their

25  remedy is to reunite the parcel and they can do that by either



1   repurchasing the parcel from the Association or, you know,
2   negotiating some sort of a swap.
3       I -- we -- we offered to Palm Beach Polo the very same deal
4   that we offered to the Association. Whether they choose to
5   accept it is up to them. But we're certainly willing to abate
6   that case, as well.
7       SPECIAL MAGISTRATE ZANGEN:  Well, the stipulation gives them
8   until midnight tonight to comply.
9       MS. COHEN:  That's correct. But we have -- we have --
10      MR. DOMB:  And they've granted them an indefinite abatement.
11      MS. COHEN:  We have -- I don't think there's anything that
12  would preclude the Village from negotiating some sort of an
13  abatement post stipulation. Now I -- I agree that, you know, you
14  certainly have the ability to approve or disapprove it, but I
15  don't see any valid argument being raised for why you should
16  disapprove it because their -- the Association's obligation can
17  be severed from Palm Beach Polo's obligation.
18      MR. DOMB:  Well --
19      MS. COHEN:  If they tender the deed and -- and the -- and
20  Palm Beach Polo rejects it, the Association will have still
21  complied.
22      SPECIAL MAGISTRATE ZANGEN:  Right. That's correct. But as of
23  now they haven't tendered. I'm just wondering why you're abating
24  it before the deadline.
25      MS. COHEN:  Because it was -- it was negotiated.



1    MR. DOMB:  By -- by whom I would like to ask?

2    MS. COHEN:  My understanding is that there was a discussion

3  with the Manager and the Mayor and that it was agreed that it

4  would be abated.

5    SPECIAL MAGISTRATE ZANGEN:  And is this a copy of the

6  proposed order?

7    MR. DOMB:  So, apparently, there was some negotiation or

8  backroom deal between the Mayor and the Manager.

9    MS. COHEN:  I object to the characteration --

10    MR. DOMB:  Well --

11    MS. COHEN:  -- characterization of --

12    MR. DOMB:  You can object all you want.

13    MS. COHEN:  -- backroom --

14    SPECIAL MAGISTRATE ZANGEN:  Counsel, okay. Hold on. Let me

15  just ask a couple of questions here. So the Village is agreeing

16  to abate it.

17    MS. COHEN:  That's correct.

18    SPECIAL MAGISTRATE ZANGEN:  So is the Village agreeing they

19  don't have to comply as of midnight tonight?

20    MS. COHEN:  That's correct.

21    SPECIAL MAGISTRATE ZANGEN:  And how is Palm Beach Polo

22  supposed to comply if the Association doesn't have to comply?

23    MS. COHEN:  Palm Beach Polo --

24    MR. DOMB:  But --

25    SPECIAL MAGISTRATE ZANGEN:  Sir --



1    MS. COHEN:  -- has worked out a deal with the Association to

2    repurchase the property. Palm Beach Polo could work out a deal

3    with the Association to swap parcels. The abatement doesn't mean

4    that they can't get together and try to resolve the issue.

5        The abatement simply means that we're not going to allow the

6    fines to begin accruing at this point. At some point, after the

7    conclusion of the Big Blue litigation, if there is no compliance

8    we will bring it back before the Magistrate and ask that the

9    fines begin to accrue.

10   SPECIAL MAGISTRATE ZANGEN:  Okay. So we're abating the fines

11   only?

12   MS. COHEN:  Yes. And the -- and the requirement to tender

13   the deed. That does not mean that they cannot on their own, the

14   parties, negotiate a resolution. And we have offered that same

15   right to Palm Beach Polo out of -- out of fairness.

16   SPECIAL MAGISTRATE ZANGEN:  Okay. And what's the rationale

17   behind the Village abating the Association's requirement to deed

18   the property back by midnight tonight?

19   MS. COHEN:  I -- I was not a party to that discussion but my

20   understanding is that the Association believes that there is --

21   that the Big Blue litigation in some way will impact the dog

22   park case.

23   MR. DOMB:  I'm not certain I understand how that's possible.

24   This is a really very simple matter. A year ago my client was

25   issued a notice of violation for this and then the day before



1 | the hearing it was withdrawn because they had the wrong party --

2 | SPECIAL MAGISTRATE ZANGEN:  Okay. I gotcha. Okay. Can we get

3 | Mr. Schofield down here? What I'm going to do --

4 | MS. COHEN:  I'll -- I'll see if he's available.

5 | SPECIAL MAGISTRATE ZANGEN:  Yeah, if he is. Let's do that.

6 | What I'm going to do is continue the agenda items -- the agenda

7 | -- the consent items to the end until we get Mr. Schofield here.

8 | Okay? So you have an hour or two to get him here. Okay. Let's --

9 | MS. COHEN:  Can we take up the issue if I'm able to get him

10 | sooner than that?

11 | SPECIAL MAGISTRATE ZANGEN:  Yes, as soon as he comes here.

12 | Absolutely we will take up the issue when he gets here.

13 | (AGENDA ITEM WAS BRIEFLY SUSPENDED)

14 | SPECIAL MAGISTRATE ZANGEN:  Are we ready for that consent

15 | item? Let's go back to consent item number 14, Palm Beach Polo

16 | Property Association which is an agreed order abating a

17 | compliance. Mr. Schofield, can you please state your full name

18 | for the record and your position?

19 | MR. SCHOFIELD:  My name is Paul Schofield. I'm the Village

20 | Manager for Wellington.

21 | SPECIAL MAGISTRATE ZANGEN:  Okay. So the question I had is

22 | we had a stipulation from the Association giving them until

23 | midnight tonight to convey a deed over -- let me see if I can

24 | find the stipulation here; convey a deed to Palm Beach Polo,

25 | Inc. And the Village this morning -- I guess the Association



1    asked me to abate it on the consent item. My question is why?

2        MR. SCHOFIELD:   I had a meeting with the officer executive's

3    position but I believe he's a member of the Board or President

4    of the Master HOA where they had asked based on some pending

5    litigation that if -- if the Village would object to a request

6    to suspend, not abate, but to postpone the abatement until the

7    outcome of the litigation. My comment to that point was send a

8    request; I don't see any reason that we would particularly

9    object.

10       SPECIAL MAGISTRATE ZANGEN:   And what litigation are we

11   talking about?

12       MR. SCHOFIELD:   There's some pending litigation on Big Blue

13   and this is, I believe, what we're here on is over the

14   subdivision of that property.

15       SPECIAL MAGISTRATE ZANGEN:   Okay. It involves the property;

16   the dog park?

17       MR. SCHOFIELD:   Yes.

18       MR. DOMB:   No it doesn't, really. It involves the entire

19   92.4 acres.

20       SPECIAL MAGISTRATE ZANGEN:   Is the dog park in that 92

21   acres?

22       MR. SCHOFIELD:   Yes.

23       SPECIAL MAGISTRATE ZANGEN:   Okay. So the Village is prepared

24   to abate the fines and enforce this matter until the litigation

25   is over?



 1     MR. SCHOFIELD:  From my perspective I'm not sure that the

 2 term -- I would not have applied the term abate, I would just

 3 say we're willing to stay until -- until the time that the

 4 litigation is solved.

 5     SPECIAL MAGISTRATE ZANGEN:  But there's an agreed order

 6 abating compliance.

 7     MR. SCHOFIELD:  Okay.

 8     MS. COHEN:  That word abatement is being used in -- in the

 9 legal sense of staying the action, not in correcting the

10 violation.

11     SPECIAL MAGISTRATE ZANGEN:  Do you object to staying it? Do

12 you object to staying?

13     MS. COHEN:  I don't object to stay. A motion to abate is a

14 -- is a standard motion but we can use the term stay.

15     MR. SCHOFIELD:  I think that from our perspective there's

16 litigation. I don't know what the outcome of the litigation is

17 going to be and what we --

18     SPECIAL MAGISTRATE ZANGEN:  And what about Palm Beach Polo

19 with the same dog park?

20     MR. SCHOFIELD:  I think that they --

21     SPECIAL MAGISTRATE ZANGEN:  There's an order that they have

22 to be in compliance.

23     MS. COHEN:  The offer was made that we would be willing to

24 also stay their compliance but they have not accepted that

25 offer. My understanding is Mr. Domb was going to be discussing



1   that with his client. But their performance is not tied to the

2   performance of the Association.

3       They have the ability to go forward, resolve, reunite the

4   parcels through an agreement between the parties and -- and

5   nothing about staying the Association's case precludes them from

6   resolving the issue.

7       SPECIAL MAGISTRATE ZANGEN:  Does anything preclude them from

8   asking for an abatement too?

9       MS. COHEN:  Absolutely not. We're willing to offer a stay as

10  -- as well to -- to Palm Beach Polo.

11      MR. DOMB:  Yes, there are several things at work here.

12  Number one, I would like to know first with whom you met

13  regarding this matter from the POA.

14      SPECIAL MAGISTRATE ZANGEN:  Well, let me ask you a question;

15  okay? This is -- since I'm in charge here.

16      MR. DOMB:  Okay.

17      SPECIAL MAGISTRATE ZANGEN:  Because I don't want questions

18  back and forth. They come through me.

19      MR. DOMB:  Yes, sir.

20      SPECIAL MAGISTRATE ZANGEN:  And I don't care about

21  settlement or not, but is your client interested in staying or

22  abating their case? They're giving you an opportunity to do

23  that.

24      MR. DOMB:  I -- I understand.

25      SPECIAL MAGISTRATE ZANGEN:  So you really have no standing



1  before the consent item on the Association.

2      MR. DOMB:  Well --

3      SPECIAL MAGISTRATE ZANGEN:  I understand.

4      MR. DOMB:  Let's think this through for just a moment.

5      SPECIAL MAGISTRATE ZANGEN:  I have thought it through.

6      MR. DOMB:  Their oblig -- our obligation is to accept the

7  deed.

8      SPECIAL MAGISTRATE ZANGEN:  I understand.

9      MR. DOMB:  And we can't accept the deed if they don't tender

10  the deed.

11      SPECIAL MAGISTRATE ZANGEN:  I understand.

12      MR. DOMB:  So how can we perform --

13      SPECIAL MAGISTRATE ZANGEN:  Well, they could tender a deed

14  without Court ord -- without an order --

15      MR. DOMB:  They could tender a deed but not by midnight

16  tonight.

17      SPECIAL MAGISTRATE ZANGEN:  Why not?

18      MR. DOMB:  It's not going to happen. Well, they could but

19  they're not going to.

20      SPECIAL MAGISTRATE ZANGEN:  -- afternoon.

21      MR. DOMB:  They could but --

22      SPECIAL MAGISTRATE ZANGEN:  You're not testifying for them,

23  are you?

24      MR. DOMB:  I'm not. I'm just saying that --

25      SPECIAL MAGISTRATE ZANGEN:  Well, let me ask this. A simple



1   solution is your client just agrees to an abatement until you

2   work it out.

3       MR. DOMB:  Well, there are three pending cases of the

4   Village --

5       SPECIAL MAGISTRATE ZANGEN:  Okay.

6       MR. DOMB:  -- against my client --

7       SPECIAL MAGISTRATE ZANGEN:  --

8       MR. DOMB:  -- with relation to the dog park.

9       SPECIAL MAGISTRATE ZANGEN:  The property is only one case.

10  Okay. But you presented your case which I'm listening to but

11  it's not on the agenda. But you have an opportunity to abate

12  that case and without any input from the Association. And the

13  Association and the Village can agree to abate their case.

14      MR. DOMB:  I want them all abated. I don't see why you can

15  selectively pluck out one case over the lawsuit which has

16  nothing whatever to do with the dog park.

17      SPECIAL MAGISTRATE ZANGEN:  I don't know how many cases you

18  have but you could discuss that with the Village.

19      MR. DOMB:  I tried that last night and I was told the only

20  thing on the -- as a matter of fact I received an email from Mr.

21  Koch two days ago that said both this case and another case

22  would be abated. And then I was told last night that's not the

23  case, only this case, not the other case; he was mistaken. So

24  the offer that was made was then withdrawn and I'd like to add

25  all of our cases to be abated until the outcome of the lawsuit.



```
 1        SPECIAL MAGISTRATE ZANGEN:  You have one case on the

 2   consent, item number 20 which is a request for a continuance,

 3   and I'm not aware of any other cases except the one you just

 4   handed me which isn't on the agenda which is 15-3902, I believe.

 5        MR. DOMB:  Correct. This --

 6        SPECIAL MAGISTRATE ZANGEN:  And you were just saying you

 7   have a third case?

 8        MR. DOMB:  Correct.

 9        SPECIAL MAGISTRATE ZANGEN:  Related to the dog park?

10        MR. DOMB:  Yes, that's presently on appeal.

11        MS. COHEN:  No, it's not related to the dog park. It's

12   related to Big Blue and it has to do with an asphalt road that

13   was built, it was in the Big Blue Preserve, as well as some

14   fencing that was placed there.

15        SPECIAL MAGISTRATE ZANGEN:  Okay.

16        MR. DOMB:  1906.

17        SPECIAL MAGISTRATE ZANGEN:  Is item number 20 on the agenda?

18   Is that the dog park too; on the consent?

19        MR. DOMB:  It's related to -- it was next to the dog park

20   and then related somewhat to the dog park.

21        MS. COHEN:  I don't have a copy with me.

22        SPECIAL MAGISTRATE ZANGEN:  Okay. Well, that's a

23   continuance.

24        MS. COHEN:  Oh, that was the fence case.

25        SPECIAL MAGISTRATE ZANGEN:  Next to the --
```



1        MS. COHEN:  That's the asphalt road case.

2        SPECIAL MAGISTRATE ZANGEN:  That's the continuance? Are you

3    withdrawing --

4        MS. COHEN:  No, I'm sorry. Those are the soccer matches.

5        MR. DOMB:  That's soccer. That's different.

6        SPECIAL MAGISTRATE ZANGEN:  Okay. That -- okay. So --

7        MR. DOMB:  That's unrelated.

8        SPECIAL MAGISTRATE ZANGEN:  That's unrelated. Okay. You're

9    not withdrawing your -- your consent on that, are you?

10       MR. DOMB:  Well, they filed a motion for continuance. We

11   were prepared to go forward today but they withdrew it because

12   they --

13       SPECIAL MAGISTRATE ZANGEN:  Oh, okay. So it's the Village

14   request?

15       MS. COHEN:  One of our witnesses is not available.

16       MR. DOMB:  This is their --

17       SPECIAL MAGISTRATE ZANGEN:  Okay. You just want --

18       MR. DOMB:  -- their rules, their game.

19       SPECIAL MAGISTRATE ZANGEN:  You don't want to continue it?

20       MR. DOMB:  I was prepared to go forward today but they --

21       SPECIAL MAGISTRATE ZANGEN:  You're not prepared because you

22   don't have a witness?

23       MS. COHEN:  We -- one of our witnesses is not available

24   today.

25       SPECIAL MAGISTRATE ZANGEN:  Okay. I'm going to -- how long



1    -- you just rolling over to the next hearing in December?

2        MS. COHEN:  Yes.

3        SPECIAL MAGISTRATE ZANGEN:  Okay. I'm -- I'm going to grant

4    the consent on number 20. So that leaves us with number 14

5    which, quite frankly, you don't have standing. I understand your

6    position; without the stipulation you can't compel them to deed

7    the property to you.

8        MR. DOMB:  Correct.

9        SPECIAL MAGISTRATE ZANGEN:  And they want it stayed pending

10   the litigation.

11       MS. COHEN:  I can make an ore tenus motion to stay the --

12   the -- the Palm Beach Polo's case.

13       SPECIAL MAGISTRATE ZANGEN:  Excuse me?

14       MS. COHEN:  I can -- I'll make an ore tenus motion --

15       SPECIAL MAGISTRATE ZANGEN:  You're talking about 3902?

16       MS. COHEN:  Well, he raised the issue.

17       SPECIAL MAGISTRATE ZANGEN:  Somebody -- somebody needs to

18   make a -- make a motion to add it to the agenda.

19       MS. COHEN:  Well, I move to add -- to add it to the agenda

20   because Mr. Domb has already brought the case to your attention.

21       SPECIAL MAGISTRATE ZANGEN:  And you're making a motion to

22   abate it?

23       MR. SCHOFIELD:  Correct.

24       MS. COHEN:  I'm making a motion to add it to the agenda and

25   to stay it until after the -- the conclusion of the Big Blue



1   litigation.

2       SPECIAL MAGISTRATE ZANGEN:   The litigation? Your position?

3   Your position? Argument?

4       MR. DOMB:  I -- my argument is if they want to -- you're

5   going to abate the road case?

6       MS. COHEN:  No, the --

7       SPECIAL MAGISTRATE ZANGEN:   3902.

8       MS. COHEN:  -- dog park.

9       SPECIAL MAGISTRATE ZANGEN:   The one you handed me this

10  morning. I'm adding it to the agenda -- their asking me to add

11  it to the agenda and to abate it. And, therefore, I don't have

12  an issue.

13      MR. DOMB:  I would like to go forward and -- and -- and

14  complete the requirements under the violation and have it

15  resolved. I don't know why we would extend the time for

16  performance. The outcome of the lawsuit will have no impact

17  whatsoever on the dog park. They are unrelated in any way, shape

18  or form. There are three lawsuits pending.

19      SPECIAL MAGISTRATE ZANGEN:   Well, I'm not prepared to go --

20  if I don't add it to the agenda I'm not prepared to go forward

21  on it today. And if I add it to the agenda the only issue I'm

22  going to deal with is the motion to abate. So I'm not going to

23  argue -- I'm not going to argue the case this morning.

24      MS. COHEN:  The case has already -- the violation has

25  already been found.



1   SPECIAL MAGISTRATE ZANGEN:  Right.

2   MR. DOMB:  Right. The violation has been found.

3   SPECIAL MAGISTRATE ZANGEN:  So --

4   (INDISCERNIBLE DISCUSSION)

5   MR. DOMB:  -- joined together back into the 92.4 acres, a

6   parcel of land that we do not own, that we do not control, that

7   we cannot join into the parcel again. That was the point of my

8   argument at the hearing. That's my point now. It will continue

9   to be my point, that we never should have been receiving -- we

10  never should have received a violation --

11  MS. COHEN:  I'm going to object.

12  MR. DOMB:  -- never would have been before --

13  MS. COHEN:  This is not a motion for rehearing.

14  MR. DOMB:  We cannot possibly perform. The performance under

15  that violation, 3902, is the performance under 1991.

16  SPECIAL MAGISTRATE ZANGEN:  Okay.

17  MR. DOMB:  It's the same case.

18  MS. COHEN:  I'm sorry. This is on appeal.

19  SPECIAL MAGISTRATE ZANGEN:  I'm going to rule. This is my

20  rule. Okay. Here's what I'm going to do. Your motion to add it

21  to the agenda and to abate I'm going to deny and I'm going to

22  approve the consent item number 14 this morning.

23  MS. COHEN:  Thank you.

24  MR. DOMB:  Thank you.

25  SPECIAL MAGISTRATE ZANGEN:  Do you want your case back?



1    MR. DOMB:  Please.

2    SPECIAL MAGISTRATE ZANGEN:  I'm sorry I wrote on it. That's

3    all I had. I thought it was mine.

4    (AGENDA ITEM WAS CONCLUDED)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                    C E R T I F I C A T E

 2

 3

 4        I, LOUANNE RAWLS, certify that I was authorized to and did

 5   listen to and transcribe the foregoing proceedings and that the

 6   transcript is a true and complete record to the best of my

 7   ability.

 8

 9        Dated this 9th day of February, 2016.

10

11

12        LOUANNE RAWLS, #J0297577

13

14

15

16

17

18

19

20

21

22

23

24

25
```







20:5

**1**

**14**
2:14 4:20
10:15
18:4
20:22

**15-3902**
5:8 16:4

**1906**
16:16

**1991**
3:20
20:15

**19th**
2:22,24

**2**

**20**
16:2,17
18:4

**3**

**39**
3:17

**3902**
3:5,12,19
4:10 5:7
18:15
19:7
20:15

**9**

**92**
11:20

**92.4**
11:19

**A**

**abate**
2:23
4:14,15,
16 5:4
7:5 8:16
11:1,6,24
12:2,13
15:11,13
18:22
19:5,11,
22 20:21

**abated**
8:4
15:14,22,
25

**abatement**
4:3 6:18,
20,22
7:10,13
9:3,5
11:6 12:8
13:8 15:1

**abating**
7:23
9:10,17
10:16
12:6
13:22

**ability**
7:14 13:3

**Absolutely**
10:12
13:9

**accept**
4:7,9 6:3
7:5 14:6,
9

**accepted**
12:24

**accrue**
9:9

**accruing**
9:6

**achievable**
5:12

**acres**
11:19,21
20:5

**action**
12:9

**add**
15:24
18:18,19,
24 19:10,
20,21
20:20

**adding**
19:10

**additions**
2:4

**affects**
2:20

**afternoon**
14:20

**agenda**
2:5,15,16
3:6 4:21
10:6,13
15:11
16:4,17
18:18,19,
24 19:10,
11,20,21
20:21
21:4

**agree**
7:13
15:13

**agreed**
3:22 6:23

8:3 10:16
12:5

**agreeing**
3:24
8:15,18

**agreement**
3:22 5:3
13:4

**agrees**
15:1

**Alexander**
4:25

**ancillary**
4:4

**apparently**
8:7

**appeal**
6:14,15
16:10
20:18

**applied**
12:2

**approach**
3:11,21

**approve**
2:10 7:14
20:22

**argue**
19:23

**argument**
5:3 7:15
19:3,4
20:8

**asphalt**
16:12
17:1

**Association**
3:23 5:4,
14 6:1,5,
19,20

7:1,4,20
8:22 9:1,
3,20
10:16,22,
25 13:2
14:1
15:12,13

**Association
's**
7:16 9:17
13:5

**attention**
18:20

**aware**
16:3

**B**

**back**
3:25 4:7,
9,17 6:1,
3 9:8,18
10:15
13:18
20:5,25

**backroom**
8:8,13

**based**
4:10 11:4

**Beach**
2:16
3:23,25
4:25
5:12,25
6:2,6,7,
24 7:3,
17,20
8:21,23
9:2,15
10:15,24
12:18
13:10
18:12



RECORDED PROCEEDINGS
Village of Wellington Code Enforcement Hearing

November 19, 2015
Index: bearing..dog

bearing
  6:24

begin
  9:6,9

behalf
  4:22,25

believes
  9:20

Big
  6:22 9:7,
  21 11:12
  16:12,13
  18:25

Blue
  6:23 9:7,
  21 11:12
  16:12,13
  18:25

Board
  3:24 11:3

BRIEFLY
  10:13

bring
  9:8

brought
  5:7 18:20

built
  16:13

_____

C
_____

calls
  4:13

care
  13:20

case
  2:20,21
  3:3,5,14,
  16,20,21
  4:10 5:4,

5,6,19
6:24 7:6
9:22
13:5,22
15:9,10,
12,13,15,
21,23
16:1,7,24
17:1
18:12,20
19:5,23,
24 20:17,
25

cases
  15:3,17,
  25 16:3

characterat
ion
  8:9

characteriz
ation
  8:11

charge
  13:15

choose
  7:4

circumstanc
es
  4:5

claiming
  3:4

client
  2:16 4:6
  5:5 9:24
  13:1,21
  15:1,6

Cohen
  4:22 5:2,
  9,14,16
  6:7,10,
  13,17,20
  7:9,11,
  19,25

8:2,9,11,
13,17,20,
23 9:1,
12,19
10:4,9
12:8,13,
23 13:9
16:11,21,
24 17:1,
4,15,23
18:2,11,
14,16,19,
24 19:6,
8,24
20:11,13,
18,23

comment
  11:7

compel
  18:6

complete
  19:14

compliance
  5:11 9:7
  10:17
  12:6,22,
  24

complied
  7:21

comply
  2:24 7:8
  8:19,22

CONCLUDED
  21:4

conclusion
  6:22 9:7
  18:25

consent
  2:7,15,
  18,19 3:1
  4:21
  10:7,14,
  15 11:1

14:1
16:2,18
17:9 18:4
20:22

consents
  2:7,11

continuance
  16:2,23
  17:2,10

continue
  10:6
  17:19
  20:8

control
  20:6

convey
  10:23,24

copy
  8:5 16:21

correct
  3:18 5:21
  7:9,22
  8:17,20
  16:5,8
  18:8,23

correcting
  12:9

Counsel
  4:19 8:14

couple
  8:15

Court
  14:14

create
  6:9

created
  6:10

_____

D
_____

date

3:25

day
  9:25

days
  15:21

deadline
  7:24

deal
  7:3 8:8
  9:1,2
  19:22

December
  18:1

deed
  4:7,17
  6:1,3,21
  7:19
  9:13,17
  10:23,24
  14:7,9,
  10,13,15
  18:6

deletions
  2:5

deny
  20:21

directly
  2:20

disapprove
  7:14,16

discuss
  3:1 15:18

discussing
  12:25

discussion
  8:2 9:19
  20:4

dog
  3:13,25
  4:5,8,9,



17 5:20,
22,23,24,
25 6:2,9
9:21
11:16,20
12:19
15:8,16
16:9,11,
18,19,20
19:8,17

Domb
2:12,14
3:5,8,11,
16,18,20
4:25 5:5,
13,15,25
6:14,16
7:10,18
8:1,7,10,
12,24
9:23
11:18
12:25
13:11,16,
19,24
14:2,4,6,
9,12,15,
18,21,24
15:3,6,8,
14,19
16:5,8,
10,16,19
17:5,7,
10,16,18,
20 18:8,
20 19:4,
13 20:2,
5,12,14,
17,24
21:1

Domb's
5:2

due
2:19,22

——————
E
——————

easily
5:11

email
15:20

emails
4:13

end
10:7

enforce
11:24

entered
3:23

entire
11:18

Excuse
2:12
18:13

executive's
11:2

explain
3:1

extend
19:15

——————
F
——————

fact
4:6 15:20

failing
2:24

fairness
9:15

familiar
5:19

fence
16:24

fencing
16:14

filed
17:10

finalized
2:8

find
10:24

finding
3:12 5:20

fines
9:6,9,10
11:24

form
19:18

forward
13:3
17:11,20
19:13,20

found
19:25
20:2

frankly
18:5

front
2:8 5:9,
16

full
10:17

——————
G
——————

game
17:18

giving
10:22
13:22

gotcha
10:2

grant
18:3

granted
2:23 7:10

granting
4:3

guess
10:25

——————
H
——————

handed
16:4 19:9

happen
14:18

heard
2:17

hearing
3:10 5:10
10:1 18:1
20:8

HOA
11:4

Hold
8:14

hour
10:8

——————
I
——————

identify
4:19

illegal
6:10,11,
12

illegally
6:7

impact
6:19 9:21
19:16

indefinite
7:10

INDISCERNIB
LE
5:23 20:4

input
15:12

interested
13:21

involves
11:15,18

issue
9:4 10:9,
12 13:6
18:16
19:12,21

issued
9:25

item
2:14
10:13,15
11:1 14:1
16:2,17
20:22
21:4

items
10:6,7

——————
J
——————

job
6:1,2

join
20:7

joined
20:5

——————
K
——————

Koch



15:21

**L**

land
   20:6
Laurie
   4:22
lawsuit
   15:15,25
   19:16
lawsuits
   19:18
leaves
   18:4
legal
   12:9
listening
   15:10
litigation
   4:4 6:23
   9:7,21
   11:5,7,
   10,12,24
   12:4,16
   18:10
   19:1,2
long
   17:25
lot
   6:8

**M**

made
   12:23
   15:24
Magistrate
   2:4,7,10,
   13,14

3:3,6,9,
14,17,19
4:19,24
5:1,8,10,
18 6:4,9,
11,15,18
7:7,22
8:5,14,
18,21,25
9:8,10,16
10:2,5,
11,14,21
11:10,15,
20,23
12:5,11,
18,21
13:7,14,
17,20,25
14:3,5,8,
11,13,17,
20,22,25
15:5,7,9,
17 16:1,
6,9,15,
17,22,25
17:2,6,8,
13,17,19,
21,25
18:3,9,
13,15,17,
21 19:2,
7,9,19
20:1,3,
16,19,25
21:2
make
   18:11,14,
   18
making
   18:21,24
Manager
   8:3,8
   10:20
Master
   11:4

matches
   17:4
matter
   2:17 9:24
   11:24
   13:13
   15:20
Mayor
   8:3,8
means
   9:5
meeting
   11:2
member
   11:3
met
   13:12
midnight
   7:8 8:19
   9:18
   10:23
   14:15
mine
   21:3
missed
   5:2
mistaken
   15:23
moment
   14:4
morning
   2:5 3:7
   10:25
   19:10,23
   20:22
motion
   2:23 4:13
   12:13,14
   17:10
   18:11,14,
   18,21,24

19:22
20:13,20
move
   18:19

**N**

negotiate
   9:14
negotiated
   6:22 7:25
negotiating
   7:2,12
negotiation
   8:7
night
   4:13
   15:19,22
notice
   2:17 9:25
number
   2:14 3:3,
   5 4:20
   10:15
   13:12
   16:2,17
   18:4
   20:22

**O**

object
   2:14 5:6,
   13 8:9,12
   11:5,9
   12:11,12,
   13 20:11
objecting
   5:3
oblig
   14:6

obligation
   7:16,17
   14:6
offer
   12:23,25
   13:9
   15:24
offered
   7:3,4
   9:14
officer
   11:2
opportunity
   2:17
   13:22
   15:11
ord
   14:14
order
   3:12,22
   4:10 5:9,
   16,21
   6:21 8:6
   10:16
   12:5,21
   14:14
ordered
   5:20
ore
   18:11,14
outcome
   2:20 4:4
   11:7
   12:16
   15:25
   19:16
owned
   5:23,24,
   25 6:5
Owner's
   3:23 6:1



**P**

Palm
2:16
3:22,25
4:25
5:12,25
6:2,6,7,
24 7:3,
17,20
8:21,23
9:2,15
10:15,24
12:18
13:10
18:12

parcel
5:12 6:25
7:1 20:6,
7

parcels
9:3 13:4

park
3:13,25
4:5,8,9,
17 5:20,
22,23,24,
25 6:2,5,
9 9:22
11:16,20
12:19
15:8,16
16:9,11,
18,19,20
19:8,17

part
5:2

parties
9:3 13:4

party
5:5 9:19
10:1

past
4:11

Paul
10:19

pending
11:4,12
15:3 18:9
19:18

perform
14:12
20:14

performance
2:22 3:25
4:3,7
13:1,2
19:16
20:14,15

performing
4:2

perspective
12:1,15

phone
4:13

pluck
15:15

POA
4:17
13:13

point
9:6 11:7
20:7,8,9

Polo
2:16
3:23,25
4:25
5:12,25
6:2,6,7
7:3,20
8:21,23
9:2,15
10:15,24
12:18

13:10

Polo's
6:24 7:17
18:12

position
3:2 4:6
10:18
11:3 18:6
19:2,3

Posner
5:11

possibly
20:14

post
7:13

postpone
11:6

preclude
7:12 13:7

precludes
13:5

prepared
11:23
17:11,20,
21 19:19,
20

presented
15:10

presently
16:10

Preserve
16:13

President
11:3

process
2:19

property
3:23 6:1
9:2,18
10:16

11:14,15
15:9 18:7

proposed
8:6

puts
4:6

putting
2:18

**Q**

question
10:21
11:1
13:14

questions
8:15
13:17

**R**

raised
7:15
18:16

rationale
9:16

ready
10:14

reason
4:2 11:8

recall
5:17

received
2:16
15:20
20:10

receiving
20:9

recollectio
n

5:10

record
4:20
10:18

rehearing
20:13

rejects
7:20

related
3:4 5:20
16:9,11,
12,19,20

relation
15:8

remedy
6:25

remove
2:25

removed
2:15

repurchase
9:2

repurchasin
g
5:12 7:1

request
11:5,8
16:2
17:14

requirement
9:12,17

requirement
s
19:14

resolution
9:14

resolve
9:4 13:3

resolved
4:17



19:15

**resolving**
13:6

**respect**
3:13

**respondent**
2:21

**responsibil
ity**
6:21

**reunite**
6:25 13:3

**rights**
2:19

**road**
16:12
17:1 19:5

**rolling**
18:1

**rule**
20:19,20

**rules**
17:18

**running**
2:18

——————

**S**
——————

**scheduled**
3:10

**Schofield**
10:3,7,
17,19
11:2,12,
17,22
12:1,7,
15,20
18:23

**selectively**
15:15

**send**
11:7

**sense**
12:9

**settlement**
13:21

**severed**
7:17

**shape**
19:17

**sign**
4:20

**simple**
9:24
14:25

**simply**
9:5

**sir**
2:6,9
8:25
13:19

**slipped**
4:11

**so-called**
3:13

**soccer**
17:4,5

**solution**
15:1

**solved**
12:4

**sooner**
10:10

**sort**
6:4 7:2,
12

**SPEAKER**
2:6,9

**SPECIAL**

2:4,7,10,
13 3:3,6,
9,14,17,
19 4:19,
24 5:1,8,
18 6:4,9,
11,15,18
7:7,22
8:5,14,
18,21,25
9:10,16
10:2,5,
11,14,21
11:10,15,
20,23
12:5,11,
18,21
13:7,14,
17,20,25
14:3,5,8,
11,13,17,
20,22,25
15:5,7,9,
17 16:1,
6,9,15,
17,22,25
17:2,6,8,
13,17,19,
21,25
18:3,9,
13,15,17,
21 19:2,
7,9,19
20:1,3,
16,19,25
21:2

**standard**
12:14

**standing**
5:6 13:25
18:5

**state**
10:17

**stated**
5:11

**stay**
12:3,13,
14,24
13:9
18:11,25

**stayed**
18:9

**staying**
12:9,11,
12 13:5,
21

**stipulation**
3:22 7:7,
13 10:22,
24 18:6

**subdivided**
6:7

**subdivision**
5:22
6:10,12,
13 11:14

**sudden**
4:12

**supposed**
4:18 8:22

**suspend**
11:6

**SUSPENDED**
10:13

**swap**
7:2 9:3

——————

**T**
——————

**talking**
3:15
11:11
18:15

**tender**
4:8 6:21
7:19 9:12

14:9,13,
15

**tendered**
7:23

**tenus**
18:11,14

**term**
12:2,14

**testifying**
14:22

**thing**
15:20

**things**
13:11

**thought**
14:5 21:3

**tied**
13:1

**time**
12:3
19:15

**today**
2:22,23,
24 4:1,18
5:21,24
6:2,3
17:11,20,
24 19:21

**told**
15:19,22

**tonight**
7:8 8:19
9:18
10:23
14:16

**turn**
3:24



——————————
        U
——————————

unacceptabl
e
    2:25

understand
    4:11 9:23
    13:24
    14:3,8,11
    18:5

understandi
ng
    8:2 9:20
    12:25

unrelated
    17:7,8
    19:17

untenable
    4:6

——————————
        V
——————————

valid
    7:15

Village
    4:2,22
    6:23 7:12
    8:15,18
    9:17
    10:19,25
    11:5,23
    15:4,13,
    18 17:13

violation
    2:19,24
    3:12,24
    4:10 6:5
    9:25
    12:10
    19:14,24
    20:2,10,
    15

violations
    5:21,22

virtue
    4:6

——————————
        W
——————————

Wellington
    4:23 5:4
    10:20

whatsoever
    19:17

When's
    3:9

withdrawing
    17:3,9

withdrawn
    10:1
    15:24

withdrew
    17:11

witnesses
    17:15,23

wondering
    7:23

word
    12:8

work
    9:2 13:11
    15:2

worked
    9:1

wrong
    10:1

wrote
    21:2

——————————
        Y
——————————

year

    4:16 9:24

——————————
        Z
——————————

ZANGEN
    2:4,7,10,
    13 3:3,6,
    9,14,17,
    19 4:19,
    24 5:1,8,
    18 6:4,9,
    11,15,18
    7:7,22
    8:5,14,
    18,21,25
    9:10,16
    10:2,5,
    11,14,21
    11:10,15,
    20,23
    12:5,11,
    18,21
    13:7,14,
    17,20,25
    14:3,5,8,
    11,13,17,
    20,22,25
    15:5,7,9,
    17 16:1,
    6,9,15,
    17,22,25
    17:2,6,8,
    13,17,19,
    21,25
    18:3,9,
    13,15,17,
    21 19:2,
    7,9,19
    20:1,3,
    16,19,25
    21:2

