UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80435-CIV-DIMITROULEAS

PALM BEACH POLO, INC.,

    Plaintiff,

v.

THE VILLAGE OF WELLINGTON,

    Defendant.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Motion to Tax Costs [DE 84], and the September 28, 2021 Report and Recommendation of Magistrate Judge William Matthewman [DE 97] (the "Report"). The Court notes that no objections to the Report [DE 97] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 97] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 97] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 97] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Tax Costs [DE 84] is **GRANTED IN PART AND DENIED IN PART**;

3. Defendant is entitled to costs in the amount of **$1,954.60**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day October, 2021.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record