UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80435-CIV-DIMITROULEAS

PALM BEACH POLO, INC.,

    Plaintiff,

v.

THE VILLAGE OF WELLINGTON,

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant Village of Wellington ("Defendant")'s Verified Motion for Attorneys' Fees [DE 89], and the October 13, 2021 Report and Recommendation of Magistrate Judge William Matthewman [DE 100] (the "Report"). The Court notes that no objections to the Report [DE 100] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 100] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

  Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 100] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 100] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Verified Motion for Attorneys' Fees [DE 89] is **GRANTED in part** as follows: Defendant's counsel is entitled to $85,903.30 in attorneys' fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day October, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record