UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80435-CIV-DIMITROULEAS

PALM BEACH POLO, INC.,

    Plaintiff,
v.

THE VILLAGE OF WELLINGTON,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant The Village of Wellington ("Defendant")'s Motion for Attorneys' Fees [DE 105/106], and the May 11, 2023 Report and Recommendation of Magistrate Judge William Matthewman [DE 111] (the "Report"). The Court notes that no objections to the Report [DE 111] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 111] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 111] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 111] is hereby **ADOPTED** and **APPROVED**;

2.     Defendant's Motion for Attorneys' Fees [DE 105/106] is **GRANTED**;

3. Defendant is hereby awarded appellate attorneys' fees in the amount of $17,190.00, plus statutory interest; and

4. Plaintiff shall complete Florida Rule of Civil Procedure Form 1.977 under oath and serve it on Defendant within 45 days from the entry of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day May, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Matthewman